AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ROBERT CYRUS

V.

HYUNDAI MOTOR MANUFACTURING OF
ALABAMA, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07-CV-144-ID

TO: (Name and address of Defendant)

Hyundai Motor Manufacturing of Alabama, LLC
c/o Richard E. Neal
700 Hyundai Blvd.
Montgomery, AL 36105

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Richard J. Stockham, III
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, AL 35209
(205) 879-9954
(205) 879-9990 - fax

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 2/21/07

7003 0500 0000 3730 7760