**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Hyundai Motor Manufacturing
   Alabama, LLC c/o Richard E. Neal
   700 Hyundai Blvd.
   Montgomery, AL 36105

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: *Richard E. Neal*  ☐ Agent  ☒ Addressee

B. Received by (Printed Name): RICHARD E. NEAL

C. Date of Delivery: 2-22-07

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   2:07CV144
   S&C

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 0500 0000 3730 7760

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540