IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING, | ) |
| ALABAMA LLC, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Hyundai Motor Manufacturing Alabama's motion to consolidate (Doc. No. 4), filed February 26, 2007, in which Defendant moves the court to consolidate civil actions numbers 2:06cv568-WKW and 2:07cv144-ID, it is ORDERED that Plaintiff Robert Cyrus show cause, if any there be, on or before March 9, 2007, why said motion should not be granted.

DONE this 27th day of February, 2007.

                  /s/ Ira Dement
                  SENIOR UNITED STATES DISTRICT JUDGE