**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **ROBERT CYRUS,** | |
| **Plaintiff,** | |
| vs. | CIVIL ACTION NO.: |
| **HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,** | 2:07-cv-00144-ID-TFM |
| **Defendant.** | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, whose parent company is Hyundai Motor Company, Ltd, which is traded on the Korean Stock Exchange.

Respectfully submitted this 6th day of March, 2007.

/s/ Brian R. Bostick
TIMOTHY A. PALMER (PAL009)
J. TRENT SCOFIELD (SCO024)
BRIAN R. BOSTICK (BOS015)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
brian.bostick@odnss.com

        Attorneys for Defendant Hyundai Motor
        Manufacturing Alabama, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of March, 2007, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Richard J. Stockham, III.

        s/ Brian R. Bostick
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        One Federal Place, Suite 1000
        1819 Fifth Avenue North
        Birmingham, Alabama 35203-2118
        Telephone: (205) 328-1900
        Facsimile: (205) 328-6000
        brian.bostick@odnss.com