IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING OF ALABAMA LLC, | ) ) ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Hyundai Motor Manufacturing of Alabama's motion to consolidate (Doc. No. 4), in which Defendant moves the court to consolidate civil actions numbers 2:06cv568-WKW and 2:07cv144-ID, it is ORDERED that said motion be and the same is hereby DENIED as moot.  See Cyrus v. Hyundai Motor Co., 2:06cv568-WKW (M.D. Ala. March 30, 2007) (order remanding lawsuit to the Circuit Court of Montgomery County, Alabama).

DONE this 2nd day of April, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE