IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, | ) ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Hyundai Motor Manufacturing Alabama's motion for leave to amend answer, filed May 17, 2007 (Doc. No. 13), it is ORDERED that said motion be and the same is hereby GRANTED.

DONE this 22nd day of May, 2007.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE