IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT CYRUS,** )<br>    )<br>   **Plaintiff,** )<br>    )<br>**vs.** )<br>    )<br>**HYUNDAI MOTOR MANUFACTURING** )<br>**ALABAMA, LLC,** )<br>    )<br>    )<br>   **Defendants.** ) | **CASE NO.**<br>**2:07-cv-144-ID** |

## MOTION FOR ADMISSION *PRO HAC VICE*

Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA"), by and through counsel, and pursuant to Local Rule 83.1(b), moves this Court for the *pro hac vice* admission of Myung Kim to practice before this Court for the above-styled matter. In support of this petition, HMMA states as follows:

1. Myung Kim is a member in good standing of the bar of the highest court of the State of New Jersey and the United States District Court for the District of New Jersey, where she resides and regularly practices law.

2. Myung Kim is an associate in the Morristown, New Jersey office of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., the law firm that presently represents HMMA.

3. A Certificate of Good Standing from the United States District Court, District of New Jersey, is attached to this petition as "Exhibit 1."

4. Myung Kim's representation of HMMA shall be in association with Timothy A. Palmer, J. Trent Scofield, and Brian R. Bostick, members in good standing of the Alabama Bar and the United States District Court for the Middle District of Alabama.

5. The original of this motion, the original of the Certificate of Good Standing, and the filing fee check payable to Clerk, U. S. District Court in the amount of $20.00 (copy attached as "Exhibit 2") will be delivered to the Clerk's Office via Federal Express November 19, 2007.

WHEREFORE, HMMA moves this Court to grant this Motion and allow Myung Kim Pro Hac Vice admission to provide additional representation for HMMA.

/s/ Brian R. Bostick
Timothy A. Palmer (PAL009)
J. Trent Scofield (SCO024)
Brian R. Bostick (BOS015)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Tel.: (205) 328-1900
Fax: (205) 328-6000
brian.bostick@ogletreedeakins.com

Myung Kim, Myung
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
10 Madison Ave., Suite 402
Morristown, NJ 07960
Main: (973) 656-1600
Fax: (973) 656-1611
myung.kim@ogletreedeakins.com

Attorneys for Defendants
Hyundai Motor Manufacturing Alabama, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of November, 2007, I electronically filed the foregoing *Petition for Admission Pro Hac Vice on behalf of Myung Kim* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard J. Stockham, III, Wyndall Ivey.

/s/ Brian R. Bostick

Brian R. Bostick (BOS015)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203
Tel.: (205) 328-1900

# Certificate of Good Standing



United States of America

District of New Jersey

I,   WILLIAM T. WALSH,   Clerk of the United States District Court for the District of New Jersey, do hereby certify that:

*Myung Kim*

was duly admitted to practice in said Court as of December 30, 2002, and is in good standing as a member of the Bar of said Court.

Dated at Newark, New Jersey
on: November 15, 2007

WILLIAM T. WALSH, CLERK

By_____
Carey P. Carlisle, Deputy Clerk

U. S. District Court for the District of New Jersey does not entertain a grievance committee.
Contact Board of Bar Examiners, New Jersey State Supreme Court.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
ONE FEDERAL PLACE, SUITE 1000
1819-5TH AVENUE NORTH
BIRMINGHAM, AL 35203-2118

CAROLINA FIRST
67-219/539

11007136

11-19-07

PAY TO THE ORDER OF   Clerk, U. S. District Court                              $   20.00

TWENTY AND 00/100 DOLLARS _____ DOLLARS

Clerk, U. S. District Court

VOID AFTER 90 DAYS
AUTHORIZED SIGNATURE

MEMO   006363-000031

⑈110071360⑈ ⑆053201885⑆ 7190000158⑈

---

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**                              11007136

| DATE: 11-19-07 | | | PAYEE: | Clerk, U. S. District Court | PAYEE #: | 300400 | |
|---|---|---|---|---|---|---|---|
| Inv. Date | Voucher # | Invoice # | Description | | | G/L Account # | Net Amount |
| 11-19-07 | 514586 | clc | Filing fee for Motion for Admission Pro Hac Vice. | | | 02012101 | $20.00 |

TOTAL                      $20.00