```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001233
Cashier ID: khaynes
Transaction Date: 11/20/2007
Payer Name: OGLETREE DEAKINS NASH ET Al
-------------------------------------
PRO HOC VICE
 For: OGLETREE DEAKINS NASH ET Al
 Case/Party: D-ALM-A-TT-YF-EEFUND-001
 Amount:         $20.00
-------------------------------------
CHECK
 Check/Money Order Num: 11007136
 Amt Tendered:  $20.00
-------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

mphv- MYUNG KIM


2:07-cv-00144-ID-TFM


Cyrus v. Hyundai Motor
Manufacturing of Alabama LLC
```