IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING OF ALABAMA LLC, | ) ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon CONSIDERATION of the motion for admission *pro hac vice* (Doc. No. 16), it is ORDERED that said motion be and the same is hereby GRANTED and that Myung Kim is hereby ADMITTED *pro hac vice* as co-counsel on behalf of Defendant Hyundai Motor Manufacturing of Alabama, Inc.

DONE this 26th day of November, 2007.

      /s/ Ira DeMent
      SENIOR UNITED STATES DISTRICT JUDGE