IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROB CYRUS ,  )
 )
   Plaintiff,  )
 )
v.  )  CASE NO. 2:07-cv-00144-ID
 )
Hyundai Motor Manufacturing of Alabama LLC ,  )
 )
   Defendants,  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Rob Cyrus , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                            Relationship to Party

_____              _____

_____              _____

_____              _____

12/4/07
Date                                         (Signature)

                                             Richard J. Stockham, III
                                             (Counsel's Name)

                                             Rob Cyrus
                                             Counsel for (print names of all parties)
                                             2204 Lakeshore Drive, Suite 114,
                                             Birmingham, AL 35209
                                             Address, City, State Zip Code
                                             205-879-9954
                                             Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>ROB CYRUS</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>U.S. MAIL</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>4TH</u> day of <u>DECEMBER</u> 20<u>07</u>, to:

Timothy A. Palmer, J. Trent Scofield, Brian R. Bostick

Ogletree, Deakins, Nash, Amoak, Stewart, P.C.

One Federal Place, Suite 1000, 1819 5th Avenue North, Birmingham, AL 35203

Jeffrey A. Lee, Wyndall A. Ivey

Maynard, Cooper, & Gale, P.C.

1901 6th Avenue North, 2400 AmSouth Harbert Plaza, Birmingham, AL 35203

12/4/07
Date

Signature