**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 22, 2008

# NOTICE OF ERROR

To:     All Counsel of Record

Case Style:   Cyrus v. Hyundai Motor Manufacturing of Alabama LLC

Case Number:    2:07-cv-00144-ID

Referenced Pleading:    Motion for Summary Judgment

Docket Entry Number:    21

**The referenced pleading was filed on \*\*\*January 18, 2008\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.  This pleading was E-filed by counsel.**

**Docket Entry 21 was an erroneous duplicate docket entry.  Parties are instructed to disregard #21 docketing entry and refer to docket entry # 24 for correction.**