IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT CYRUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 2:07-cv-144-ID |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING OF ALABAMA LLC, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

  Comes now the Plaintiff, Robert Cyrus, and moves the Court for an extension of time of two weeks to respond to Defendant's Motion for Summary Judgment. As grounds therefore Plaintiff says the following:

  1. Plaintiff's counsel has a trial set for January 28, 2008, before the Honorable Myron Thompson, in the Middle District, in the case of Daniel Bryan Kelley v. Ricky Owens, et al., Civil Action Number 2:05-CV-1150-T. This case is scheduled to last for four days. Plaintiff's counsel will be occupied in preparing this case between now and the start of the trial on Monday and will be completely occupied in that case next week.

  2. The Court has scheduled Plaintiff's reply to be due on February 5, 2008. As currently scheduled Plaintiff's counsel will not have sufficient time and so will not be able to adequately respond the Defendant's Motion for Summary Judgment.

  3. Plaintiff's counsel has conferred with Defense counsel and explained his situation. Defense counsel has conferred with his client and stated that he has no objection to Plaintiff's

counsel obtaining a two week extension to be able to respond to Defendant's Motion for Summary Judgment.

 WHEREFORE, premises considered, Plaintiff request a two week extension to respond to Defendant's Motion for Summary Judgment.

        Respectfully submitted,

        s/Richard J. Stockham III
        ASB-5599-k43r
        Attorney for the Plaintiff
        Stockham, Carroll & Smith, P.C.
        2204 Lakeshore Drive, Suite 114
        Birmingham, Alabama 35209
        Telephone (205) 879-9954
        Fax: (205) 879-9990
        E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ROBERT CYRUS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No.: 2:07-cv-144-ID |
| ) | |
| HYUNDAI MOTOR COMPANY, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:

Timothy A. Palmer
J. Trent Scofield
Brian R. Bostick
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Federal Place
1819 Fifth Avenue North, Suite 1000
Birmingham, AL 35209-2118
Email: brian.bostick@odness.com
Email: trent.scofield@odness.com
Email: timothy.palmer@odness.com

                                                                     s/Richard J. Stockham III
                                                                     ASB-5599-k43r
                                                                       Attorney for the Plaintiff
                                                                       Stockham, Carroll & Smith, P.C.
                                                                       2204 Lakeshore Drive, Suite 114
                                                                       Birmingham, Alabama 35209
                                                                       Telephone (205) 879-9954
                                                                       Fax: (205) 879-9990
                                                                       E-Mail: rjs@stockhampc.com