IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiff's unopposed motion for extension of time to respond to Defendant's motion for summary judgment (Doc. No. 27), and for good cause shown, it is ORDERED that said motion be and the same is hereby GRANTED and that the deadline for Plaintiff to respond to the pending motion for summary judgment be and the same is hereby EXTENDED to and including **February 19, 2008**, and that the deadline for Plaintiff to submit or mail paper courtesy copies <u>to the chambers of the undersigned</u> of his responsive brief and supporting evidence be and the same is hereby EXTENDED to and including **February 21, 2008.**

It is further CONSIDERED and ORDERED that the deadline for Defendant to file a reply be and the same is hereby EXTENDED to and including **February 26, 2008**.

Done this 23rd day of January, 2008.

    /s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE