IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, | 2:07-cv-00144-ID-TFM |
| Defendant. | |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COME NOW the Defendant, Hyundai Motor Manufacturing Alabama, LLC, and the Plaintiff, Robert Cyrus, and give notice to the Court that a settlement conference was held in this case on February 8, 2007, and settlement was not reached. The parties do not believe that mediation will assist in resolving this case.

Respectfully submitted this the 8th day of February, 2008,

RICHARD J. STOCKHAM, III
STOCKHAM, CARROLL & SMITH, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209

Attorney for Plaintiff Robert Cyrus

TIMOTHY A. PALMER (PAL009)
J. TRENT SCOFIELD (SCO024)
BRIAN R. BOSTICK (BOS015)
OGLETREE, DEAKINS, NASH
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Attorneys for Defendants Hyundai
Motor Manufacturing Alabama, LLC