IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT CYRUS,                    )
                                 )
        Plaintiff,               )
                                 )
vs.                              )        Civil Action No.: 2:07-cv-144-ID
                                 )
HYUNDAI MOTOR COMPANY,           )
et al.,                          )
                                 )
        Defendants.              )

PLAINTIFF'S MOTION  TO SUPPLEMENT
AND AMEND HIS EVIDENTIARY SUBMISSION

Comes now, Plaintiff, Robert Cyrus, and moves the Court to allow the

additional evidentiary submission, attached hereto as Exhibit A, being the

deposition of Mr. Keith Duckworth which was taken on February 28, 2008,

pursuant to FRCP 56(e) and (f), and for grounds says that Mr. Duckworth's

deposition amends, contradicts and undermines material facts he testified to in his

declaration submitted in support of Defendant's Motion for Summary Judgment

(Defendant's Exhibit D), and that it contradicts and undermines facts Defendant

cites in its brief as supporting its Motion for Summary Judgment.  The particulars

are:

    1.    Duckworth has a law degree. (Duckworth depo. pg. 20: 15-21).

    2.    Duckworth came to Alabama after the first week and a half in August

2005. (Duckworth depo. pg. 58: 3-21).

3.      Defendant (Reply Brief, page 1), says "Cyrus acknowledges that his actions in the meeting with Murakami representatives on September 16, 2005, started the process that led to his ultimate termination." Duckworth contradicts this, claiming that events began earlier. He claims Cyrus, in a executive director's meeting, verbally berated and embarrassed Kenny Song by screaming at him, shaking his hand at him and telling him that he was lying (Duckworth depo. pg. 148: 18-149:15), and that this meeting was two or three weeks before the Murakami meeting. (Duckworth depo. pg. 151: 3-10). Not only does Cyrus dispute this (Cyrus Declaration ¶6) but Duckworth testified that in a meeting with Cyrus on the afternoon of September 16, after the Murakami meeting, that he told Mr. Cyrus that there were no material complaints about him by anyone from Hyundai at that point. (Duckworth depo. pg. 96: 19-98:15).

4.      Defendant asserts in its Reply Brief, page 1, "Cyrus does not dispute that Ahn conducted an independent review of what occurred at the meeting and was apprised by Cyrus' Caucasian, American co-workers that Cyrus had engaged in unprofessional behavior during the meeting, including cursing at and challenging the competency of fellow HMMA executives and ignoring the instruction of his supervisor." Defendant repeats this assertion again in its reply

2

brief on page 9. On the contrary, there is no evidence that President Ahn

conducted an independent investigation.   Duckworth says that Ahn told him that

Kim had advised him of the situation (Duckworth depo. pg. 132: 22-133:18), but

he did not know who else might have complained. (Duckworth depo. pg. 130: 8-

133:18).  Duckworth was not made aware of any statements given by anyone about

the Murakami incident at the time that he met with president Ahn. (Duckworth

depo. pg. 83: 19-88:6).

5.    Defendant in its Reply Brief, page 1, asserts that "it is undisputed

that these reports of his misconduct lead to the meeting between Keith Duckworth

and Cyrus on October 22, 2005."  According to Duckworth he was unaware of any

notes or reports until after Cyrus was terminated. (Duckworth depo. pg. 86: 10-

87:21).  Rather, the events Duckworth claimed he discussed in the meeting with

Ahn were the complaint about the Murakami meeting raised by Mr. Kim and the

incident with Danny Song (Duckworth depo. pg 130:8-133:18).

6.    Duckworth says in his declaration,¶4 that he only spoke briefly with

Cyrus the afternoon of the Murakami Meeting, September 16, and that he told him

that he was unaware of any complaints about the Murakami meeting. This is

contradicted by Duckworth's testimony that he met with Cyrus that afternoon for

15 to 20 minutes and took some time to go into detail about what happened in the

meeting. (Duckworth depo. Pg 89:7-95:18) Duckworth admits that Cyrus came back to him a second time and told him that he was being required to write notes about the meeting. (Duckworth depo pg. 103:6-105:15). Duckworth says that the requirement to write notes was part of the disciplinary process (Duckworth depo pg. 105:16-107:9). Duckworth says that despite this he told Cyrus that it was nothing significant. (Duckworth depo. pg. 109:15-22). Duckworth's declaration  is further contradicted by Duckworth's deposition testimony that he was unaware of any material complaints about Cyrus from anyone at Hyundai prior to the Murakami meeting. (Duckworth depo. pg. 96: 13-98:15).

    7.    Duckworth's testimony that he was aware of complaints about Cyrus' conduct with regard to Kenny Song is also contradicted by his deposition testimony. Duckworth testified the incident with Song occurred three weeks before the Murakami meeting.  (Duckworth depo. pg. 148: 18-151:7).  Duckworth claims he reprimanded Cyrus after the meeting telling him that his conduct was uncalled for. (Duckworth depo. pg. 151: 20-152:4). However Duckworth says that as of the afternoon he was unaware of any significant complaints about Cyrus from anyone at Hyundai. (Duckworth depo. Pg. 96:19-98:15)..  When confronted with this contradiction Duckworth's response was that Cyrus was only asking him about complaints with reference to the Murakami meeting which he, Duckworth,

did not have any knowledge about at the time. (Duckworth depo. pg. 151: 8-154:1). This contradicts his prior testimony and further call into question Duckworth's assertion that he and Ahn discussed the Song incident in the October meeting.

8.      In his declaration, ¶5 Duckworth says that it would not be appropriate for a Hyundai employee to express disagreements with other employees in the presence of outside vendors. He contradicts this in his deposition when he says that it is a cultural thing about Hyundai Korean business style and that one employee may scold a fellow employee during a business meeting.  (Duckworth depo. pg. 100: 5-101:2).  Duckworth says at Hyundai it happens that Koreans will criticize co-employees in front of suppliers, that it is just a cultural thing. (Duckworth depo. pg. 101: 22-102:15). Duckworth says that Hyundai Korean business practices is to be direct, not be concerned with the niceties of what Americans would consider business etiquette. (Duckworth depo. pg. 101: 3-21).

9.      In his declaration, ¶5 Duckworth says that he was told that Cyrus directly questioned H.I. Kim's judgment and that it embarrassed him. In his deposition testimony when asked what Cyrus did to question Kim's judgment Duckworth's only response was that Cyrus was an impediment to the process of Kim's attempt to resolve a problem with a vendor by not letting him complete his

descriptions to the supplier. (Duckworth depo pg. 126:16-129:2).

10.     In his declaration, ¶6 Duckworth says that he became aware of other problems with Cyrus' behavior in recent months; citing the Song incident and the fact that he received report from members of Plaintiff's staff. The Song incident is called into question, as set out above. The other complaints were made to him, according to Duckworth, after the Murakami meeting on September 16 and after Cyrus went out on medical leave, (Duckworth depo pg. 134:11-148:17) which was the week of October 2nd. (Cyrus declaration ¶5)

11.     In his declaration, ¶7 Duckworth says that Ahn left it to him to determine if Cyrus should be terminated. But in his deposition he says Ahn never told him to terminate Cyrus or that he wanted him to discharge him. (Duckworth depo. pg. 161:16-164:7)

12.     In his declaration, ¶8 Duckworth says that at the restaurant meeting on October 22 that for about an hour Mr. Hansford criticized HMMA's relationship with its suppliers and complained about his termination. In his declaration, ¶11 Duckworth says that Cyrus never made any complaints of discrimination on the day of the October 22nd meeting. However in his deposition Duckworth contradicts this by going on at length about the complaints of discrimination Hansford and Cyrus made at that meeting.  According to

Duckworth, Cyrus made several complaints of discrimination before he discussed any performance or attitude issues with Cyrus. (Duckworth depo. pg. 176: 14-188:23).  Duckworth said Cyrus and Hansford discussed a woman being propositioned by a Korean staff member that resulted in her frustration and her unhappiness. (Duckworth depo. pg. 178: 7-10).  Cyrus complained about a female employee who was not given the responsibility or respect of her boss when her boss left town on business. (Duckworth depo. pg. 178: 11-16).  Cyrus complained that the Americans had to attend meetings in Korean and were not given a translator. (Duckworth depo. pg. 181: 3-13).  Cyrus complained about not getting the same access to vehicles as Koreans. (Duckworth depo. pg. 181: 14-182:15).  Cyrus complained about the Americans not being reimbursed for their expenses, both for fuel expenses and for when they took company trips as favorably or as quickly as Koreans. (Duckworth depo. pg. 182: 16-183:10).  Cyrus complained that Koreans and Americans were being treated as separate teams and that the Americans were being treated less favorably than the Koreans. (Duckworth depo. pg. 184: 21-186:4).  Cyrus complained that he and Americans were not being included in meetings that he needed to be in in order to do his job and that the Koreans told the Americans that it would take too long to go through meetings if they had to do them in English.  (Duckworth depo. pg. 186: 5-16).

7

13.    In his declaration, ¶9 Duckworth says that Cyrus contended that he was an exemplary employee and had no attitude problems. But in his deposition Duckworth changed his story. He said that Cyrus contended he had been an exemplary employee with reference to his conduct in the Song and Murakami meetings, but that he was sorrowful that his subordinates had seen him as disagreeable and out of touch (Duckworth depo pg. 201:15-202:4).

14.    In his declaration, ¶12 Duckworth says that Cyrus never made any specific complaints about his own personal situation or that he was being discriminated against during any of the meetings when he, Duckworth, first arrived at HMMA. Similarly Defendant argues in its Reply Brief, page 11, that "Cyrus may have complained about company practices but there is no record evidence that he stated any belief that those practices were motivated by race or national origin discrimination as opposed to complications caused in any start-up operation that is transplanting employees half way around the world." Duckworth's deposition testimony contradicts this. He says that not long after he came Mr. Cyrus met with him about problems. (Duckworth depo. pg. 214: 16-217:8). Mr. Cyrus complained that meetings he attended were being conducted in Korean and also that there were meetings being held with Koreans but without Americans in them. (Duckworth depo. pg. 216: 18-217:8). Cyrus complained that

he was not being given appropriate authority for his level in the company and that this was a pattern in the company which affected other Americans.  (Duckworth depo. pg. 217: 15-20).  Cyrus complained that he felt that the Americans were being treated as a separate team from the Koreans. (Duckworth depo. pg. 218: 21-219:6).  Cyrus complained to Duckworth that he and the Americans were not provided information that they needed to do their job.  (Duckworth depo. pg. 220: 1-18).  Cyrus complained that the American employees' expense  reports were treated differently and less favorably from the Korean employees expense reports.  (Duckworth depo. pg. 223: 1-10).  Cyrus complained that with regard to cars coming out of the car pool for leased cars, which were part of employee compensation, Americans got less favorable cars than the Koreans. (Duckworth depo. pg. 224: 12-225:3).  Cyrus complained that a Korean firing an American woman told her she could either work off her last two weeks or take off her last two weeks and she would be paid if she slept with him. (Duckworth depo. pg. 225: 4-227:1).  Cyrus complained about Martha Harper who when her boss would go out of town would put one of her employees in charge instead of putting her in charge.  (Duckworth depo. pg. 227: 2-16).  Cyrus also complained about Kalson sleeping with staff. (Duckworth depo. pg. 227: 17-229:9).  Cyrus also complained that he and other Americans didn't have the same authority as Koreans in equal

positions. (Duckworth depo. pg. 229: 19-230:12).

15.     Duckworth described Cyrus' complaints about discrimination in decidedly negative and dismissive tones, from which a jury could conclude that Duckworth's assessment of Cyrus' attitude problem related to his complaints about discrimination and not to the Murakami meeting or the alleged Song meeting.    For example when asked if Cyrus told him Americans were treated as a separate team than the Koreans, he says "no. he told me he believed..he felt like it was a separate team." (Duckworth depo. pg. 218: 21-19:6).  When asked if Cyrus complained to him that the Americans were not being included in meetings and given information that they needed to do their job Duckworth's response was "that was his conclusion." (Duckworth depo. pg. 220: 1-18).  When asked if Cyrus complained about Americans being excluded from meetings that they needed to attend, Duckworth said "it was not a complaint it was a concern but he did not want to argue semantics." (Duckworth depo. pg. 220: 19-222:23).  When asked if Cyrus told him that Americans expense reports were treated less favorably than Korean employees expense reports Duckworth response was "he made that observation but he could not substantiate it." (Duckworth depo. pg. 223: 1-10). When asked if Cyrus complained to him that with regard the car pool for leased cars which was part of employee compensation, that the Americans got the less

10

favorable cars than the Koreans Duckworth said "he did complain but he was incorrect." (Duckworth depo. pg. 224: 13-22). When Cyrus complained that a Korean told a woman employee that she could either work out her last two weeks or she could take her last two weeks off if she would sleep with him Duckworth acknowledged that Cyrus told him this. He also admitted that Cyrus told him that while the individual had been transferred to Korea that it was known that the individual was still employed with Hyundai. Duckworth's response was "the gentleman was sent home. His career was ended. It was ruined. And I think he is no longer with HMC. I think Mr. Cyrus is completely wrong on that issue." (Duckworth depo. pg. 225: 4-227:1).

16.    Defendant argues that Mr. Choi was not similarly situated to the Plaintiff. (Defendant Reply Brief pg. 5 footnote 2). However, Duckworth acknowledges that Choi was Cyrus' Korean counterpart. (Duckworth depo. pg. 90: 22-91:5).

17.    Defendant in its reply brief at pages 5 through 8 says that it offer two reasons for Cyrus's termination: 1) Cyrus' unprofessional behavior exemplified in the Murakami meeting, and 2) Cyrus's unwillingness to improve his attitude when Duckworth discussed concerns with him on October 22nd. Duckworth claims that he told Cyrus at the October 22nd meeting that his job was in jeopardy if he didn't

agree to change, but the decision for his continued employment rested with Duckworth and that he, Duckworth, would be happy to support him if he agreed to improve his relationship and his working performance.  But Cyrus said he wasn't prepared to do that. (Duckworth depo. pg. 203: 15-205:17). When asked the reason that he terminated Cyrus, Duckworth stated that it was  because Cyrus indicated he wouldn't change his attitude at the end of a forty minute conversation. (Duckworth depo. pg. 210: 6-211:22). Duckworth did say that Cyrus's conduct at the Murakami meeting was the reason for Cyrus' termination.

18.    Cyrus says Duckworth told him the decision had already been made to terminate him and that Duckworth had nothing to do with it, that Ahn and Kim wanted his resignation.(Cyrus declaration ¶8).  Duckworth denies that he told Cyrus that it wasn't up to him, that it was up to other members of the executive committee.  (Duckworth depo. pg. 206: 12-20).

19.     Duckworth says that Cyrus told him that his frustration was so high that he did see how he could continue his employment. (Duckworth depo. pg. 203: 21-204:14).  According to Duckworth, Cyrus said that he agreed that his termination was the best thing but that he wasn't going to walk away without confrontation. (Duckworth depo. pg. 207: 10-208:5).  This contradicts  Cyrus's statement that he asked Duckworth if there was anything he could do but

12

Duckworth told him no, that the decision had already been made. (Cyrus declaration ¶8) Cyrus' statement also contradicts Duckworth's assertion that he decided to terminate Cyrus only after Cyrus said he was not willing to improve his relationships and his work performance even though Duckworth offered him the chance to do so. (Duckworth depo. pg. 205: 1-206:1;210:3-211:22).

20.    Defendant argues in its Reply Brief, page 14-15, that neither Kim nor Ahn had any knowledge of any alleged complaints of discrimination made by Cyrus before Cyrus was notified of his termination.   Duckworth contradicts this. He says that he notified Ahn of Cyrus' complaints after Cyrus had made the discrimination complaints to him.  (Duckworth depo. pg. 233: 3-13).  Duckworth also says that "I'm confident the Koreans were well aware of [Cyrus' complaints]." (Duckworth depo. pg. 233: 14-21).  From this it may be inferred that Kim, the COO, had been informed of Cyrus' complaints.  This notification occurred before the individual came from Korea and spoke with Cyrus about his complaints (Duckworth depo. pg. 232: 5-234:11), which was about a month after Duckworth arrived in Alabama.  (Duckworth depo. pg. 235: 9-14).

WHEREFORE, PREMISES CONSIDERED, Plaintiff submits that this Honorable Court should allow this supplementation of the factual record because Duckworth's deposition creates significant questions of material fact with regard

to allegations of fact in Duckworth's declaration and allegations of fact on which

Defendant bases its arguments in its briefs in support of its motion for Summary

Judgment.

Respectfully submitted,

s/Richard J. Stockham III
ASB-5599-k43r
Attorney for the Plaintiff
Stockham, Carroll & Smith, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209
Telephone (205) 879-9954
Fax: (205) 879-9990
E-Mail: rjs@stockhampc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ROBERT CYRUS,               )
                            )
    Plaintiff,           )
                            )
vs.                         )      Civil Action No.: 2:07-cv-144-ID
                            )
HYUNDAI MOTOR COMPANY,      )
et al.,                     )
                            )
    Defendants.          )

## CERTIFICATE OF SERVICE

    I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys of record:


Timothy A. Palmer
J. Trent Scofield
Brian R. Bostick
Ogletree, Deakins, Nash
Smoak & Stewart, P.C.
One Federal Place, Suite 1000
1819 5th Avenue North
Birmingham, AL 35203

                            s/Richard J. Stockham III
                            ASB-5599-k43r
                            Attorney for the Plaintiff
                            Stockham, Carroll & Smith, P.C.
                            2204 Lakeshore Drive, Suite 114
                            Birmingham, Alabama 35209
                            Telephone (205) 879-9954
                            Fax: (205) 879-9990
                            E-Mail: rjs@stockhampc.com

# DEPOSITION OF
# KEITH DUCKWORTH
# PART I

IN THE UNITED STATES DISTRICT COURT FOR

THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION


| | | |
|---|---|---|
| ROBERT CYRUS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. |
| | ) | 2:07-CV-144-ID |
| | ) | |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING | ) | |
| OF ALABAMA LLC, | ) | |
| | ) | |
|     Defendant. | ) | |


DEPOSITION OF KEITH DUCKWORTH


S T I P U L A T I O N S


IT IS STIPULATED AND AGREED,

by and between the parties through

Page 2

1 their respective counsel, that the
2 deposition of KEITH DUCKWORTH may be
3 taken before Sandra Peebles Daniel,
4 Commissioner, Notary Public, State
5 at Large, at the offices of MAYNARD,
6 COOPER & GALE, PC, AmSouth/Harbert
7 Plaza, 1901 6th Avenue North, Suite
8 2400, Birmingham, Alabama 35203, on
9 the 28th day of February, 2008,
10 beginning at approximately 9:00 a.m.
11       IT IS FURTHER STIPULATED AND
12 AGREED that the reading of and
13 signature to the deposition by the
14 witness is not waived, the
15 deposition to have the same force
16 and effect as if full compliance had
17 been had with all laws and rules of
18 Court relating to the taking of
19 depositions.
20       IT IS FURTHER STIPULATED AND
21 AGREED that it shall not be
22 necessary for any objections to be
23 made by counsel to any questions,

Page 3

1 except as to form or leading
2 questions, and that counsel for the
3 parties may make objections and
4 assign grounds at the time of the
5 trial, or at the time said
6 deposition is offered in evidence,
7 or prior thereto.
8       IT IS FURTHER STIPULATED AND
9 AGREED that notice of filing of the
10 deposition by the Commissioner is
11 waived.
12
13
14
15
16
17
18
19
20
21
22
23

Page 4

1       I N D E X
2 EXAMINATION BY:              PAGE:
3 Mr. Stockham ................... 9
4
5
6
7       E X H I B I T S
8 FOR THE PLAINTIFF:           PAGE:
9 Exhibit 1 ..................... 8
10     (renotice of deposition)
11 Exhibit 2 ..................... 9
12     (Rule 30(b)(5) and (6)
13      of deposition)
14 Exhibit 3 .................... 49
15     (declaration of M. Keith
16      Duckworth)
17
18
19
20
21
22
23

Page 5

1       A P P E A R A N C E S
2
3 BEFORE:
4 Sandra Peebles Daniel,
5 Commissioner, Notary Public
6
7 FOR THE PLAINTIFF:
8 Mr. Richard J. Stockham
9 STOCKHAM, CARROLL & SMITH, P.C.
10 2204 Lakeshore Drive
11 Suite 114
12 Birmingham, Alabama  35209
13
14 FOR THE DEFENDANT:
15 Mr. Brian R. Bostick
16 OGLETREE, DEAKINS, NASH,
17  SMOAK & STEWART, P.C.
18 One Federal Place
19 Suite 1000
20 1819 5th Avenue North
21 Birmingham, Alabama  35203
22
23

Page 6

1   FOR THE DEFENDANT:    (continued)
2   Mr. Jeffrey A. Lee
3   MAYNARD COOPER & GALE, PC
4   1901 6th Avenue North
5   2400 AmSouth/Harbert Plaza
6   Birmingham, Alabama 35203-2618
7
8   ALSO PRESENT:
9   Christopher K. Whitehead
10  Hyundai Motor Manufacturing
11      Alabama, LLC
12  700 Hyundai Boulevard
13  Montgomery, Alabama 36105
14
15
16
17
18
19
20
21
22
23

Page 7

1       I, Sandra Peebles Daniel, a
2   Court Reporter of Birmingham,
3   Alabama, Notary Public, State at
4   Large, acting as Commissioner,
5   certify that on this date, as
6   provided by Rule 30 of the Alabama
7   Rules of Civil Procedure, and the
8   foregoing stipulation of counsel,
9   there came before me at the offices
10  of MAYNARD, COOPER & GALE, PC,
11  AmSouth/Harbert Plaza, 1901 6th
12  Avenue North, Suite 2400,
13  Birmingham, Alabama 35203, on the
14  28th day of February, 2008, at or
15  about 9:00 a.m., KEITH DUCKWORTH,
16  witness in the above cause, for oral
17  examination, whereupon the following
18  proceedings were had:
19
20      THE COURT REPORTER: Usual
21  stipulations?
22      MR. BOSTICK: Yes. Yeah.
23  Do you want to read and sign your

Page 8

1   deposition before you -- you have
2   that opportunity. That would
3   probably be a good idea to do.
4       THE WITNESS: Oh, yes.
5   Uh-huh. Yes.
6       MR. BOSTICK: He wants to
7   read and sign.
8
9       KEITH DUCKWORTH,
10  having first been duly sworn, was
11  examined and testified as follows:
12
13      MR. STOCKHAM: We'll mark
14  this as Exhibit One.
15      (Whereupon, Plaintiff's
16      Exhibit One
17      was marked for
18      identification.)
19      MR. BOSTICK: Let me talk
20  with Mr. Duckworth just for two
21  seconds. I think there are a
22  couple of points that I want to
23  verify with him before we got

Page 9

1   started.
2       MR. STOCKHAM: Go ahead
3   and mark that as Exhibit Two.
4       (Whereupon, Plaintiff's
5       Exhibit Two
6       was marked for
7       identification.)
8       (Whereupon, a brief
9       recess was taken in
10      the deposition.)
11
12  EXAMINATION BY MR. STOCKHAM:
13      Q.   For the record, your name
14  is?
15      A.   Morris, M-o-r-r-i-s.
16  Middle name is Keith, K-e-i-t-h.
17  Last name is Duckworth,
18  D-u-c-k-w-o-r-t-h.
19      Q.   This deposition is going
20  forth pursuant to a notice of
21  deposition issued for your
22  deposition. I understand from your
23  counsel that you are also being

Page 10

1  offered as HMMA's 30(b)(6)
2  representative regarding the person
3  who knows -- who is most familiar
4  with the facts concerning the
5  termination of Robert Cyrus.  And
6  so I'm going to take both of those
7  depositions here --
8        MR. BOSTICK:  Subject to
9  our previously asserted objections,
10 of course.
11    Q.    -- today.
12        Now, as a preliminary
13 matter, Mr. Duckworth, have you
14 ever given a deposition before?
15    A.    Yes, sir.
16    Q.    On how many occasions?
17    A.    Numerous.
18    Q.    More than ten?
19    A.    Yes, sir.
20    Q.    When was the more -- most
21 recent one?
22    A.    Approximately nine months
23 ago.

Page 11

1     Q.    What case was that?
2     A.    Do you want the name or do
3  you want the type of case?
4     Q.    Both.
5     A.    Okay.  Name is Prehatka
6  versus Hyundai Motor America.
7     Q.    What type of case was
8  that?
9     A.    A wrongful discharge.
10    Q.    Where is that pending?
11    A.    Superior Court, Santa Ana,
12 California.
13    Q.    Prior to that when was the
14 next most recent deposition that
15 you've given?
16    A.    You know, I don't recall.
17    Q.    How many have you given in
18 the last two years?
19    A.    My recollection is just
20 this one.
21    Q.    Prior to that have you
22 given depositions in any other
23 wrongful discharge cases?

Page 12

1     A.    Yes, sir.
2     Q.    How many?
3     A.    It would only be an
4  estimate.
5     Q.    What's your estimate?
6     A.    Fifteen.
7     Q.    And when was the -- when
8  were they?
9     A.    Through my career in human
10 resources over the last
11 twenty-eight -- twenty-eight years,
12 thirty years.
13    Q.    Have you given any of
14 those while you have been employed
15 with Hyundai?
16    A.    I'm sure I have.  I can't
17 tell you the specific names over
18 the years.
19    Q.    Now, have you ever given a
20 deposition that was not related to
21 your employment?
22        MR. BOSTICK:  Object to
23 the form.

Page 13

1     A.    I'm not sure I understand
2  the question.
3     Q.    In the depositions that
4  you told me about that you've given
5  up to -- dealing with wrongful
6  discharges, that was in your
7  capacity as an employee of the --
8  Hyundai or other corporations that
9  you worked for; is that correct?
10    A.    Yes, that's correct.
11    Q.    Have you ever given a
12 deposition in a case that was not
13 in relation to your employment?
14    A.    Yes, sir.
15    Q.    And --
16    A.    No, excuse me.  No, sir.
17 I have not.
18    Q.    They've all been in your
19 capacity as --
20    A.    That's correct.
21    Q.    -- employee -- or employer
22 representative?
23    A.    That's correct.

4 (Pages 10 to 13)

Page 14

1    Q.    Now, have you given a
2 deposition in any other matters
3 relating to HMMA?
4    A.    No, sir.
5    Q.    Now, as a little
6 preliminary issue have you -- any
7 reason you can't testify fully and
8 accurately today?
9    A.    No, sir.
10    Q.    Are you on any drugs?
11    A.    No, sir.
12    Q.    Are you suffering from any
13 kind of illness?
14    A.    No, sir.
15    Q.    What have you done to
16 prepare for your deposition here
17 today?
18    A.    I have read documents,
19 including notices to appear.  I
20 have looked at transcripts of
21 previous depositions.
22    Q.    Anything else?
23    A.    I reviewed material

Page 16

1    A.    Frankly, I was unaware of
2 that.
3    Q.    What deposition of Mr.
4 Cyrus did you read?
5    A.    I cannot distinguish
6 between the two because I'm not
7 familiar with the two depositions.
8 I just read portions of a very
9 thick deposition.
10    Q.    Well, I'll tell you that
11 they're both very thick.  Did it
12 concern his hiring or his
13 termination?
14    MR. LEE:  Richard, perhaps
15 a better way to get at it is, does
16 he remember who was asking the
17 questions.
18    Q.    Do you remember who the
19 lawyer was who was asking the
20 questions?
21    A.    Yeah, Mr. Ivey.
22    Q.    Well, that wasn't any
23 deposition I attended.

Page 15

1 pertinent to the case that I think
2 has been submitted to you.
3    Q.    Anything else?
4    A.    I've spoken to legal
5 counsels.
6    Q.    Anything else?
7    A.    Not that I recall.
8    Q.    What documents have you
9 reviewed?
10    A.    The complaint, the
11 notices, a deposition, those types
12 of materials.
13    Q.    Which deposition have you
14 read?
15    A.    I have not read all of the
16 -- any -- I have not read all of
17 any deposition.  I just read a
18 portion of Mr. Cyrus' deposition.
19    Q.    Any other depositions?
20    A.    I don't believe so.
21    Q.    Now, you understand that
22 Mr. Cyrus has given a deposition in
23 both the state and a federal case?

Page 17

1    A.    The --
2    MR. LEE:  It was probably
3 me.
4    A.    The majority of the
5 deposition was almost exclusively
6 the hiring process.
7    Q.    Now, with -- apart from
8 the document -- excuse me.  Apart
9 from the deposition did you review
10 -- what particular documents did
11 you review?
12    MR. LEE:  Other than what
13 he's already told you?  He
14 mentioned the complaint and the
15 deposition --
16    MR. STOCKHAM:  Yeah.
17    MR. Lee:  -- notices.
18    Q.    Apart from the complaint
19 and the deposition notices what
20 other documents did you review?
21    A.    I would have to be given
22 the documents to tell you, frankly.
23 I can't tell you what the

Page 18

```
1    description by title is.  I can --
2    if you have documents I'd be happy
3    to go through those and tell you if
4    I've read them.  But, frankly, I
5    wasn't looking at them from the
6    perspective of their legal
7    significance.
8        Q.    Well, were there any
9    documents that you generated --
10       A.    Yes.
11       Q.    -- that you reviewed?
12   Which ones did you generate that
13   you reviewed?
14       A.    I reviewed a document
15   which I had generated to our legal
16   general counsel at HMMA.
17           MR. BOSTICK:  Richard, I
18   believe that's a memo that he sent
19   to Rick Neal that we have objected
20   to as privileged and have
21   identified on the privilege log.
22       Q.    Anything other than that
23   document?
```

Page 20

```
1        Q.    And did you go to college?
2        A.    Yes, sir.
3        Q.    Where did you go?
4        A.    California State
5    University at Long Beach.
6        Q.    And what degree did you
7    get?
8        A.    Bachelor of Science.
9        Q.    In what?
10       A.    Criminology.
11       Q.    When did --
12       A.    Criminology, pre-law.
13       Q.    When did you graduate?
14       A.    1969.
15       Q.    Did you get any
16   post-graduate degrees?
17       A.    Yes, sir.
18       Q.    What did you get?
19       A.    I have a degree in law.
20       Q.    When did you get that?
21       A.    1978.
22       Q.    Where?
23       A.    Western State University
```

Page 19

```
1        A.    Oh, I'm sorry.  Letters of
2    offer to Mr. Cyrus and his
3    responses.
4        Q.    Anything else that you
5    generated that you reviewed?
6        A.    I don't believe so.  I
7    don't recall them if --
8        Q.    Now, I'd like to get some
9    background information from you if
10   I may, sir.
11       A.    Yes, sir.
12       Q.    Where do you live?
13       A.    I live in Canyon Lake,
14   California.
15       Q.    How long have you lived
16   there?
17       A.    Fourteen, fifteen years.
18       Q.    And if I may get your
19   educational background.  Where did
20   you go to high school?
21       A.    Anaheim, California.
22       Q.    When did you graduate?
23       A.    1965.
```

Page 21

```
1    College of Law.
2        Q.    Where is that?
3        A.    California.
4        Q.    Where in California?
5        A.    Fullerton, California.
6        Q.    I'm sorry?
7        A.    Fullerton, California.
8        Q.    And do you have any other
9    post-graduate degrees?
10       A.    No, sir.
11       Q.    Any other post-graduate
12   education?
13       A.    Seminars and that type of
14   process.
15       Q.    Any regular course work
16   that you were working on a degree
17   toward?
18       A.    No.  No, sir.
19       Q.    Let me get your employment
20   history if I may, please, sir.
21       A.    Yes, sir.
22       Q.    Where -- when you first
23   graduated from college where were
```

Page 22

1  you employed?
2      A.   Seal Beach Police
3  Department, Orange County,
4  California.
5      Q.   And in what position?
6      A.   Police officer.
7      Q.   How long were you there?
8      A.   A little over a year.
9      Q.   Where did you go after
10 that?
11     A.   The U.S. Army.
12     Q.   How long were you in the
13 Army?
14     A.   A little over three --
15 three years.
16     Q.   When you were discharged
17 what rank were you?
18     A.   I was a sergeant, E5.
19     Q.   And when was that?
20     A.   1970 to '73, little after
21 '73, middle of '73.
22     Q.   Did you have any
23 employment while you were in the

Page 23

1  Army other than working in the
2  Army?
3      A.   No, sir.
4      Q.   What was your next job?
5      A.   I'm back with the police
6  department.
7      Q.   Seal Beach Police
8  Department?
9      A.   Correct.
10     Q.   And how long did you work
11 there?
12     A.   Until 1979.
13     Q.   What -- where did you go
14 then?
15     A.   To Nissan Motor
16 Corporation.
17     Q.   Now, where was that
18 located?
19     A.   In California.
20     Q.   Where?
21     A.   Torrence, California.
22     Q.   Torrence?
23     A.   Yes.

Page 24

1      Q.   And what did you do for
2  Nissan?
3      A.   I was the corporate
4  personnel relations manager.
5      Q.   And now, what was that
6  job?
7      A.   I was responsible in the
8  United States for corporate
9  personnel, all functions of
10 personnel.
11     Q.   Is it -- corporate
12 personnel, is that different from
13 hourly?
14     A.   It's both hourly, exempt
15 and non-exempt.
16     Q.   So is that the same thing
17 as a human resources job?
18     A.   That's correct.  It later
19 involved -- evolved to that name,
20 human resources.
21     Q.   Functions the same?
22     A.   Functions the same.
23     Q.   How long did you work as

Page 25

1  the corporate personnel relations
2  person for Nissan Motor Corp?
3      A.   From 1979 till 1989.
4      Q.   And did your job change at
5  all in that ten year period?
6      A.   Yes.
7      Q.   How did it change?
8      A.   Just added
9  responsibilities.
10     Q.   What responsibility did --
11     MR. BOSTICK:  Object to
12 the form.
13     Q.   What responsibilities
14 changed?  What new responsibilities
15 did you get?
16     A.   Training, involvement in
17 compensations, benefits, just areas
18 that I had not had exposure to.
19     Q.   Now, I gather from the
20 timing that you left the police
21 department after you got your law
22 degree and then began work --
23     A.   That's correct.

Page 26

1     Q.    -- with Nissan as a result
2  of having obtained your law degree;
3  is that correct?
4     A.    That's correct, yes, sir.
5     Q.    Is that -- were those
6  things -- you were working in the
7  police department and going to law
8  school at the same time?
9     A.    Yes, sir.
10    Q.    And then once you
11  completed your law degree you
12  obtained your position with Nissan?
13    A.    That's -- that's correct,
14  sir.
15    Q.    Why did you leave Nissan?
16    A.    I was recruited by Hyundai
17  Motor America.
18    Q.    And when was that?
19    A.    May -- approximately May,
20  1989.
21    Q.    And where was that
22  located?
23    A.    Garden -- originally

Page 27

1  Garden Grove, California.
2     Q.    Where is that just so I'll
3  know?
4     A.    Maybe three miles from
5  Disneyland.
6     Q.    In the Los Angeles area?
7     A.    Yes, sir, Anaheim --
8  around the Anaheim area,
9  Knottsberry Farm, the amusement
10  area of California.
11    Q.    And I want to go into your
12  -- the particulars of your
13  employment with Hyundai.  But for
14  preliminary background purposes
15  have you had any other employment
16  outside of employment at Hyundai
17  since May of '89?
18    A.    No, sir.
19    Q.    And -- let's see.  You
20  began work with -- let's see.  That
21  would have been -- one other thing
22  I need to get.
23       What's your date of birth?

Page 28

1     A.    12-13-46.
2     Q.    So you were forty-three
3  when you started with Hyundai; is
4  that right?
5     A.    Forty-two, I believe.
6       MR. STOCKHAM:  I need to
7  take a brief break.
8          (Whereupon, a brief
9           recess was taken in
10          the deposition.)
11    Q.    (By Mr. Stockham)  Mr.
12  Duckworth, when you came to work
13  with Hyundai -- how did you come to
14  leave Nissan and go to work with
15  Hyundai?
16    A.    I was contacted by an
17  executive recruiter.
18    Q.    And when you went to work
19  for Hyundai was it a new start-up
20  in the --
21    A.    Two years old.
22    Q.    Two years old.  And what
23  position did you begin with?

Page 29

1     A.    Director of employee
2  relations.
3     Q.    And is that different from
4  human resources?
5     A.    It's the same.
6     Q.    Is that the same thing
7  that you were doing at Hyundai -- I
8  mean, excuse me -- at Nissan?
9     A.    Yes, sir.
10    Q.    And as director of
11  employee relations who did you
12  report to?
13    A.    The president -- oh,
14  excuse me.  Originally the vice
15  president of finance.
16    Q.    And who was that?
17    A.    The gentleman's name was
18  Mr. Bob Polenza.
19    Q.    I'm sorry?
20    A.    Polenza.
21    Q.    How do you spell that?
22    A.    P-o-l-e-n-z-a.
23    Q.    And who was the president?

Page 30

```
 1    A.    President Bach.  Bach.
 2    Q.    How do you spell that?
 3    A.    It's B-a-c-h.
 4    Q.    What was his first name?
 5    A.    I don't know.  We never
 6  called him by his first name.
 7    Q.    And when -- how many
 8  people did you supervise in your
 9  department?
10    A.    An estimate?
11    Q.    Yes.
12    A.    I can only give you an
13  estimate.  Twenty, twenty-five --
14  twenty --
15    Q.    And how many of those were
16  your direct reports?
17    A.    I don't recall.  Maybe
18  four to five.
19    Q.    Were all of those
20  individuals located at the same
21  location?
22    A.    Yes.
23    Q.    And did you have
```

Page 32

```
 1    A.    Maybe eight months to a
 2  year after coming to Hyundai.
 3    Q.    And the president -- Mr.
 4  Bach?
 5    A.    Bach.
 6    Q.    Bach?
 7    A.    Uh-huh.
 8    Q.    And Mr. Bach, he was
 9  Korean?
10    A.    Yes, sir.
11    Q.    And did he have -- was he
12  also employed at Hyundai Motor
13  Company as an employee there?
14    A.    Yes, he was.
15    Q.    Do you know what his
16  position in Hyundai Motor Company
17  in Korea was?
18    A.    Was?
19    Q.    Yes, sir.
20    A.    He was a vice president.
21    Q.    And did you ever have any
22  employment with Hyundai Motor
23  Company?
```

Page 31

```
 1  responsibilities for any off-site
 2  locations at that time?
 3    A.    Well, I had
 4  responsibilities for all personnel
 5  within the U.S.
 6    Q.    When you say you had,
 7  responsibilities for all personnel,
 8  what does that mean?
 9    A.    From a human resources
10  perspective.  We had a centralized
11  human resources system.
12    Q.    Did your -- when did your
13  job change?
14    A.    It just gravitated over a
15  period of years.
16    Q.    Well, I understood -- I
17  mean, if I'm wrong, correct me,
18  please, sir -- that at a certain
19  point you stopped reporting
20  directly to Mr. Polenza and
21  reported directly to the president.
22    A.    Yes.
23    Q.    When did that change?
```

Page 33

```
 1    A.    No.
 2    Q.    Is Mr. Bach still the
 3  president of Hyundai Motor America?
 4    A.    No, sir.
 5    Q.    When was he replaced?
 6    A.    Sixteen years ago,
 7  approximately.  Approximately.  I
 8  can't --
 9    Q.    Who was he replaced by?
10    A.    A gentleman by the name of
11  Mr. Chung.
12    Q.    And what was Mr. Chung's
13  position at Hyundai Motor
14  Corporation?
15    A.    I assume he was a vice
16  president.
17    Q.    Now, did you report to
18  him?
19    A.    Yes, sir.
20    Q.    And Mr. Chung, did he have
21  a first name?
22    A.    He just used the initials
23  D.O., D, period, O, period.
```

9 (Pages 30 to 33)

Page 34

1    Q.    And how long did you
2  report to Mr. Chung?
3    A.    Three years maybe. Again,
4  I'm giving you approximations.
5    Q.    And who replaced Mr. Chung
6  as president of Hyundai Motor
7  America?
8    A.    A gentleman by the name of
9  Mr. Y.I, period, Lee, L-e-e.
10    Q.    And did you report to Mr.
11  Lee?
12    A.    Yes, sir.
13    Q.    How long did you report to
14  Mr. Lee?
15    A.    Approximately three years
16  -- three.
17    Q.    Did your -- at the time
18  that you reported to Mr. Bach, Mr.
19  Chung and Mr. Lee did your job
20  change?
21    A.    It gathered
22  responsibilities. That's all.
23    Q.    When you say, gathered

Page 35

1  responsibilities, what changes were
2  there?
3    A.    I became responsible for
4  administration.
5    Q.    Administration of what?
6    A.    Corporate administration,
7  the facilities, that type of thing.
8  What else? Automobiles, corporate
9  vehicles -- IT, the IT department
10  reported to me.
11    Q.    When did you become
12  responsible for IT, under which
13  president?
14    A.    I believe under Mr. Chung.
15    Q.    The same question with
16  regard to administration.
17    A.    Mr. Bach.
18    Q.    When did you become
19  responsible for corporate vehicles?
20    A.    I'm sorry. I just don't
21  recall, but maybe Mr. Bach or Mr.
22  Chung, one of the individuals.
23    Q.    So -- and you said that

Page 36

1  you also became responsible for the
2  buildings. Was that under the same
3  time frame?
4    A.    Yes, sir.
5    Q.    Any changes after -- other
6  than those four from when you
7  initially began with Hyundai Motor
8  America?
9    A.    I'm sorry. I just don't
10  recall. I just don't recall.
11    Q.    After Mr. Lee who was your
12  next boss?
13    A.    Mark, M-a-r-k, Juhn,
14  J-u-h-n.
15    Q.    How long was Mr. Juhn
16  president of --
17    A.    Maybe two years.
18    Q.    So that brings us up to
19  '99 by my count. Does that sound
20  about right to you?
21    A.    I prefer just to go
22  through --
23    Q.    Okay.

Page 37

1    A.    -- the individuals.
2    Q.    Why don't you go ahead --
3    A.    Because the timing may be
4  off six months one way or the
5  other.
6    Q.    Tell me who was after Mr.
7  Juhn.
8    A.    A gentleman by the name of
9  Mr. O'Neile, Fin O'Neile. Finbarr,
10  F-i-n-b-a-r-r, O'Neile, O,
11  apostrophe, N-e-i-l-e.
12    Q.    Was Mr. O'Neile Korean?
13    A.    American.
14    Q.    And how long was Mr.
15  O'Neile president?
16    A.    About three years. Three
17  to four years.
18    Q.    And any changes occur
19  while you were working -- in your
20  position while you were working
21  under Mr. O'Neile?
22    A.    No.
23    Q.    Who was the next

| Page 38 | Page 40 |

**Page 38**

1 president?
2    A.    His name was Robert Cosmai
3 but I did not report to him, to
4 answer your question.
5    Q.    Cosmai?
6    A.    Cosmai.
7    Q.    How do you --
8    A.    C-o-s-m-a-i.  His first
9 name is Robert.
10    Q.    And who did you report to
11 when Mr. Cosmai became president?
12    A.    A gentleman by the name of
13 J.S. Chea.  That's C-h-e-a.
14    Q.    And what was Mr. Chea's
15 position?
16    A.    Senior executive
17 coordinator.
18    Q.    Did he also have a
19 position with Hyundai Motor
20 Corporation?
21    A.    Yes.
22    Q.    What was his position?
23    A.    Vice president.

**Page 39**

1    Q.    Did Mr. O'Neile have a
2 position with Hyundai Motor
3 Corporation?
4    A.    No, he did not.
5    Q.    How about Mr. Cosmai?
6    A.    No, he did not.
7    Q.    How long did you report to
8 Mr. Chea?
9    A.    Six months maybe.
10 Approximately.
11    Q.    Then who did you report
12 to?
13    A.    Mr. Chea -- the
14 gentleman's name is Owen Koh,
15 K-o-h.
16    Q.    What was his position?
17    A.    President.
18    Q.    He succeeded Mr. Cosmai?
19    A.    That's correct.
20    Q.    And did Mr. Koh have a
21 position with Hyundai Motor
22 Company?
23    A.    Yes.

**Page 40**

1    Q.    What was his position
2 there?
3    A.    I'm not sure.  He was a
4 vice president of some type.
5    Q.    Now, between the time that
6 you reported to Mr. Juhn until the
7 time that you reported to Mr. Koh
8 did any -- did your job description
9 change in any way?
10    A.    My job titles changed but
11 my position was basically the same.
12    Q.    Any additional
13 responsibilities that you took on
14 in that time frame?
15    A.    No, just all the aspects
16 of human resources, as you call it,
17 personnel/human resources, and the
18 affiliate -- affiliated types of
19 functions.
20    Q.    Be anything expanded other
21 than what you had originally done?
22    A.    No, just an increase in
23 personnel that we had.

**Page 41**

1    Q.    How many people -- did the
2 number of people who were your
3 direct reports change?
4    A.    Oh, they've gone up and
5 gone down, yes.
6    Q.    What was the highest
7 number of direct reports that you
8 had in this time frame?
9    A.    I -- you know, I couldn't
10 -- I'd have to think about that if
11 you don't mind.
12        Direct reports, maybe ten,
13 eleven people.
14    Q.    Now, how long did you
15 report to President Koh?
16    A.    Two years.
17    Q.    And then who did you
18 report to?
19    A.    Mr. Kim.
20    Q.    What was Mr. Kim's first
21 name?
22    A.    It -- just the first
23 letter, J.

Page 42

1    Q.    And what was Mr. Kim's
2  position?
3    A.    President.
4    Q.    Did Mr. Kim have a
5  position with Hyundai Motor
6  Corporation?
7    A.    Yes.
8    Q.    What was his position?
9    A.    He's a vice president.
10    Q.    Now, how long did you
11  report to Mr. Kim?
12    A.    Thirty days.
13    Q.    Who did you report to
14  after that?
15    A.    He's still in place.
16    Q.    So he is your current
17  boss?
18    A.    That's correct.
19    Q.    And you reported to Mr.
20  Kim for thirty days.  So
21  immediately preceding that was Mr.
22  Koh?
23    A.    That's correct.

Page 43

1    Q.    And you reported to Mr.
2  Koh for two years?
3    A.    That's correct.
4    Q.    And immediately preceding
5  that was Mr. Chea?
6    A.    That's correct.
7    Q.    Now, when you were --
8  between -- at what point did you --
9  were you assigned to work at HMMA?
10    A.    2005.
11    Q.    At that time who did you
12  report to?
13    A.    I had a dual reporting
14  relationship.
15    Q.    And who was your boss at
16  Hyundai Motor America?
17    A.    It was -- it started with
18  Mr. Chea, Mr. -- which is Mr. Chea,
19  and then Mr. Koh.
20    Q.    So --
21    A.    And then Mr. Ahn.
22    Q.    When you were reporting to
23  Mr. Chea initially was that when

Page 44

1  you were initially transferred to
2  Alabama?
3    A.    Yes, sir.
4    Q.    Prior to that time who did
5  you report to?
6    A.    Prior to Mr. Chea's time?
7    Q.    Before your coming to
8  Alabama.
9        MR. BOSTICK:  Object to
10  the form.  Do you mean immediately
11  preceding?
12        MR. STOCKHAM:  Yeah,
13  immediately preceding.
14    A.    Mr. O'Neile.
15    Q.    And so Mr. O'Neile was
16  president of Hyundai Motor America
17  when you came to HMMA; is that
18  correct?
19    A.    No, sir.
20    Q.    Who was president of H --
21    A.    Mr. -- president?
22    Q.    Yes, sir.
23    A.    Mr. Cosmai.

Page 45

1    Q.    Did the appointment of Mr.
2  Cosmai as president of HMA coincide
3  with your coming to Alabama?
4    A.    No, sir.
5    Q.    So at some point you
6  reported directly to President
7  Cosmai --
8    A.    No.  I never reported to
9  Mr. Cosmai.
10    Q.    Well, explain to me how
11  that worked.
12        MR. LEE:  He already did.
13  He told you he reported to J.S.
14  Chea, which is actually Chea, and
15  he never reported to Mr. Cosmai.
16  He was president but he didn't
17  report to him.
18    Q.    Tell me how that
19  transition occurred, please, sir.
20    A.    Mr. Cosmai was the
21  president but had primary
22  responsibility for sales,
23  marketing, public relations, parts,

Page 46

```
 1  service and the support systems,
 2  such as legal, finance, HR --
 3  reported to Mr. Chea.
 4      Q.    And when that -- that
 5  changeover occurred was that at the
 6  same time that you were transferred
 7  to -- or sent to Alabama?
 8      A.    No, it was after that. I
 9  was transferred after Mr. Chea
10  became the executive coordinator.
11      Q.    How long after?
12      A.    An approximation would be
13  six months. That's an -- that's
14  very rough.
15      Q.    Now, I understood you to
16  say that you worked for Mr. Chea
17  for six months. So can -- who did
18  you report to at HMA when you were
19  working for HMMA?
20      A.    I had a dual reporting
21  relationship. I reported to Mr.
22  Chea until he left, then to Mr.
23  Koh. And then at the plant I
```

Page 47

```
 1  reported to Mr. Ahn.
 2      Q.    Now, other than your --
 3  when you came to Alabama, prior to
 4  that time, did your -- other than
 5  you've described for me heretofore
 6  did your job change in any way?
 7      MR. BOSTICK: Object to
 8  the form.
 9      A.    From a structural
10  perspective, no. But in a
11  corporation, just like any other
12  organization, you receive
13  assignments all the time that take
14  you back and forth through the --
15  through various responsibilities
16  and assignments that may not be
17  directly reporting to HR
18  perspective because you may be the
19  only executive available at that
20  time. So I've been involved in
21  sales. I've been involved in
22  marketing issues. I've been
23  involved in public relations
```

Page 48

```
 1  issues. It just depends upon --
 2  I'm an executive, okay, a broad
 3  term executive.
 4      Q.    Now, have you been sent
 5  anywhere other than the two years
 6  that you were sent to Alabama?
 7      A.    On an assignment?
 8      Q.    On an assignment.
 9      A.    No, sir.
10      Q.    Now, as far as reporting,
11  have you ever had any reporting
12  responsibilities to Korea?
13      MR. BOSTICK: Object to
14  the form.
15      A.    My boss is here at HMA,
16  has always been here at HMA. Or
17  when I was in Alabama it was dual,
18  HMMA and HMA.
19      Q.    So I take that that you've
20  never had any reporting
21  responsibilities to anyone in
22  Korea; is that correct?
23      A.    I'm trying to give you an
```

Page 49

```
 1  accurate picture. I believe that
 2  executives, okay, have a
 3  responsibility always to the parent
 4  corporation. But the reporting
 5  relationship is very structured and
 6  it always goes through the
 7  president of the corporation, HMA,
 8  or HMMA.
 9      (Whereupon, Plaintiff's
10      Exhibit Three
11      was marked for
12      identification.)
13      Q.    Now, I show you what I
14  have marked as Exhibit Three to
15  your deposition.
16      A.    Yes, sir.
17      Q.    Have you seen -- have you
18  seen --
19      MR. BOSTICK: Have you got
20  some extra copies with you? Is
21  that his declaration?
22      MR. STOCKHAM: I have --
23  yeah, it's a declaration. I
```

Page 50

```
 1   have --
 2         MR. BOSTICK:  I've got --
 3         MR. STOCKHAM:  -- one
 4   copy.
 5      Q.   (By Mr. Stockham)  Mr.
 6   Duckworth, this document has
 7   something that appears to be your
 8   signature on page six.  Is that
 9   your signature?
10      A.   Yes, sir.
11      Q.   And it appears to be
12   initialed in the lower right corner
13   on pages one, two, three, four and
14   five.  Are those your initials?
15      A.   Yes, sir.
16      Q.   Did you participate in the
17   preparation of this document?
18      A.   Yes, sir.
19      Q.   Now, attached to it are
20   two exhibits, exhibit one and two.
21   Did you review both of those
22   documents before you attached them
23   to this document (indicating)?
```

Page 51

```
 1      A.   Exhibit one, yes.  And may
 2   I review exhibit two?
 3         MR. STOCKHAM:  Tell you
 4   what.  Take your time.  I'm going
 5   to run -- be right back.
 6            (Whereupon, a brief
 7             recess was taken in
 8             the deposition.)
 9      Q.   (By Mr. Stockham)  These
10   documents attached to exhibit one
11   -- which are a part of exhibit one,
12   are those the documents that you
13   read prior to attaching them to
14   this -- did you read those
15   documents prior to attaching them
16   to this declaration?
17      A.   Yes, sir.
18      Q.   Now, to serve as a
19   framework for our discussions here
20   today I want to consult this
21   document (indicating) to facilitate
22   the progress of the deposition.
23         In -- this is a statement
```

Page 52

```
 1   or declaration that you prepared in
 2   this lawsuit, is it not?
 3      A.   Yes, sir.
 4      Q.   And did you do this in
 5   consultation with counsel?
 6      A.   Yes, sir.
 7      Q.   And the purpose of
 8   preparing this declaration, you
 9   understood, was to obtain summary
10   judgment for HMMA?
11         MR. BOSTICK:  Object to
12   the form.
13      A.   No, I don't believe that's
14   an accurate portrayal.
15      Q.   Did you understand that
16   this document was being prepared to
17   submit in conjunction with a motion
18   for summary judgment?
19      A.   I don't believe that I had
20   been given that information.  I was
21   asked to give a declaration that
22   provided the accuracy of my
23   experiences with Mr. Cyrus, the
```

Page 53

```
 1   purpose for which I thought was for
 2   clarification for yourself, the
 3   Court and however it was to be
 4   utilized.
 5      Q.   Did you prepare this?
 6      A.   Yes.
 7      Q.   And --
 8      A.   When you say, prepare, did
 9   I prepare it, did I type it, did I
10   -- I had input into this, yes.
11      Q.   Did you edit it?
12      A.   Yes, sir.
13      Q.   Did you -- did your
14   secretary type it up?
15      A.   No, sir.
16      Q.   Who typed it up?
17      A.   Someone within the legal
18   department.
19      Q.   In California?
20      A.   I can't tell you that.  I
21   don't know.
22      Q.   Well, notice that it --
23   according to this it was prepared
```

Page 54

1  January 15th. Who did you consult
2  with in preparing this document?
3      MR. BOSTICK: Object to
4  any testimony regarding
5  communications with counsel.
6      Q.   You can identify who you
7  talked to.
8      A.   Legal counsel, HMA.
9      Q.   And who was that?
10     A.   Graham Sharp, S-h-a-r-p.
11     Q.   Where is Mr. Sharp
12  located?
13     A.   HMA.
14     Q.   In California?
15     A.   Yes, uh-huh.
16     Q.   Anyone else that you spoke
17  with?
18     A.   I don't recall. Legal
19  counsel in Alabama but specifically
20  who right now escapes me. Just
21  telephone conversations.
22     Q.   Is that one or more than
23  one individual?

Page 55

1      A.   I believe more than one.
2      Q.   Did you speak with Mr.
3  Bostick here?
4      A.   I can't tell you,
5  Counselor, because at the time I
6  did not know the gentlemen
7  specifically and I didn't take
8  notes and I was -- Mr. Sharp was in
9  charge and he was saying we were
10  speaking to legal counsel in
11  Alabama.
12     Q.   So you were in a meeting
13  with Mr. Sharp and there was a
14  legal counsel on the phone; is that
15  what you're saying?
16     A.   Yes, uh-huh.
17     Q.   Now, was that on one
18  occasion or more than one occasion
19  that you had --
20     A.   My recollection is twice.
21     Q.   And did you dictate any of
22  this language or was it language
23  that was presented to you and you

Page 56

1  edited it?
2      A.   Boy, that's a -- I believe
3  this work product is as a result of
4  meeting with legal counsel and HMA.
5  Whether I prepared a portion of it,
6  I can't remember, to be quite
7  candid. I can't remember if I
8  wrote it or I dictated it or I told
9  legal counsel.
10     Q.   That was just last month.
11     A.   I know, sir, but this is
12  not the main focus of my life.
13     Q.   So you can't tell me today
14  whether or not you dictated any of
15  it or drafted any of it?
16     A.   The drafting of it is a
17  product of the legal department.
18  The information provided within the
19  document is mine.
20     Q.   Well, can you tell me
21  today whether you edited any of it?
22     A.   Yes.
23     Q.   You did?

Page 57

1      A.   Yes.
2      Q.   Looking at the -- at
3  paragraph two it says that you
4  were, temporarily assigned to work
5  at Hyundai Motor Manufacturing
6  Alabama in the capacity of deputy
7  president and chief administrative
8  officer for a period of two years.
9          Did you retain your title
10  at Hyundai Motor America when you
11  were deputy president and chief
12  administrative officer?
13     A.   Yes, sir.
14     Q.   Did your compensation
15  change in any when you -- any way
16  when you became deputy president
17  and chief administrative officer at
18  HMMA?
19     A.   Yes, sir.
20     Q.   How did it change?
21     A.   I received an increase for
22  living expenses for Alabama, and my
23  salary was increased.

Page 58

```
 1      Q.    And when you became the --
 2  that position -- what -- it says
 3  you came in August of 2005. When in
 4  August did you come?
 5      A.    Specific date?
 6      Q.    Yes, sir.
 7      A.    I can't tell you.
 8      Q.    What part of the month?
 9      A.    Early on.  Early on.
10      Q.    First day, first week?
11      A.    I would say first week and
12  a half of August.
13      Q.    So somewhere between the
14  7th and the 10th?
15      A.    I've given you my best
16  estimate, sir.
17      Q.    Yeah.  That's what I'm
18  trying to gather.  You said, week,
19  week and a half; is that right?
20      A.    A week, week and a half,
21  yes, sir.
22      Q.    Okay.  That's why I said
23  7th to 10th.
```

Page 59

```
 1      A.    Yeah.  I was going back
 2  and forth.  That's why I -- I don't
 3  recall specifically.
 4      Q.    So when you first came out
 5  -- came you were going back and
 6  forth between California and
 7  Alabama?
 8      A.    Yes, sir.
 9      Q.    How long did you go back
10  and forth between California and
11  Alabama?
12      A.    How long in what sense?
13      Q.    I gather from what you're
14  saying that you transitioned back
15  and forth, meaning that you flew
16  here and then you would spend a few
17  days here and then you'd travel
18  back to California --
19      A.    That's correct.
20      Q.    -- spend time there and
21  come back here and spend time here
22  and go there and --
23      A.    Yes, sir.
```

Page 60

```
 1      Q.    -- spend time there.
 2            How long did that back and
 3  forth --
 4      A.    Oh.
 5      Q.    -- go on?
 6      A.    I understand.  During a --
 7  maybe -- significantly maybe the
 8  first six to eight months.
 9      Q.    So during the first six to
10  eight months how frequently would
11  you be in California?
12      A.    Maybe once every month and
13  a half, maybe every month.  There
14  was no regular basis.  It was
15  dependent upon when I was needed.
16      Q.    So you wouldn't be going
17  every week back and forth?
18      A.    That would be a rarity.
19      Q.    Well, when you first got
20  here did you go back and forth
21  every week?
22      A.    When I first arrived, no.
23      Q.    When you first arrived did
```

Page 61

```
 1  you buy a home here?
 2      A.    No.
 3      Q.    Where did you stay?
 4      A.    In an apartment.
 5      Q.    Did you ever get a home?
 6      A.    No.
 7      Q.    Where was the apartment?
 8      A.    On Atlantic -- Atlanta
 9  Boulevard in Montgomery, Alabama.
10      Q.    Did your family ever move
11  here with you?
12      A.    No.
13      Q.    Did you go home on the
14  weekends?
15      A.    Rarely.
16      Q.    Now, when you first
17  arrived --
18      A.    Let me say -- rarely --
19  not often enough.  Okay?
20      Q.    Well, how often?
21      A.    Depending upon the
22  business maybe once every other
23  month, once -- something like that.
```

16 (Pages 58 to 61)

Page 62

1    Q.    Why were you transferred
2  here to Alabama?
3    A.    To help improve the
4  communication system within the
5  plant, and to assist the plant
6  developing HR practices.
7    Q.    And who made that
8  decision?
9    A.    I can't tell you.  I don't
10  know.
11    Q.    When were you first
12  informed of that decision?
13    A.    End of July, early August.
14    Q.    Were you aware of problems
15  in HR in communication here in
16  Alabama prior to that?
17    A.    Yes.
18    Q.    What were you aware of?
19    A.    I had been advised by
20  individuals in the plant that there
21  was difficulty in communications
22  and that they were struggling in
23  some areas.

Page 63

1    Q.    Who advised you of that?
2    A.    One would be Mr. Kimble,
3  director of HR.
4    Q.    Did he report to you?
5    A.    No, he did not.
6    Q.    Anyone else advise you of
7  that?
8    A.    Mr. Cyrus.
9    Q.    Anyone else advise you of
10  that?
11    A.    Over a period of time,
12  yes.
13    Q.    Who?
14    A.    Initially those were the
15  two sources and then they quoted
16  the other sources of information.
17    Q.    And was this something
18  that you passed on?
19    A.    Yes, sir.
20    Q.    Who did you pass it on to?
21    A.    Mr. Chea.
22    Q.    Do you speak Korean?
23    A.    No.

Page 64

1    Q.    Do you read Korean?
2    A.    No.
3    Q.    Now, with regard to the
4  decision, who informed you of it,
5  that you were going to be coming to
6  Alabama?
7    A.    I was informed by several
8  people.
9    Q.    Who?
10    A.    Mr. Chea.
11    Q.    Is that the same person as
12  Mr. Chea we've been --
13    A.    Yes.
14    Q.    -- talking about?
15    A.    Same.  Mr. Choi.
16    Q.    Are Mr. Chea and Mr. Choi
17  the same person?
18    A.    Different individual.
19    Q.    Okay.  Well --
20    A.    And --
21    Q.    -- Mr. -- the one who was
22  the person that you reported to
23  when Mr. Cosmai was president, is

Page 65

1  that one of the ones who informed
2  you?
3    A.    Yes, uh-huh.
4    Q.    And you said there was
5  another Mr. Choi.  Who was that?
6    A.    Mr. Choi is at HMC.
7    Q.    In Korea?
8    A.    Yes.
9    Q.    Did he come and tell you
10  or did he inform you by phone?
11    A.    No, on a visit he stopped
12  by and see me -- he -- and sought
13  me out just to tell me.
14    Q.    And what did he tell you?
15    A.    He told me that I was
16  needed in Alabama to help
17  strengthen the HR system, improve
18  communication between management
19  and employees and between the
20  working -- and to help with the --
21  or the organization systems.
22    Q.    Anyone other than Mr. Chea
23  and Mr. Choi tell you that you were

Page 66

1  coming to Alabama?
2      A.    I'm not sure I understand
3  the question, frankly, because
4  there was discussions amongst my
5  subordinates, amongst my
6  colleagues.  You know, everybody
7  I --
8      Q.    What I'm trying to find
9  out is, when did you -- who told
10  you you were coming to Alabama?
11      A.    I was told by a number of
12  people in various times.
13      Q.    When did you first find
14  out?
15      A.    James Choi told me.
16      Q.    When was that?
17      A.    In July -- or the end of
18  July, early August.
19      Q.    And he's the fellow from
20  Korea?
21      A.    That's correct.
22      Q.    What's his position?
23      A.    At that time or now?

Page 67

1      Q.    Then.
2      A.    Executive vice president,
3  I believe.
4      Q.    He wasn't your immediate
5  boss?
6      A.    No.
7      Q.    At that time you were
8  working for who?
9      A.    Mr. Chea.
10      Q.    After Mr. Choi told you --
11      A.    Yes.
12      Q.    -- who next told you?
13      A.    Probably my coordinator.
14      Q.    Which was who?
15      A.    His name was -- let's see.
16  At the time -- let me think about
17  it and I'll give you his name.  I
18  just drew a blank on that.
19      Q.    Now, between the time that
20  you were told and the time that you
21  first showed up did you have any
22  discussions with anyone about what
23  your job was going to be?

Page 68

1      A.    Yes.
2      Q.    And who did you have those
3  discussions with?
4      A.    Mr. Choi again, James
5  Choi; Mr. Kim, D.J. Kim; Mr. -- I'm
6  -- that was basically --
7      Q.    What did Mr. James Choi
8  tell you?
9      A.    That I was needed at the
10  plant to improve communications, to
11  assist the Americans in
12  understanding the cultural
13  differences between the Korean
14  company and an American company, to
15  assist the Koreans understanding
16  American culture, to help improve
17  the working environment for
18  employees, to assist in helping
19  employees take a pride in the
20  Hyundai name, to foster and improve
21  employee relations, management
22  relations.
23      Q.    What problems did you

Page 69

1  understand existed with regard to
2  that?
3          MR. BOSTICK:  Object to
4  the form.
5      A.    Within the plant the
6  Korean staff, executive staff, were
7  not familiar with American customs
8  and habits and they were very
9  focused on plant operations and
10  didn't always understand the
11  customs and habits of Americans.
12          On the other hand,
13  Americans didn't understand the
14  expressions of Koreans, how they
15  interact, and it was a merger of
16  two cultures.
17      Q.    What did Mr. T.J. Kim tell
18  you?
19      A.    D.J. Kim?
20      Q.    Is it D.J.?
21      A.    D., as in as in Dan.
22          He told me that this was
23  an important investment and that

Page 70

1   Hyundai wanted to ensure that it
2   was successful and that the
3   relationship between all parties in
4   the plant were critical to the
5   success of the company and that no
6   one in the plant had the expertise
7   and understood Hyundai on the
8   American side.  They didn't have
9   the experience of knowing the
10  corporation and the culture of the
11  company.
12      Q.    Who is Mr. D.J. Kim?
13      A.    He was the vice chairman.
14      Q.    Vice chairman of?
15      A.    Hyundai --
16      Q.    In Korea?
17      A.    Yes.
18      Q.    Did he call you or did you
19  have a personal face-to-face
20  meeting?
21      A.    No, I had a face-to-face
22  meeting.  But he didn't come to see
23  me.

Page 71

1       Q.    Was this in California or
2   in Korea?
3       A.    It was in California and
4   Alabama.
5       Q.    Now, when you were asked
6   to go did they tell you how long
7   you were going to go?
8       A.    Yes.
9       Q.    Now, the next sentence, it
10  says, I was involved in Robert
11  Cyrus' initial hiring with HMMA in
12  that I was his American contact,
13  spoke with him about benefits and
14  sent him a letter explaining the
15  terms of his employment.  I was not
16  involved in the decision to hire
17  Mr. Cyrus.
18          Now, you -- we're going to
19  talk about that extensively later
20  today.  But for the purposes of
21  this, you didn't interview Mr.
22  Cyrus, did you?
23      A.    For employment?

Page 72

1       Q.    Yes, sir.
2       A.    No, sir.
3       Q.    And when you spoke with
4   him about benefits, that was after
5   he had already been made his job
6   offer?
7       A.    I don't recall.
8       Q.    Now, when you said -- say
9   here that you were involved in the
10  initial hiring, do you recall who
11  made the decision, who informed
12  you?
13      A.    My coordinator.
14      Q.    Who was that?
15      A.    Darren Kahn.
16      Q.    Darren who?
17      A.    Kahn, K-a-h-n.
18      Q.    And is Mr. Kahn with HMA?
19      A.    No, sir.
20      Q.    Who is Mr. Kahn with?
21      A.    I couldn't tell you.  I
22  don't know.
23      Q.    Is he in Korea?

Page 73

1       A.    I don't know where he's
2   at.
3       Q.    At the time that you said
4   that he informed you where was Mr.
5   Kahn?
6       A.    At HMA.
7       Q.    He was at HMA.  Do you
8   know what his position was?
9       A.    He was a coordinator and
10  what his title was, whether it was
11  a senior coordinator or exactly the
12  coordinator -- I think it was
13  senior coordinator.
14      Q.    What does that mean?
15      A.    He was a coordinator to
16  the HR department and assisted in
17  communications between Koreans and
18  Americans.
19      Q.    He worked for you?
20      A.    Yes.
21      Q.    Looking at the paragraph
22  three it says, in October of 2005 I
23  attended a meeting with President

Page 74

1  J.S. Ahn.  Where did that meeting
2  take place?
3      A.    In his office.
4      Q.    Who was present?
5      A.    President Ahn, myself,
6  B.K. Kim.
7      Q.    D.K.?
8      A.    B, B as in boy.  B.K. Kim
9  and Eddie Jin.
10      Q.    Anyone else?
11      A.    I believe that was the
12  meeting participants.
13      Q.    Who is B.K. Kim?
14      A.    Mr. Kim was an executive
15  vice president over HR and plant
16  systems such as IT -- IT and
17  technical communications.
18      Q.    Executive vice president
19  of what company?
20      A.    HMMA.
21      Q.    And who is Eddie Jin?
22      A.    He was an executive
23  coordinator or a senior coordinator

Page 75

1  for the legal department.
2      Q.    Now -- he reported to who,
3  Mr, Jin?
4      A.    Rick Neal, Mr. Rick Neal.
5      Q.    And did you have any
6  translators present?
7      A.    Mr. Jin was the
8  translator.
9      Q.    And with regard -- Mr.
10  Kim, is -- was he on your same
11  level or is he --
12      A.    He reported to me.
13      Q.    Reported to you.
14          How was that meeting --
15  how were you notified of that
16  meeting?
17      A.    I don't recall.  Someone,
18  I believe, called my secretary and
19  said that the president needed to
20  see me.
21      Q.    Did you make any notes of
22  that meeting?
23      A.    No.

Page 76

1      Q.    Were there any minutes
2  kept of that meeting?
3      A.    Not that I know of.
4      Q.    And Mr. Kim, did he speak
5  English?
6      A.    Yes.
7      Q.    Mr. J.S. Ahn, did he speak
8  English?
9      A.    I would have to ask you,
10  with due respect, what your
11  standard of speaking English is.
12      Q.    Did you talk in English
13  with him?
14      A.    I could but not on every
15  subject.  Nor could he talk to me
16  on every subject in English.
17      Q.    In the meeting on -- that
18  you described in paragraph three of
19  your declaration did you speak with
20  President Ahn in English?
21      A.    He spoke to me in English
22  and then would turn to Mr. Jin when
23  he could not verbalize what he

Page 77

1  wanted to say and then would say it
2  in Korean to Mr. Jin.  And
3  sometimes Mr. Kim would translate
4  it.
5      Q.    Now, how long did this
6  meeting last?
7      A.    Forty-five minutes.
8      Q.    And do you know the date
9  of the meeting?
10      A.    I don't recall.
11      Q.    Now, it says that it was
12  called concerning the performance
13  and concerns President Ahn had with
14  Robert Cyrus' performance and
15  attitude.  Were you informed of
16  that before you got to the meeting?
17      A.    Would you repeat the
18  question?
19          MR. BOSTICK:  Object to
20  the form.
21      A.    I'm sorry.
22      Q.    Reading your sentence
23  here, it says, the purpose of the

Page 78

1   meeting was to discuss concerns
2   that President Ahn had with Robert
3   Cyrus' performance and attitude.
4   My question is:  Where you informed
5   of that before you came to the
6   meeting?
7       A.    No.
8       Q.    Was there an agenda for
9   the meeting?
10      A.    No.
11      Q.    It says -- the next thing
12  says, in particular, President Ahn
13  had recently received a complaint
14  from Mr. H.I. Kim, chief operating
15  officer, about a meeting that took
16  place on September 16th between
17  HMMA officials and officials from
18  Murakami Manufacturing Company.
19  Tell me how that information was
20  brought to your attention.
21      A.    Can you be more specific
22  about the question?
23      Q.    Yeah.  How did you find

Page 79

1   out what the subject matter of this
2   meeting that you were called to --
3       A.    Oh, President Ahn advised
4   me.
5       Q.    What did he say?
6       A.    He said there has been
7   concerns raised by the production
8   department concerning the actions
9   of Mr. Cyrus.
10      Q.    Did he go into detail
11  about what was raised by the
12  production department?
13         MR. LEE:  During the
14  meeting or before the meeting,
15  Richard?
16         MR. STOCKHAM:  I had
17  understood that he didn't talk to
18  him before the meeting.
19      A.    No.  I had spoken to Mr.
20  Cyrus but I hadn't spoken to him.
21      Q.    Yes, sir.  I want to know
22  about the meeting that you had with
23  President Ahn.

Page 80

1       A.    I'm sorry.  Could you read
2   the question back?
3       Q.    Yes, sir.  I'll restate
4   the question.
5         Did Mr. Ahn go into detail
6   about the concerns that people in
7   the production department had about
8   Mr. Cyrus?
9       A.    Yes, sir, he did.
10      Q.    What did he say?
11      A.    If you would let me
12  complete.  He did -- when I said,
13  he told me, he told me a portion.
14  He asked certain portions to be
15  translated to me.  So, did he
16  communicate it?  Yes, he
17  communicated it to me.  But he
18  didn't say it all because some of
19  it he could not describe.
20      Q.    Well, what --
21      A.    I want to be accurate
22  in --
23      Q.    What did --

Page 81

1       A.    -- answering your
2   question.
3       Q.    What did he communicate to
4   you?  In English first of all and
5   then what he was--
6       A.    He said that there had
7   been a problem between production
8   and Mr. Cyrus and that the
9   production department was extremely
10  upset over the conduct or the way
11  he had been at the meeting, the way
12  he had acted at the meeting.
13      Q.    Is that all he said in
14  English?
15      A.    And then -- yes.  And then
16  he turned to Mr. Jin and Mr. Kim.
17      Q.    And what did they report
18  to you that he said?
19      A.    They reported that there
20  had been a meeting with a vendor
21  and that Mr. Cyrus had become loud,
22  defiant, had embarrassed Mr. Kim,
23  had -- would not conduct himself in

Page 82

```
1   concert with the agenda and became
2   disruptive in the meeting.
3        Q.    Is that all they said?
4        A.    That they were
5   disappointed with his conduct, with
6   his actions, his judgment and that
7   they didn't understand the
8   motivation, didn't understand what
9   -- they couldn't understand it, why
10  this had happened.
11       Q.    Anything else they said?
12       A.    President Ahn said it was
13  a concern and that he didn't know
14  how --
15       Q.    Before you go on --
16       A.    -- how this -- let me
17  finish, sir -- how this should be
18  handled.
19       Q.    Now, you said President
20  Ahn said that.  What I was trying
21  to get from you is what the other
22  individuals translated.
23       A.    They translated basically
```

Page 83

```
1   what I have stated.  But President
2   Ahn asked me in English, what
3   should I do about this.  What --
4   how do I do this?  How do I resolve
5   this problem?
6        Q.    Is that all he said?
7        A.    And he asked me for my
8   input.
9        Q.    Did he go into the
10  specifics of what occurred in the
11  meeting?
12       A.    He did, sir, but through
13  the translator.  He did not to me,
14  but through the translator, which
15  was -- was directed to me.
16       Q.    Now, was that Mr. Jin or
17  Mr. Kim?
18       A.    Both of them.
19       Q.    Did he provide you with
20  any written notes of the meeting?
21       A.    He did not.
22       Q.    Have you ever seen any
23  written notes of the meeting?
```

Page 84

```
1        A.    No.  Of that meeting?
2        Q.    Yes.
3        A.    No, I didn't.  No.
4        Q.    Did you understand that
5   there were any written notes of
6   that meeting?
7        A.    I know of no written notes
8   of the meeting.
9        Q.    Did anyone tell you of any
10  written notes of the meeting?
11       A.    No.
12       Q.    Did President Ahn or any
13  of the translators tell you that
14  there were written notes of the
15  meeting?
16       A.    No, sir.
17       MR. BOSTICK:  Let me get
18  an objection just as to
19  clarification of what notes -- what
20  Richard means by, notes.
21       Q.    Were you told by President
22  Ahn of any notes of any description
23  whatsoever that were written about
```

Page 85

```
1   that meeting?
2        A.    Not that I recall.
3        Q.    Were you told by any of
4   the translators of any written
5   notes of any description about that
6   meeting?
7        A.    That were made during that
8   meeting?
9        Q.    Or about that meeting.
10       A.    No.  I have seen notes
11  about -- not about our meeting but
12  about the -- what meeting are we
13  speaking about?  I'm confused.
14       Q.    Well --
15       A.    Are we speaking about my
16  meeting with President Ahn?
17       Q.    No, sir.  Of the -- you
18  sid that there -- that Mr. --
19  President Ahn had complaints about
20  how Mr. Cyrus conducted himself in
21  a meeting.
22       A.    Yes, sir.
23       Q.    Did he tell you that there
```

Page 86

```
 1   were any notes about -- made about
 2   that meeting that he had complaints
 3   about?
 4        MR. BOSTICK:  Same
 5   objection as to, notes.
 6        A.   I'm confused.  Again, you
 7   say, that meeting.  Are we saying
 8   the Rob Cyrus meeting or my meeting
 9   with President --
10        Q.   The meeting with Rob --
11   that you were called to discuss,
12   the meeting that Mr. Cyrus was in.
13        A.   Okay.  No, he did not
14   refer to any notes.  I mean, have I
15   seen notes?  Yes.  In the meeting
16   did he refer to any notes?  No.
17        Q.   Did he ever tell you there
18   were such notes?
19        A.   He didn't, no.
20        Q.   Did any of the translators
21   tell him -- tell you that there
22   were such notes?
23        A.   I think -- there was some
```

Page 87

```
 1   descriptive process that took place
 2   and I've seen the notes of that,
 3   yes.
 4        Q.   What do you mean, there
 5   was some descriptive process?
 6        A.   There were individuals who
 7   made comments about what they saw
 8   in the -- or what they experienced
 9   in the meeting with Mr. Cyrus.
10        Q.   Were you given copies of
11   those to look at?
12        A.   Not at that time, no.
13        Q.   When was the first time
14   you saw those notes?
15        A.   I don't recall.
16        Q.   Well, was it shortly
17   thereafter?
18        A.   I just don't recall.
19        Q.   Was it before Mr. Cyrus
20   was terminated?
21        A.   I don't believe so.
22        Q.   Were there -- whether you
23   were able to read them or not did
```

Page 88

```
 1   you see that they had written notes
 2   in the meeting that you attended
 3   with President Ahn?
 4        MR. BOSTICK:  Object to
 5   the form.
 6        A.   I just don't recall.
 7        Q.   Now --
 8        MR. STOCKHAM:  Before I go
 9   on with paragraph four let me take
10   another short recess.
11        (Whereupon, a brief
12         recess was taken in
13         the deposition.)
14        Q.   (By Mr. Stockham)  In
15   paragraph four of your declaration,
16   Mr. Duckworth, it says, Mr. Cyrus
17   came to me on the day of the
18   Murakami meeting and expressed
19   concern that he was worried that
20   his job was in jeopardy.
21        Now, that was the same
22   meeting as the one we've referenced
23   already, isn't it, that you talked
```

Page 89

```
 1   to President Ahn about, the
 2   Murakami meeting?
 3        A.   That Mr. Cyrus was
 4   speaking about?
 5        Q.   Yes, sir.
 6        A.   Yes.
 7        Q.   And he came to you that
 8   afternoon on September 16th, didn't
 9   he?
10        A.   I can't tell you what day
11   he came.  He came to me -- yes, he
12   did come to me on that day.
13        Q.   Well, according to your
14   declaration that you prepared last
15   month it says that he came to you
16   on the day of the meeting.
17        A.   Yes.
18        Q.   Do you have any notes from
19   that meeting with Mr. Cyrus?
20        A.   No.
21        Q.   Now, where did -- where
22   were you when he met with you?
23        A.   He came to my office.
```

Page 90

1    Q.    And was it just the two of
2  you?
3    A.    Yes.
4    Q.    In that meeting Mr. Cyrus
5  described to you what had occurred
6  in the meeting with Mr. Kim, Mr.
7  H.I. Kim?
8    A.    Yes.
9    Q.    He told you that Mr. Choi
10 had told him that Mr. Kim was mad
11 and that the two of them -- he
12 suggested the two of them may be
13 fired?
14      MR. BOSTICK:  Object to
15 the form.
16   A.    He said -- yes, basically,
17 but in different terms.
18   Q.    What terms?
19   A.    That they would be sent
20 home, that there was strong -- he
21 felt jeopardized.
22   Q.    And that -- he told you
23 that Mr. Choi -- you knew who Mr.

Page 91

1  Choi was, didn't you?
2    A.    Yeah.  It was -- yes.
3    Q.    It was Mr. Cyrus' Korean
4  counterpart, wasn't it?
5    A.    That's correct.
6    Q.    And Mr. Choi, according to
7  Mr. Cyrus, had told him that both
8  of them were going to be sent home
9  early that day?
10   A.    That's correct.
11   Q.    And that Mr. Cyrus
12 understood that to mean that they
13 were both going to be fired, and
14 that's what he came to you about,
15 isn't that correct?
16   A.    That's correct.
17      MR. BOSTICK:  Object to
18 the form.
19   Q.    And --
20   A.    I don't know if I would
21 adopt exactly every word you've
22 said but the principle is -- yes.
23   Q.    What did I say that you

Page 92

1  wouldn't adopt?
2    A.    Your description, okay, is
3  much more concise than Mr. Cyrus'
4  description.
5    Q.    Mr. Cyrus went at length
6  to describe what happened in the
7  meeting, didn't he?
8    A.    Yeah.  He took some time
9  with me, yes.
10   Q.    And he explained how he
11 and Mr. Choi had just presented the
12 position that they were supposed to
13 in the meeting --
14      MR. BOSTICK:  Object to
15 the form.
16   Q.    -- didn't he?
17   A.    Repeat the question.
18   Q.    He just described to you
19 what he and Mr. Choi presented in
20 the meeting, didn't he?
21   A.    He described to me what
22 took place in the meeting.
23   Q.    He told you about Mr. Kim

Page 93

1  losing his temper?
2    A.    Yes.
3    Q.    He told you about the
4  individuals from Murakami striking
5  the mirrors together and throwing
6  them on the table?
7      MR. BOSTICK:  Object to
8  the form.
9    A.    No, he didn't tell me
10 that.
11   Q.    He told you that Mr. Kim
12 had left the room on two occasions?
13   A.    He did tell me that.
14   Q.    He told you that Mr. Kim
15 had raised his voice?
16   A.    Yes.
17   Q.    He told you that Mr. Choi
18 was upset and had told -- reported
19 to him that Mr. Kim had gone to
20 President Ahn?
21   A.    Yes.  No -- no, no.  Did
22 Mr. Cyrus tell me that?
23   Q.    Yes.  Mr. Cyrus told you

24  (Pages 90 to 93)

Page 94

1    that Mr. Choi had reported that to
2    him?
3        A.    Yes, that -- you're
4    correct.
5        Q.    And he also told you that
6    Mr. Choi and he had done nothing
7    wrong?
8        A.    That's correct.
9        Q.    And he told you that Mr.
10   Choi and he had acted in concert?
11       A.    He said that Mr. Choi
12   supported him.  They did not act in
13   concert.  They did not speak in a
14   concert.
15       Q.    What did he tell you about
16   Mr. Choi supporting him?
17       A.    He said that Mr. Choi
18   supported his position but did not
19   verbalize it in the meeting, and
20   that Mr. Choi believed that the
21   meeting had not gone well and that
22   it upset him and that he was
23   concerned that he would be -- they

Page 95

1    would be sent home and he had
2    supposedly tears in his eye.
3        Q.    Who had tears in his eye?
4        A.    Mr. Choi.
5        Q.    Did he tell you that Mr.
6    Kim had raised his voice to Mr.
7    Choi?
8        A.    He told me that Mr. Kim
9    had raised his voice -- yes, he
10   had, and instructed Mr. Choi
11   something in Korean.
12       Q.    Did he tell you Mr. Kim
13   had said anything to him?
14       A.    I don't recall.
15       Q.    How long did this meeting
16   take place that you had with Mr.
17   Cyrus?
18       A.    Fifteen, twenty minutes.
19       Q.    Now, here in this
20   paragraph four it says, I spoke
21   briefly with Mr. Cyrus and told him
22   that I was not aware of any
23   complaints at that time.

Page 96

1            And, in fact, you told him
2    that -- specifically that -- let's
3    get it right -- for him not to give
4    it another thought, didn't you?
5        MR. BOSTICK:  Object to
6    the form.
7        A.    I tried to reassure Mr.
8    Cyrus that I couldn't imagine that
9    the meeting was that dramatic or
10   critical, that it -- the results of
11   it couldn't be resolved, and that
12   he was a valuable employee.
13       Q.    You told him that
14   everybody knows he was -- knows his
15   good standing at Hyundai, didn't
16   you?
17       A.    Something similar to that,
18   yes.
19       Q.    And you told him that
20   there were -- that you were unaware
21   of any complaints about him at
22   Hyundai, didn't you?
23       MR. BOSTICK:  Object to

Page 97

1    the form.  That's mischaracterizing
2    what it says.
3        A.    I don't think your
4    statement is accurate.  But with
5    reference to this meeting, yes.
6        Q.    Apart from that meeting
7    you told him that there were no
8    complaints from anyone about him,
9    didn't you?
10       MR. BOSTICK:  Object to
11   the form.  He just answered that
12   question and said it wasn't correct
13   or --
14       A.    The nature of an
15   organization -- production
16   organization, there are always
17   complaints about people, okay,
18   either your colleagues, your staff
19   and so forth and so on. I would say
20   material complaints, okay, there
21   were no complaints.
22       Q.    What do you mean by,
23   material complaints?

Page 98

```
 1      A.    There are people -- there
 2  are always subordinates who are --
 3  who may feel that you overwork
 4  them, there may be -- your -- the
 5  nature of how you give
 6  instructions.  You may be short
 7  with somebody one day and somebody
 8  may say something about that.  It
 9  depends upon the -- a significant
10  complaint.
11      Q.    So as of that day you'd
12  heard no significant complaint?
13      A.    Right.
14      Q.    Sir?
15      A.    Yes, sir.
16      Q.    Now, you told him
17  something about that it was just
18  the Koreans' business style, didn't
19  you?
20      A.    Correct.
21          MR. BOSTICK:  Object to
22  the form.
23      Q.    What did you mean by that?
```

Page 99

```
 1      A.    The Koreans have a way of
 2  being animated -- animated in
 3  meetings when they believe that the
 4  people do not understand,
 5  especially subordinates, the nature
 6  of the meeting or what's taking
 7  place.
 8      Q.    When you say, animated,
 9  what do you mean by that?
10      A.    Demonstrative.
11      Q.    Yelling?
12      A.    Sometimes it's sternness,
13  sometimes it's raising of the
14  voice, sometimes it's leaving a
15  meeting.
16      Q.    That's just common
17  practices?
18      A.    It's not common practice
19  but it occurs.
20      Q.    Is it something that you
21  characterize as Koreans' business
22  style?
23      A.    It is a style, yes, sir.
```

Page 100

```
 1      Q.    Is it something that
 2  you've experienced as regular in
 3  dealing with Koreans at HMA?
 4      A.    It occurs, yes.
 5      Q.    Now, is it Korean business
 6  style to criticize other employees
 7  in meetings?
 8          MR. BOSTICK:  Object to
 9  the form.
10      A.    Koreans are very
11  straightforward in business.  And
12  so they give you a specific.  Okay?
13  They don't always include the
14  niceties that are included in
15  American conversation.
16      Q.    Do -- is it your
17  experience that it is Hyundai
18  Korean business style to scold a
19  fellow employee in a business
20  meeting?
21          MR. BOSTICK:  Object to
22  the form.
23      A.    It happens, yes.
```

Page 101

```
 1      Q.    Just, that's business?
 2      A.    It's cultural.
 3      Q.    Is it your experience that
 4  Hyundai Korea business practice is
 5  to scold fellow employees in front
 6  of others?
 7      A.    I can't --
 8          MR. BOSTICK:  Object to
 9  the form.
10      A.    -- adopt your word
11  "scold".  I think there's a better
12  descriptive term.  Okay?
13      Q.    What term?
14      A.    I think they are very
15  direct.  Okay?  I think they,
16  again, do not concern themselves
17  with the niceties of what Americans
18  would consider business etiquette.
19  I think if you're wrong they tell
20  you you're wrong directly.  Those
21  types of conduct.
22      Q.    Is it your experience that
23  -- at Hyundai that Koreans will
```

Page 102

1  criticize co-employees in front of
2  suppliers?
3      A.   It occurs, yes.
4      Q.   That's acceptable business
5  practice?
6      A.   It's determining -- it's a
7  process which takes place to
8  resolve a problem, a business
9  problem.  It's not a personal --
10     Q.   How often does that occur?
11     A.   I can't tell you.  You
12 know, it is -- it is exception
13 rather than the practice.  But it
14 is a possibility that arises on
15 occasions.
16     Q.   Now, paragraph four, you
17 said, I learned through my meeting
18 with Mr. Ahn of reports of poor
19 judgment and inappropriate behavior
20 exhibited by Mr. Cyrus at the
21 meeting.
22      Prior to your meeting with
23 Mr. Ahn had you had any other

Page 103

1  conversations with anyone about
2  what had occurred in the meeting
3  besides your conversations with Mr.
4  Cyrus?
5      A.   No.
6      Q.   Well, Mr. Cyrus came back
7  to you again later that afternoon
8  and told you that the matter had
9  escalated, didn't he?
10     A.   I don't know if it was
11 later that afternoon but, yes, he
12 did come back to me.  But I don't
13 know if it was later that
14 afternoon.
15     Q.   He told you that he was
16 being required to write notes about
17 what occurred in the meeting,
18 didn't he?
19     MR. BOSTICK:  Object to
20 the form.
21     A.   That he was to write an
22 explanation, yes.
23     Q.   And that he was supposed

Page 104

1  to give that to his boss, Mr.
2  Hyoun?
3      A.   Yes, sir.
4      Q.   And that Mr. Kim was also
5  requiring that of his Korean
6  counterpoint, Mr. Choi?
7      MR. BOSTICK:  Object to
8  the form.
9      A.   That there was a direction
10 on both sides, yes.
11     Q.   And he told you also that
12 it had been reported to him that
13 Mr. H.I. Kim had also called Korea
14 to speak to President Soh --
15     A.   Soh.
16     Q.   -- Soh --
17     A.   Yes.
18     Q.   -- didn't he?
19     A.   Yes.
20     Q.   And he told you that he
21 thought that the matter was
22 escalating?
23     MR. BOSTICK:  Object to

Page 105

1  the form.
2      A.   Yes.
3      Q.   And that he was concerned
4  because he thought that Mr. Kim
5  would retaliate against him?
6      MR. BOSTICK:  Object to
7  the form.
8      A.   I don't -- he didn't use
9  -- I don't remember right now if he
10 used the word "retaliate", but he
11 was concerned, again, about his
12 position, and that Mr. Kim would
13 continue to escalate the problem --
14 escalate the -- what he considered
15 the problem, yes.
16     Q.   Had you ever had a
17 situation that you knew of where
18 people had been required to write
19 notes about what had occurred in a
20 meeting?
21     MR. BOSTICK:  Object to
22 the form.
23     Q.   You can answer.

Page 106

1    A.    Yes.  Yes.
2    Q.    Is that something that
3  occurs often?
4    A.    Almost on every incident
5  or problem it occurs.  It is
6  considered a standard.
7    Q.    Have you ever been in any
8  other situations where -- with Mr.
9  H.I. Kim where notes were required
10  to be written by people in the
11  meeting?
12    A.    Yes.  I don't know -- let
13  me correct that.  I don't know
14  about H.I. Kim but within the --
15  within HMMA, yes.
16    Q.    On what other occasions
17  can you recall?
18    A.    On almost every
19  disciplinary issue the employee is
20  asked -- potential disciplinary
21  issue the employee is asked to
22  provide a -- an explanation.  And
23  the individual who was involved in

Page 107

1  the confrontation gives an
2  explanation.  And then if it's a
3  serious situation the individual is
4  asked to go home or to think about
5  the situation and how it could have
6  been resolved.  It follows a
7  practice amongst the Japanese
8  transplants for self-examination
9  and resolution of the problem.
10    Q.    Do y'all have Japanese
11  transplants at Hyundai?
12    A.    No, but we follow some of
13  their -- considered the best
14  practices.
15    Q.    What do you mean by,
16  Japanese transplants?
17    A.    Japanese transplants
18  within the United States.
19    Q.    I'm not following.  What
20  do you mean by that?
21    A.    Japanese automobile
22  transplants within the United
23  States.

Page 108

1    Q.    Companies?
2    A.    Companies.
3    Q.    Now, though Mr. Cyrus told
4  you that -- about this you told him
5  that there was nothing for him to
6  worry about, didn't you?
7    MR. BOSTICK:  Object to
8  the form.
9    A.    I told him that I hadn't
10  heard anything and I couldn't
11  imagine, based upon his
12  description, that the meeting had
13  been that critical -- I mean, had
14  been as serious as he believed.
15    Q.    Well, if you knew that it
16  was part of the practice to require
17  someone to write notes if it's a
18  disciplinary matter why didn't you
19  inform Mr. Cyrus that it was a
20  disciplinary matter?
21    MR. BOSTICK:  Object to
22  the form.
23    A.    You misstate what I've

Page 109

1  said.  What I'm saying is that
2  whenever there is a controversy,
3  okay, of significance between
4  parties it's asked that the
5  individuals involved draft notes or
6  draft their explanations so that
7  someone can bring them together at
8  a certain point.  Also, it gives
9  the individual an opportunity to
10  contemplate their specific actions
11  in the controversy and to say, hey,
12  maybe -- maybe I was out of line,
13  maybe I made a mistake.  It's a
14  self-examination process.
15    Q.    Now, did you tell Mr.
16  Cyrus after he told you that he was
17  being told to write notes not to
18  worry about it, there was nothing
19  going on?
20    A.    I told him from my
21  perspective that it was not
22  substantially significant.
23    Q.    You didn't tell him that

Page 110

1  it was -- the reason he was being
2  required to write notes was because
3  there was a conflict resolution?
4      A.    Didn't have to.  He knew
5  better than I did.
6      Q.    Now, looking at the next
7  -- paragraph five --
8          MR. LEE:  Richard, do you
9  mind if we break for lunch before
10 you get on to five?  It looks like
11 it may take a while.
12         (Whereupon, an
13         off-the-record
14         discussion was held.)
15         (Whereupon, a brief
16         recess was taken in
17         the deposition.)
18     Q.    (By Mr. Stockham) Mr.
19 Duckworth --
20     A.    Sir, before you start -- I
21 owed you a name I said I couldn't
22 remember of a coordinator.  His
23 name is -- it just came to me while

Page 111

1  I was -- Jason Rhu, which is
2  spelled R-h-u, Rhu.  But it's --
3      Q.    Now, which coordinator are
4  you talking about?
5      A.    You asked me for a
6  coordinator's name during your
7  questioning and I said to you, I'm
8  sorry, sir, I can't remember.
9      Q.    He is in what position?
10     A.    He was a coordinator to me
11 at HMA.
12     Q.    In what time period?
13     A.    In the last three -- three
14 or four months before I came to
15 HMMA.  And I think -- in reference
16 to this I think you asked me who
17 was another individual who advised
18 me I was coming to -- to this
19 assignment.
20     Q.    Okay.  Now, before we
21 move on to paragraph five let me
22 ask you -- you told -- we were
23 discussing the second time Mr.

Page 112

1  Cyrus came and spoke to you about
2  the Murakami meeting.  How long was
3  that meeting when Mr. Cyrus came
4  and spoke to you and told you that
5  he thought that events were
6  escalating?
7      A.    Five minutes.
8      Q.    And after Mr. Cyrus came
9  and spoke to you did you ever go
10 talk to Mr. H.I. Kim about what had
11 occurred?
12     A.    No.
13     Q.    Okay.  Looking at
14 paragraph five.  It says, it was my
15 understanding that during the
16 meeting Mr. Cyrus argued with
17 officials from the quality
18 assurance department in front of
19 the outside supplier as to the
20 correctness of their action in
21 assessing a down-time penalty
22 against the supplier.
23         Which meeting are you

Page 113

1  referring to there?
2      A.    The Murakami meeting.
3      Q.    And how did you come by
4  that understanding?
5      A.    I was told.
6      Q.    Who told you?
7      A.    President Ahn.
8      Q.    Did he tell you directly
9  or through an interpreter?
10     A.    Through the interpreter.
11     Q.    Was that Mr. Kim or Mr. --
12     A.    Jin.
13     Q.    -- Jin?
14     A.    Mr. Jin.
15     Q.    Now, in -- further down,
16 about four lines down from that it
17 says, I was told that Mr. Cyrus, a
18 member of the executive management,
19 took a position in support of the
20 vendor and against other HMMA team
21 members from quality assurance in
22 the meeting.
23         Is that the same thing as

Page 114

1  what you just described up above or
2  is that something different?
3         MR. BOSTICK:  Object to
4  the form.
5    A.    I'm not sure where you're
6  reading now.  I'm on paragraph
7  five.
8    Q.    Paragraph five.  There
9  is --
10   A.    I was told this was a --
11   Q.    That there -- the first
12  sentence that you have there, is
13  that --
14        MR. BOSTICK:  He's
15  comparing to this (indicating).
16   Q.    -- really the same thing
17  as the third sentence?
18        MR. BOSTICK:  Are you
19  asking if it refers to the same
20  issue?
21        MR. STOCKHAM:  He
22  apparently wrote it.  I want to
23  know what it refers to.

Page 115

1    A.    It basically conveys the
2  same idea, yes.  But -- okay.
3  There is a different thought but
4  it's a description of the same
5  circumstances.  Okay?  One is
6  saying that he argued with the
7  officials from the quality
8  assurance department in front of
9  the outside supplier.  And the
10  other is that he took a position in
11  support of the vendor.
12        One is the argument with
13  your colleagues and with your
14  superiors and the other is directly
15  in support of the vendor's position
16  where you're an advocate for the
17  vendor.
18   Q.    So is that different from
19  arguing about the correctness of
20  the assessing down time?
21        MR. BOSTICK:  Object to
22  the form.
23   A.    That is the subject of

Page 116

1  this.  Okay?  One is you can argue
2  with your colleagues over an issue.
3  It's another to support a vendor to
4  the adversity of your own
5  corporation.
6    Q.    Did -- were you told what
7  it was that Mr. Cyrus said that
8  constituted taking support of the
9  vendor against quality assurance
10  team members?
11   A.    Yes.
12   Q.    What were you told?
13   A.    That he believes that
14  Murakami was no way responsible for
15  any of the defects coming into the
16  plant with reference to a certain
17  product, the mirrors.
18   Q.    That was something that
19  President Ahn, through the
20  interpreter, told you?
21   A.    That's what the
22  interpreter -- yes, uh-huh.  That's
23  correct.

Page 117

1    Q.    And the -- anything else
2  that you were told that he said
3  that was taking the position
4  against the HMMA team members?
5    A.    He took exception to their
6  conclusion that Murakami had a
7  responsibility for the defect.  And
8  his position was that the defect
9  was the responsibility of a
10  supplier, a corporation, Glovis,
11  that moves parts into the -- into
12  the plant, and that this issue was
13  an important part of the meeting to
14  get Murakami to directly evaluate
15  their systems to ensure that the
16  quality of parts coming in were of
17  the highest possible level.  And
18  the meeting really hadn't been
19  established to determine what
20  Glovis' responsibility was in this
21  process because Glovis
22  representatives were not there.
23  And so it caused this issue.

Page 118

1    Q.    What's what you were told
2 by the president?
3    A.    That's what I was told by
4 the president.  And in this case it
5 was through B.K. Kim.
6    Q.    Do you have notes of this
7 meeting?
8    A.    No.
9    Q.    Now, how did Mr. Kim know?
10 Was he in the meeting?
11    A.    No.  He translated what
12 the -- translated what the
13 president said.  I just told you
14 that Mr. Kim told me because I
15 wanted to make a distinction that
16 this particular subject was not
17 translated by Eddie Jin.
18    Q.    Next it says,
19 additionally, it is my
20 understanding that Mr. Cyrus made
21 several inappropriate comments at
22 the meeting, including telling one
23 of his co-workers, Chris Susock,

Page 119

1 that's bullshit, in response to Mr.
2 Susock's statement on a particular
3 point.
4        Who told you that?
5    A.    That was told to me by
6 President Ahn but it was translated
7 between the two individuals.
8    Q.    Which two?
9    A.    Eddie Jin and B.K. Kim.
10    Q.    Which one translated that
11 for you?
12    A.    They both did.  They had
13 difficulty translating it.
14    Q.    What do you mean, they had
15 difficulty translating?
16    A.    One of the terms there --
17 that was directed towards Mr.
18 Susock, to quote, the bullshit,
19 they had difficulty translating
20 that.
21    Q.    So in my understanding
22 that -- this is what you were told
23 by both of the translators?

Page 120

1    A.    That's what they told --
2 it came out to.
3    Q.    Did you ever follow up
4 with Mr. Susock to see whether or
5 not that was said to him?
6    A.    No.
7    Q.    Did -- when that statement
8 was made to you was it your
9 understanding that it was
10 translated from Korean into
11 English?
12    A.    It was -- yes, it was
13 translated.
14    Q.    So the word "bullshit" was
15 spoken in Korean and then it was
16 translated into English?
17    A.    In the meeting it was
18 stated in English and then they
19 translated it -- the report was
20 made to the president and the
21 president told the two coordinators
22 and the coordinators then came
23 together and determined -- I mean,

Page 121

1 this is how they translated the
2 comment.
3    Q.    Well, who translated it
4 for the president?
5    A.    I can't tell you.
6    Q.    Well, how do you know that
7 was translated for the president?
8    A.    Because he doesn't use
9 that term.
10    Q.    Well --
11    A.    This is not a Korean
12 expression.
13    Q.    How was it conveyed to you
14 that that was the term that was
15 used?
16    A.    How was it conveyed to
17 me --
18    Q.    Yeah.  I mean, if it
19 wasn't in writing and --
20    A.    The president told them
21 and then they translated it to me.
22    Q.    Well, did he use the word
23 "bullshit"?

Page 122

1    A.    He -- no, he spoke in
2  Korean.
3    Q.    He used a Korean
4  equivalent of bullshit?
5    A.    He must have because
6  that's how they translated it to
7  me.  I'm not an expert in this term
8  in Korean.
9    Q.    The next point, it says --
10  and let me ask you this before I go
11  on.
12        Was the president speaking
13  from notes?
14    A.    No.
15    Q.    Now, it says, he also made
16  another remark -- he made a remark
17  to another executive, John Kalson,
18  director of production, comparing
19  the manufacturing process of
20  Hyundai to Toyota, which was an
21  apparent challenge to the
22  competency of Mr. Kalson's
23  knowledge of production systems,

Page 123

1  even though Mr. Kalson was the
2  director of production.
3        How was that conveyed to
4  you?
5    A.    The same manner.
6    Q.    Well, who told you --
7  translated it?
8    A.    Who translated that?  That
9  was translated by Mr. Jin.
10    Q.    And did you ever confer
11  with Mr. Kalson to find out --
12    A.    No, sir.
13    Q.    -- whether that was said?
14    A.    No, sir.
15    Q.    Now, did you have any
16  conversation about the fact that
17  these individuals had a problem
18  with that in that meeting?  Were
19  you told that that was something
20  wrong with him saying that, these
21  individuals had a problem, Mr.
22  Kalson and Mr. Susock?
23    A.    I'm sorry.  Would you

Page 124

1  repeat the question?
2    Q.    I'll restate it.
3        The statement that you've
4  cited here about saying, that's
5  bullshit, in response to Mr.
6  Susock's statement, and making a
7  remark to John Kalson comparing the
8  manufacturing process of Hyundai to
9  Toyota, challenging his competency,
10  is that what you understood to be
11  the particulars of the argument
12  between Mr. Cyrus and the quality
13  assurance department?
14        MR. BOSTICK:  Object to
15  the form.
16    A.    No, sir.
17    Q.    Is Mr. Susock in the
18  quality assurance department?
19    A.    Yes.
20    Q.    Is Mr. Kalson Mr. Susock's
21  boss?
22    A.    Yes.
23    Q.    Now, do you -- were you

Page 125

1  told that Mr. --
2    A.    Let me clarify that,
3  please.  Mr. Kalson is the head of
4  production.  Mr. Susock is in
5  charge of quality assurance.  By
6  his position Mr. Kalson is senior.
7  But Mr. Susock at that time
8  operated separately from -- I
9  believe, as I remember, from Mr.
10  Kalson.  As I remember, Mr. Susock
11  reported to H.I. Kim.
12    Q.    Did Mr. Kalson report to
13  H.I. Kim?
14    A.    Yes.
15    Q.    Now, were you told that
16  Mr. H.I. Kim had scolded Mr. Choi
17  in that meeting?
18    A.    Yes.
19    Q.    Were you told anything
20  else about what occurred in that
21  meeting?
22    A.    I was told that -- that
23  Mr. Cyrus had taken over a meeting

Page 126

1  which belonged to quality control
2  and had dominated the meeting, and
3  that after being -- after it had
4  been explained to him that the
5  meeting was mis-focused -- that he
6  was mis-focusing the meeting, that
7  he continued with this issue with
8  the vendor about the responsibility
9  being to Glovis on the damage, and
10  that Mr. Kim became upset and left
11  the meeting on several occasions,
12  coming back to the meeting because
13  it had been disrupted, it had been
14  thrown off of the cadence of the
15  meeting.
16      Q.    The next says, I was told
17  that Mr. Cyrus directly questioned
18  the judgment of and embarrassed
19  H.I. Kim.  What did -- what were
20  you told that Mr. Cyrus had done to
21  embarrass or -- what had he said
22  that questioned the judgment of
23  H.I. Kim?

Page 127

1      A.    Mr. Kim was trying to
2  resolve a defective part.  Okay?
3  He had the supplier there and he
4  was dealing with the supplier and
5  their responsibilities.  And Mr.
6  Cyrus refocused the discussion
7  towards the distributor to the
8  plant, Glovis, which did not have
9  representation there.
10      Mr. Kim was not concerned
11  about whether Glovis had any
12  involvement because he was going to
13  take care of them separately in a
14  meeting.  But he could not get Mr.
15  Cyrus to understand that he was now
16  trying to deal with the supplier
17  and to get them to improve their
18  quality and their procedures and
19  their practices.  And Mr. Cyrus
20  defended -- continued to defend the
21  supplier.
22      Q.    Well, what were you told
23  that Mr. Cyrus did that directly

Page 128

1  questioned the judgment of Mr. Kim,
2  though?
3      A.    Exactly that.  Exactly
4  what I've said.
5      Q.    I'm not following how that
6  directly questions the judgment of
7  Mr. Kim.
8          MR. BOSTICK:  Object to
9  the form.  It's not a question.
10      Q.    Can you explain how that
11  directly questioned the judgment --
12      A.    Yes.
13      Q.    -- of Mr. Kim?
14      A.    Mr. Kim has responsibility
15  for the quality of every car coming
16  out of the plant.  He was trying to
17  resolve that problem with a
18  specific vendor and Mr. Cyrus was
19  an impediment to that process.  He
20  had the supplier in front of him.
21  He was trying to explain the
22  position.  And Mr. Cyrus would not
23  let him complete his descriptions

Page 129

1  to the supplier and get into the
2  real substance of the issues.
3      Q.    Now, who told you this?
4      A.    It was told to me in the
5  -- by the -- by the same people, by
6  the same individuals I've spoken
7  about earlier.
8      Q.    Which one?
9      A.    Mr. B.K. Kim.
10      Q.    Was Mr. Kim there acting
11  solely as a translator?
12      A.    No.
13      Q.    Is he -- was he also there
14  representing HR?
15      A.    He's an advisor to the
16  president also.  He's a second
17  voice on HR issues.
18      Q.    Is he also employed by
19  Hyundai Motor Company?
20      A.    Yes, he is.
21      Q.    What's his position with
22  Hyundai Motor Company?
23      A.    I'm not sure.  He is an

Page 130

1    executive with HMC.
2       Q.    Now, did you follow up
3    with any of the individuals, Mr.
4    Kim, Mr. Kalson or Mr. Susock, to
5    find out what occurred in the
6    meeting?
7       A.    No, I did not.
8       Q.    Is it your understanding
9    that the reason that this meeting
10   took place was because Mr. Kim --
11   H.I. Kim had made a complaint to
12   the president?
13      A.    My understanding was the
14   president had called the meeting in
15   which to express difficulty with
16   the situation.
17      Q.    Was that because of the
18   complaint that Mr. Kim had made to
19   him?
20      A.    I don't know who had made
21   all of the complaints.  Mr. Kim was
22   one of them.
23      Q.    Well, did you discuss

Page 131

1    anything other than the incident
2    with the Murakami meeting in that
3    meeting?
4       MR. BOSTICK:  Object to
5    the form.
6       A.    Yes.  We did discuss.
7       Q.    What else did you discuss
8    in that meeting with President Ahn?
9       A.    What we had believed -- at
10   least what I had believed was a
11   deterioration in the demeanor of
12   Mr. Cyrus's behavior and his
13   interrelations with staff -- with
14   staff members.
15      Q.    What was said about that
16   in the meeting with President Ahn?
17      A.    All of these individuals
18   that were in this meeting had been
19   -- had participated in a weekly
20   executive meeting of the executives
21   and we all had been present when
22   Mr. Cyrus made an outburst --
23   uncontrollable outburst directed

Page 132

1    towards another Korean executive
2    during the meeting.
3       Q.    Was that Mr. Song?
4       A.    Yes, sir.
5       Q.    We'll get to that in a
6    minute.  But other than the
7    incident with Mr. Song, anything
8    else discussed in this meeting with
9    President Ahn?
10      A.    I think, as I've
11   previously stated, President Ahn --
12   we discussed the fact that
13   President Ahn had identified this
14   as a problem and didn't know how to
15   handle it in the American culture.
16      Q.    Anything other than the
17   Murakami incident and the incident
18   with Mr. Song discussed in this
19   meeting?
20      A.    At this time, I don't
21   recall anything.
22      Q.    And other than the --
23   being called to the office of

Page 133

1    President Ahn you don't have any
2    recollection about whether or not
3    Mr. Kim had made a complaint about
4    Mr. Cyrus?
5       A.    No, no.  I think as I have
6    stated I knew there was a complaint
7    made to the president by Mr. Kim.
8    I was aware of that because the
9    president hadn't been in the
10   meeting.  I mean, he was specific
11   with reference to that.
12      Q.    Who was specific with
13   reference to that?
14      A.    The president.
15      Q.    That he had not been in
16   the meeting?
17      A.    No, that Mr. Kim had
18   advised him of the situation.
19      Q.    Now, you say that Mr. --
20   we'll move on to the next one,
21   paragraph six, if you will.
22          It says, in addition, I
23   became aware of other problems with

34 (Pages 130 to 133)

Page 134

```
 1   Mr. Cyrus' behavior in recent
 2   months.  I received reports of
 3   deterioration in his relationship
 4   with members of his staff in the
 5   purchasing department.  In
 6   particular there were reports from
 7   employees within the department of
 8   Mr. Cyrus engaging in adversarial
 9   or antagonistic behavior in the
10   department.
11        Who did you receive those
12   reports from?
13     A.   From co-workers and
14   subordinates of Mr. Cyrus.
15     Q.   Who?
16     A.   Do you want individuals?
17     Q.   Yes, sir.
18     A.   Dave Mark, M-a-r-k; some
19   of the female subordinates that
20   worked for -- I can't tell you
21   their names.  Not -- I just can't
22   remember their names.  They worked
23   directly for Mr. Cyrus.
```

Page 135

```
 1     Q.   More than one?
 2     A.   There were two.
 3     Q.   Who else?
 4     A.   Rick Neal, vice president
 5   of legal, expressed concerns.
 6     Q.   Who else?
 7     A.   The individuals; Susock
 8   had, the individuals in the
 9   executive meeting who were present
10   when Mr. Cyrus had a confrontation
11   with Mr. Song.
12     Q.   Well, I'll get to those in
13   a minute but --
14     A.   Jason Li.
15     Q.   -- you specifically --
16     A.   Jason Li, sir.
17     Q.   Is Mr. Li in Mr. Cyrus'
18   department?
19     A.   He was his -- he was
20   senior.  He's head of the finance
21   department indirectly.  He has
22   responsibility indirectly.
23     Q.   I'm particularly directing
```

Page 136

```
 1   my questions at this time, sir, to
 2   your statement here that --
 3     A.   Mr. Hyoun.
 4     Q.   -- there were people in --
 5   members of his staff in the
 6   purchasing department.  And who --
 7   other than -- you say Dave Mark and
 8   two female people who were
 9   subordinate to him.  Anyone else
10   spoke to you about him other
11   than --
12     A.   Subordinates?
13     Q.   Yes, sir.
14     A.   Okay.
15     Q.   That complained to you?
16     A.   No, that would be it,
17   basically.
18     Q.   What did Mr. Mark complain
19   to you about?
20     A.   That Mr. Cyrus was --
21   these are not his words.  These are
22   my summation of what he told me.
23   That he was -- he seemed angry,
```

Page 137

```
 1   removed, disenchanted and easily
 2   aggravated.
 3     Q.   When did Mr. Mark complain
 4   to you about these things?
 5     A.   When?  I can't give you a
 6   date.
 7     Q.   Give me the time frame.
 8     A.   After Mr. Cyrus had --
 9   after these situations.  Mr. Cyrus
10   had gone on medical leave.
11     Q.   After what situations?
12     A.   The Murakami and the Mr.
13   Song meeting.
14     Q.   Mr. Mark spoke to you
15   after the Murakami meeting and
16   the --
17     A.   All of these individuals
18   did.
19     Q.   After the Murakami
20   meeting?
21     A.   Yes.
22     Q.   When after the Murakami
23   meeting?
```

Page 138

1      A.    I can't tell you.  After
2  the Murakami meeting, after Mr.
3  Cyrus went on medical leave.
4      Q.    And that's true with all
5  of these individuals, the two
6  female support people as well?
7      A.    Yes, that's correct.
8      Q.    They spoke to you after
9  Mr. Cyrus had gone on medical
10 leave?
11     A.    Yes.
12     Q.    After the Murakami
13 meeting?
14     A.    Not immediately after, but
15 after the Murakami meeting, yes.
16     Q.    And who -- and what was
17 the complaint of the two female
18 subordinates?
19         MR. BOSTICK:  Object to
20 the form.
21     A.    That, again -- that he
22 seemed to be -- he was very
23 uptight, argumentative --

Page 139

1          Do you mind if I stand?
2      Q.    Go ahead.
3      A.    That he was -- he had --
4  he was different, that's all.  That
5  he was not listening.
6      Q.    Now, they made this
7  complaint to you?
8      A.    They spoke to me, yes.
9      Q.    Did they make this in
10 writing?
11     A.    No, sir.
12     Q.    Did Mr. Mark make --
13     A.    No, sir.
14     Q.    -- his complaint in
15 writing?
16          You can't remember these
17 two female subordinates' names?
18     A.    I'm sorry.  What was the
19 question?
20     Q.    You can't remember the two
21 female subordinates' names?
22     A.    Would you give me some
23 time and I'll give it to you.  I

Page 140

1  have to think.
2      Q.    You said that Mr. Susock
3  complained to you about Mr. Cyrus.
4  When did Mr. Susock complain to
5  you?
6      A.    At some time during the --
7  one of the national managers'
8  meetings.
9      Q.    When was that?
10     A.    I can't give you -- I
11 can't specifically recall but we
12 had meetings once a month on
13 Fridays.  So it would have been
14 probably a meeting after.
15     Q.    Meeting after?
16     A.    After Mr. Cyrus went on
17 leave -- medical leave.
18     Q.    What did Mr. Susock tell
19 you?
20     A.    He said he was just
21 unhappy with his approach, unhappy
22 with the relationship of the
23 purchasing department and the

Page 141

1  quality assurance department.  He
2  thought that the relationship had
3  been injured by Mr. Cyrus.
4      Q.    Anything else?
5      A.    I'm not sure I understand
6  that question.
7      Q.    Anything else you
8  discussed with Mr. Susock?
9      A.    I don't recall at this
10 time.
11     Q.    Did you ask him at that
12 meeting whether Mr. Cyrus had used
13 the word "bullshit"?
14     A.    No, sir.
15     Q.    Why not?
16     A.    Because there were a
17 number of colleagues -- senior
18 managers in the meeting that were
19 colleagues, that I didn't want to
20 embarrass Mr. Susock.  And I had
21 accepted -- I accepted what the
22 president had told me.
23     Q.    Now, you didn't think it

Page 142

1   was important to confirm with him
2   whether or not Mr. Cyrus had in
3   fact said that?
4      A.   Well, I didn't think it
5   was necessary in that forum.
6      Q.   You didn't pull him aside
7   right afterwards and ask him?
8      A.   No, sir.
9      Q.   What did Mr. Neal say?
10      MR. BOSTICK:  Object to
11   that question.  It's calling for
12   attorney/client communications.
13   Instruct the witness not to answer.
14      MR. STOCKHAM:  Well, I'm
15   going to reask it.
16      Q.   You identified Mr. Rick
17   Neal as one of the persons who
18   complained to you about Mr. Cyrus'
19   behavior, did you not?
20      A.   I did.  And the word
21   "complained" is inappropriate,
22   really.  It's -- "observations"
23   would be closer.

Page 143

1      Q.   Well, did -- was this
2   something you solicited from him or
3   was this just something that he --
4   an observation that he made to you?
5      A.   No, it was something --
6   conversations that we were having
7   about --
8      MR. BOSTICK:  Don't
9   testify to the substance.  You can
10   talk about what you were -- give
11   him the background scope but not
12   the specific substance of what was
13   said.
14      Q.   If it's legal advice I'm
15   not asking for it.  If it's just --
16   asking about Mr. Cyrus' --
17   complaints he had about Mr. Cyrus'
18   behavior I want to know what they
19   are.
20      A.   I was advising Mr. Neal as
21   to the course of action I was going
22   to take with trying to determine
23   the merits of Mr. Cyrus'

Page 144

1   employment.
2      MR. BOSTICK:  That's
3   clearly seeking legal advice to me,
4   so --
5      Q.   I don't want to know what
6   Mr. Neal gave you in terms of legal
7   advice.  But did he, apart from
8   giving you legal advice, tell you
9   any complaints he had about Mr.
10   Cyrus' behavior?
11      MR. BOSTICK:  Again, I
12   mean, you're talking about a
13   conversation where he's approaching
14   the general counsel talking about
15   taking actions, seeking advice.  I
16   think that's a privileged
17   communication and I'm going to
18   instruct him not to answer about
19   what was discussed in that
20   conversation.
21      MR. STOCKHAM:  If you are
22   going to identify him as someone
23   whose information was taken into

Page 145

1   consideration in what he claims is
2   the basis for his terminating Mr.
3   Cyrus I think I'm entitled to get
4   it.  So --
5      MR. BOSTICK:  I don't
6   think he's made --
7      MR. LEE:  But that wasn't
8   the question.
9      MR. BOSTICK:  -- that
10   testimony yet.
11      MR. LEE:  That wasn't the
12   question you asked.
13      MR. BOSTICK:  It was just
14   who made it --
15      Can we take a break?
16      (Whereupon, a brief
17       recess was taken in
18       the deposition.)
19      (Whereupon, an
20       off-the-record
21       discussion was held.)
22      MR. STOCKHAM:  Back on the
23   record.

Page 146

1    Q.    (By Mr. Stockham) Mr.
2  Duckworth, I understand after
3  consultation with counsel that your
4  -- any comments that you may have
5  received from Rick Neal did not in
6  any way influence your decision in
7  this matter; is that correct?
8    A.    That's correct, sir.
9    Q.    With respect to comments
10  that you said Mr. Hyoun had made
11  concerning Mr. Cyrus' behavior
12  problem, what did he tell you?
13    A.    Mr. Hyoun expressed
14  concerns over the judgment of Mr.
15  Cyrus and he had problems with what
16  he considered erratic mood swings
17  and also attendance -- that
18  affected attendance.
19    Q.    And when did Mr. Hyoun
20  tell you about concerns about Mr.
21  Cyrus' judgment and erratic mood
22  swings?
23    A.    I would say sometime after

Page 147

1  Mr. Cyrus went out on medical
2  leave.
3    Q.    That would be --
4    A.    He also showed compassion
5  and that he hoped he resolved his
6  -- this situation, whatever was
7  affecting him, or why he was acting
8  this way.
9    Q.    So that was after the
10  Murakami meeting?
11    A.    Yes, sir.
12    Q.    Was that after your
13  meeting with President Ahn?
14    A.    Yes, sir.
15    Q.    Your -- what comments did
16  Jason Li make concerning Mr. Cyrus'
17  behavior problem?
18    A.    Thought that comments that
19  -- that Mr. Cyrus' actions bordered
20  and were insubordinate and were
21  unacceptable, unreasonable,
22  unprofessional. He was pretty
23  straightforward in his comments.

Page 148

1    Q.    Which actions?
2    A.    Actions -- with reference
3  to the meeting but -- the Murakami
4  meeting but specifically the way
5  that he had been acting over a
6  period of time.
7    Q.    Was that on -- when did
8  Mr. Li make that statement?
9    A.    After the Murakami meeting
10  and also about maybe two to -- two
11  weeks -- two or three weeks after
12  he had left.
13    Q.    After Mr. Cyrus had left?
14    A.    For medical leave.
15    Q.    So it was after your
16  meeting with President Ahn?
17    A.    Yes.
18    Q.    Now, it says in paragraph
19  six, I was present during an
20  incident at an executive directors'
21  meeting in which Mr. Cyrus verbally
22  berated and attempted to embarrass
23  a fellow executive named Kenny

Page 149

1  Song.
2    Q.    What did Mr. Cyrus do in
3  verbally berating Mr. Song?
4    A.    Jumped up. He screamed at
5  him. He yelled at him. He called
6  him -- he said -- he shook his hand
7  at him and said, you're lying,
8  that's not true, I've had enough of
9  this, you know, garbage. And said,
10  you're trying to cover up your own
11  deficiencies or the deficiencies of
12  your department. It wasn't so much
13  what he said but the manner in
14  which he said it. Although, what
15  he said was also highly offensive.
16    Q.    What was he referring to?
17    A.    He was referring to
18  problems with the internal system,
19  what we call SAP, which is an
20  accounting and management system --
21  IT management system records.
22    Q.    Who was present at this
23  meeting?

Page 150

1    A.    The entire executive
2  committee.
3    Q.    Who was that?
4    A.    President Ahn -- let me --
5  I'll go around the table.
6        President Ahn, myself,
7  B.K. Kim, Jason Li, Harry Hyoun,
8  Rick Neal.  On the other side, John
9  Kalson, H.I. Kim.  Going down --
10  now the Korean coordinators.  The
11  entire executive staff.  There is a
12  -- they have a list of the
13  individuals.
14    Q.    How many --
15    A.    It's everybody -- it's
16  everybody at a director level and
17  above.
18    Q.    How many individuals is
19  that?
20    A.    Maybe twenty-five.  Maybe
21  twenty-three, twenty-five.
22    Q.    So there were twenty-three
23  people in attendance at this

Page 151

1  meeting?
2    A.    Approximately.
3    Q.    When was this meeting?
4    A.    It was before the Murakami
5  situation, maybe two to three weeks
6  before.  Would have been on a
7  Tuesday.
8    Q.    So it would have been in
9  August?
10    A.    Sometime in August.
11    Q.    Did you speak to Mr. Cyrus
12  about that?
13    A.    At the time I did, yes.
14    Q.    What did you say to him?
15    A.    I told him I thought it
16  was appropriate that he sit down
17  and we could discuss the issues
18  later -- he should discuss the
19  issues later.
20    Q.    Did you tell him that his
21  conduct was out of line?
22    A.    I told him it was uncalled
23  for after the meeting.

Page 152

1    Q.    You told him that after
2  the meeting?
3    A.    Uh-huh.  It served no
4  purpose.  It was dysfunctional.
5    Q.    Did you have a follow-up
6  meeting with Mr. Cyrus about this?
7    A.    No, I did not.
8    Q.    Did you ever have any
9  further discussions with Mr. Cyrus
10  about the problems he had raised
11  with Mr. Song?
12    A.    No.  The president
13  directed that that should be
14  handled between Mr. Song -- excuse
15  me, Mr. Song's superior and Mr.
16  Cyrus' superior.
17    Q.    And who were they?
18    A.    Harry Hyoun.  And Mr.
19  Song's, I don't remember who was
20  his superior at the time.
21    Q.    Mr. Song, according to
22  this, was in production control.
23  Would that not be Mr. Kim, H.I.

Page 153

1  Kim?
2    A.    Indirectly, yeah.  I mean
3  -- that's part of it, yes.
4    Q.    Was that the person
5  that --
6    A.    I can't tell you if he
7  reported to him directly.
8    Q.    Well, if you thought that
9  this conduct was uncalled for why
10  did you tell Mr. Cyrus when he came
11  to you on the afternoon of the 16th
12  that everyone said he was in good
13  standing?
14    A.    Good standing from
15  performance.
16    Q.    Why did you tell him that
17  no one had any significant problems
18  with him?
19    A.    What he was asking me was
20  not with reference to that
21  question.  What he was asking me
22  was in reference to the Murakami
23  meeting, which I did not have

Page 154

1    knowledge about at the time.  He
2    came to me immediately after the
3    meeting and I said to him, as far
4    as I knew he was in good standing,
5    because no one had come to me about
6    the concerns of the meeting at that
7    time.
8        Q.    What was discussed about
9    the interaction with Mr. Cyrus and
10   Mr. Song when -- in the meeting
11   with President Ahn?
12       A.    The nature of the
13   confrontation was that the
14   president specifically asked Mr.
15   Song a question about the
16   production area and the SAP system.
17   Mr. Song started to give him an
18   explanation, speaking English to
19   the president.  He had a great deal
20   of difficulty expressing and he was
21   doing that for the benefit of the
22   rest of the people at the meeting.
23   He was trying to explain in English

Page 155

1    his problems.  And suddenly this
2    was -- Rob Cyrus jumped up and
3    said, that's not true, you're
4    lying, I'm tired of always hearing
5    you blame suppliers and vendors, is
6    what he said.
7            And the president tried to
8    calm him down.  He said, well,
9    let's hear something -- in his
10   style.  And I said, Rob, why don't
11   you have a seat.  We can discuss --
12   this is inappropriate and we can
13   discuss this later.  Let Mr. Song
14   finish.  And the president said at
15   that time, because he didn't want
16   further confrontation, he said,
17   this is a matter which can be --
18   should be looked at by Mr. Song's
19   boss and Mr. Hyoun.  And he quieted
20   the situation down.
21           It was an embarrassing
22   situation.  It was embarrassing.
23   It was inappropriate.

Page 156

1        Q.    My question was:  What was
2    discussed about that in the meeting
3    that you had with President Ahn in
4    October?
5        A.    Very limited.  Except that
6    I said that -- I described my
7    observations to President Ahn.  I
8    was also concerned about Mr. Cyrus'
9    conduct and demeanor in meetings.
10       Q.    What other meetings did
11   you describe or discuss that you
12   had --
13       A.    In comparison to the
14   Murakami meeting.
15       Q.    What other meetings did
16   you discuss Mr. Cyrus' conduct
17   about with President Ahn?
18       A.    I did not.
19       Q.    Well, what did you say
20   about the incident involving Kenny
21   Song to President Ahn?
22       A.    I said I thought it was
23   inappropriate.  I thought that it

Page 157

1    served no purpose.  I didn't
2    understand because Rob is smarter
3    than that.  He knows that that's
4    not going to resolve anything at
5    that table.  And I couldn't
6    understand why he did it.  I
7    couldn't understand it.  He could
8    have let the report just pass and
9    then if he had taken exception to
10   it, come back in an appropriate way
11   and talk to him.  But he -- he just
12   -- he just jumped up.  I mean, he
13   just went from zero to a hundred
14   miles an hour and it was -- it was
15   uncontrollable.  It was something
16   that I haven't seen in business,
17   even amongst the Korean staff.
18       Q.    What else was discussed
19   about that by President Ahn?
20       A.    That he concurred.  He
21   just agreed that it was bizarre.
22   But he didn't use the word
23   "bizarre".  He said, I didn't know

Page 158

```
 1  how to handle it.  I didn't know
 2  what to say.
 3      Q.    Looking at paragraph four
 4  -- paragraph seven, it says, in my
 5  meeting with President Ahn it was
 6  determined that Mr. Cyrus' behavior
 7  could not continue and some action
 8  should be taken.  Who made that
 9  determination?
10      A.    President Ahn.
11      Q.    What did he say?
12      A.    He said that we're -- he
13  said basically, you know, my job is
14  to produce cars and that was what
15  he is evaluated on.  And he said
16  that this did not do anything to
17  improve communications in the
18  company, nor did it do anything to
19  build support between Americans and
20  Koreans.  And so he was concerned
21  that this was going to continue.
22  He found it to be insubordinate to
23  executive management.
```

Page 159

```
 1      Q.    So was that something that
 2  President Ahn told you in English?
 3      A.    Part of it in English,
 4  part of it was translated.
 5      Q.    What did he say in
 6  English?
 7      A.    That he was upset, that it
 8  didn't build good rapport.  He
 9  didn't use "rapport".  Good team
10  work.  Good team between Americans
11  and Koreans.  That it had been
12  disrespectful.  And that it was
13  wrong because it was not his
14  meeting and he should have listened
15  to his superiors.
16      Q.    Who said that it was
17  insubordinate to executive
18  management?
19      A.    That's my conclusion based
20  upon what he said.
21      Q.    It says, it was determined
22  that Mr. Cyrus' behavior could not
23  be taken and some action should be
```

Page 160

```
 1  taken.  Was that something that you
 2  determined or something that
 3  President Ahn determined or it was
 4  something you both arrived at
 5  together?
 6      A.    Together.  His behavior
 7  could not continue.
 8      Q.    The next paragraph, I
 9  recommended to President Ahn that I
10  meet with Mr. Cyrus regarding
11  management's concerns about his
12  behavior, at which time I would
13  attempt to determine whether the
14  working relationship could be
15  improved.  How did you come to make
16  that recommendation?
17      A.    Because I was confident
18  that if I didn't make that
19  recommendation -- first of all, he
20  said, what should I do about it --
21  what should he do about it.  What
22  should I do?  What should I do?
23  And I knew that he needed
```

Page 161

```
 1  assistance.  And I knew that Mr.
 2  Cyrus' behavior from a corporate
 3  perspective was insubordinate and
 4  he was subject to termination.  And
 5  I had an investment in Mr. Cyrus
 6  and I didn't want to see him
 7  terminated.  And I thought,
 8  honestly, that I could turn him
 9  around in a conversation, I could
10  explain to him that -- and make him
11  productive in the company again.  I
12  firmly believed I could do that.
13  And so I asked Mr. Ahn to let me
14  handle the matter and he said,
15  okay.
16      Q.    Did Mr. Ahn tell you that
17  he wanted to terminate Mr. Cyrus?
18      A.    He never said that.  What
19  he said to me is, you have the
20  authority to make whatever decision
21  is necessary.
22      Q.    So he --
23      A.    You handle it.
```

Page 162

1    Q.    He never told you he -- to
2  terminate Mr. Cyrus?
3    A.    He did not tell me to
4  terminate Mr. Cyrus.
5    Q.    Or that he was considering
6  terminating Mr. Cyrus?
7    A.    He did not say that.
8    Q.    And it says that,
9  President Ahn accepted my
10 recommendation and requested that I
11 set up a meeting with Mr. Cyrus.
12 Did he put any parameters about
13 your setting up a meeting with Mr.
14 Cyrus?
15   A.    He said, do it as soon as
16 possible.
17   Q.    Did he tell you to do it
18 away from work or at work?
19   A.    No, that was my choice.
20   Q.    What sort of a time frame
21 did he give you?
22   A.    Do it as soon as possible.
23   Q.    A week, two weeks, three?

Page 163

1    A.    As soon as possible.  He
2  didn't --
3    Q.    Next line, it says,
4  President Ahn left it to me to
5  determine whether Mr. Cyrus should
6  be discharged.  Did he actually say
7  that, it's up to you to be
8  discharged -- to decide whether he
9  should be discharged?
10   A.    He knew I was the head of
11 personnel and he was saying to me,
12 you have -- I'm giving you the
13 responsibility to resolve this
14 matter.  Which I concluded was a
15 full range of whatever I had said
16 would be supported by him.
17   Q.    So he didn't mention that
18 -- according to you, didn't mention
19 Mr. Cyrus potentially being
20 discharged?
21   A.    Let me make it clear.  Mr.
22 Ahn never told me to discharge this
23 man.  He told me to handle the

Page 164

1  problem.  It was a problem, an
2  operational problem, and Mr. Cyrus
3  was the basis of that problem.
4    Q.    Did he discuss with you
5  the possibility of discharging Mr.
6  Cyrus?
7    A.    No, he did not say that.
8    Q.    Next paragraph, it says,
9  Mr. Cyrus was away on paid medical
10 leave during most of September and
11 October.  After several attempts I
12 reached him at home and asked him
13 to meet me for dinner.  Do you
14 remember the date that you first
15 tried to get in touch with him?
16   A.    I tried a number of times
17 and later Mr. Cyrus told me that he
18 had been in Birmingham here going
19 -- undergoing medical examination
20 and treatment, which had kept him
21 away from his phone.  And he was
22 having some sort of domestic
23 problems.

Page 165

1         To answer your question,
2  no, do not have the specific dates.
3    Q.    When you talked to him did
4  you tell him you wanted to discuss
5  his medical problem?
6    A.    I wanted to see how he was
7  doing and I wanted to advise him of
8  his status with the company and to
9  discuss employment concerns that we
10 had.
11   Q.    What did you tell him
12 about employment concerns that you
13 had?
14   A.    I didn't tell him.  I just
15 said, employment concerns.
16   Q.    Did you tell him anything
17 about that you had some reports
18 about problems with his behavior or
19 attitude?
20   A.    No.  I said, employment
21 concerns, I -- concerns.
22   Q.    Didn't -- weren't
23 specific?

42  (Pages 162 to 165)

Page 166

1    A.    No. I tried to limit it.
2  I was talking to him on the phone.
3    Q.    Now, did you pick the
4  place for dinner?
5    A.    No, he picked the place.
6    Q.    Did you originally suggest
7  going somewhere else?
8    A.    I wasn't familiar -- that
9  familiar with Montgomery, at least
10  the eating establishments. And he
11  made a suggestion of several places
12  and he said this would be -- I
13  tried -- I said to him, make it as
14  easy on yourself as possible,
15  because he had been sick. And so
16  he selected this location.
17    Q.    Now, when you met with him
18  another individual joined you, Mr.
19  Hansford?
20    A.    Yes, sir.
21    Q.    Tell me how that happened.
22    A.    Mr. -- I arrived first.
23  Mr. Cyrus came in and he was seated

Page 167

1  at the table. We started just the
2  preliminaries of talk. I was
3  asking Rob how his health was and
4  had he resolved his health
5  problems. And this gentleman came
6  over to the table and greeted --
7  greeted Rob, said, hi, Rob. And
8  they started talking and then Rob
9  introduced me. And they began
10  talking about the problems.
11    MR. BOSTICK: Can we take
12  a restroom break before we start
13  getting into the details --
14    MR. STOCKHAM: Sure.
15    MR. BOSTICK: -- of this
16  meeting?
17    (Whereupon, a brief
18      recess was taken in
19      the deposition.)
20    Q.    (By Mr. Stockham) Now, at
21  the -- you were about to tell me
22  about your conversation when Mr.
23  Hansford came to the table. What

Page 168

1  did Mr. Hansford say?
2    A.    Mr. Hansford approached
3  the table -- came directly over to
4  the table, down the aisle and said
5  hello to Mr. Cyrus and they greeted
6  each other warmly and began to
7  talk.
8    Q.    What happened next?
9    A.    Mr. Hansford was -- asked
10  Mr. Cyrus how he was doing, how his
11  medical treatment in Birmingham had
12  been. And they discussed that for
13  a few minutes, three to four
14  minutes. It's hard to ascertain
15  time but about three to four
16  minutes.
17    Q.    What happened after that?
18    A.    Mr. Cyrus introduced him
19  to myself and that I worked for
20  Hyundai at the plant and that I was
21  the deputy president of the plant.
22    Q.    So tell me what happened
23  then.

Page 169

1    A.    Mr. Hansford greeted me.
2  He said that he had been a former
3  Hyundai employee, that he currently
4  worked for a company called -- I
5  think it was Palopinia (phonetic
6  spelling), and that he had been in
7  purchasing at HMMA until he was
8  discharged and -- which he thought
9  was unfair. And then he basically
10  praised the management of Palopinia
11  for being more progressive or
12  understanding, and that he enjoyed
13  Palopinia much better.
14    And then he started to
15  express concerns about Hyundai, its
16  management system, and he was
17  adversarial toward the Korean
18  management. And expressed an issue
19  as to how -- he was surprised as to
20  how Rob had been able to put up
21  with the frustrations with the job.
22    Q.    Did he say anything else?
23    A.    He stood and spoke for

Page 170

1  almost -- I don't know, the better
2  part of an hour, expressed concerns
3  about the corporation.  He thought
4  that he hadn't received due
5  process.
6          He told me that he had
7  basically been discharged for
8  falsification of his education and
9  that he was short a few units on
10 his degree but had put down that he
11 had the degree but that Mr. Kimble
12 had been very strict or exacting.
13 He said that he had falsified and
14 they had discharged him.
15         He said that he didn't
16 like the purchasing process at
17 HMMA.  He thought that the Koreans
18 took advantages of vendors,
19 suppliers, leveraged them too hard,
20 were not fair in their evaluations.
21         Now, this is a three-way
22 conversation that's taking place
23 while he's standing, most of it

Page 171

1  between he and Rob.
2          Do you wish me to
3  continue?
4     Q.    Well, looking at -- in
5  paragraph eight, the last word --
6  the beginning of the last sentence
7  of that paragraph.
8     A.    For?
9     Q.    Yeah.  That doesn't make
10 any reference to Mr. Cyrus in that
11 -- in that paragraph.
12    A.    Because Mr. Hansford led
13 the direction of the conversation.
14 But Mr. Cyrus also made comments
15 which would cause Mr. Hansford to
16 go into another subject.  It was --
17    Q.    What comments did Mr.
18 Cyrus make?
19    A.    He would support Mr.
20 Hansford in his position with
21 reference to what they were talking
22 about.  For instance, as an
23 example, when he was talking about

Page 172

1  suppliers there was an argument --
2  he said -- that Mr. Hansford had
3  that Korean suppliers received
4  favoritism.  And then Mr. Cyrus
5  will say, yeah, do you remember
6  this contract and that contract.
7  And then that would go into that
8  subject of that particular vendor
9  or supplier and the irregularities.
10         It was just a constant
11 flow.  And then -- they had
12 criticisms about the American
13 management, irregularities,
14 behavioral problems.
15    Q.    What American management?
16    A.    Various people within --
17 in the American management system
18 that they felt were -- they pretty
19 well ran the gamut of all the
20 American managers.  So --
21    Q.    Who did they mention?
22    A.    Oh, they mentioned Mr.
23 Kimble.  They mentioned Rick.  They

Page 173

1  mentioned Mr. Kalson.
2     Q.    Rick Neal?
3     A.    Uh-huh.
4     Q.    What did they say about
5  Mr. Neal?
6     A.    They believed that -- Mr.
7  Cyrus said he was -- wouldn't stand
8  up on key issues, that they didn't
9  feel support -- supported by the
10 legal department.
11    Q.    You mentioned Mr. Kalson.
12 What did he say about Mr. Kalson?
13    A.    That he was hard, that he
14 was demanding, that he lacked
15 compassion for employees, that he
16 had problems with some of the
17 specific employees, that he was
18 trying to always -- he was going
19 overboard trying to please the
20 Koreans in the production area when
21 he knew that might not be the right
22 direction.
23    Q.    Anything else that was

Page 174

1  said about Mr. Kalson?
2      A.    Yeah, there were other
3  allegations that he made.
4      Q.    When you say, he, you mean
5  Mr. --
6      A.    Was supported.
7      Q.    -- Mr. Hansford?
8      A.    Both of them together.
9      Q.    What else was said about
10 Mr. Kalson?
11         MR. BOSTICK:  Let's go off
12 the record for a second.
13         (Whereupon, an
14           off-the-record
15           discussion was held.)
16     Q.    (By Mr. Stockham)  Was the
17 issue about whether or not anyone
18 in HMMA's executive group engaged
19 in sleeping with staff raised?
20     A.    Yes.
21     Q.    Who raised that?
22     A.    At first Michael did.  He
23 talked of it in a broad term and

Page 175

1  then Mr. Cyrus filled the blanks in
2  as to the individual and the
3  circumstances.
4      Q.    I'm sorry.  I'm not
5  following you.  What do you mean?
6      A.    Mr. Hansford was making a
7  comparison of conduct saying, I was
8  discharged for this falsification
9  but there are -- there is an
10 executive who has done worse and
11 was not terminated.  And then Mr.
12 Cyrus filled in the blanks, filled
13 in who and the circumstances.
14     Q.    He identified the
15 individual?
16     A.    Yes.
17     Q.    And he said what they did?
18     A.    He alleged that the
19 individuals had sexual relations.
20     Q.    That's not something that
21 you raised?
22     A.    No.  No.  My focus was Mr.
23 Cyrus.

Page 176

1      Q.    Was there anything else
2  discussed?
3      A.    There were a myriad of
4  things.
5      Q.    Well, what else was
6  discussed?
7      A.    The inefficiencies of the
8  plant, the redundancy in direction,
9  the lack of authority of American
10 executives in comparison to their
11 titles, lack of communication
12 between Americans and Koreans,
13 abruptness of the Korean staff.
14     Q.    Now, who was making these
15 comments?
16     A.    It was equally shared.  It
17 was a discussion that was taking
18 place -- Mr. Duckworth, you need to
19 know this, okay, and that -- and
20 this situation.
21     Q.    What else was stated?
22     A.    You know, I'm trying to go
23 through the conversation in my mind

Page 177

1  as to the order.
2          There were comments about
3  making payments late to vendors and
4  suppliers.  There were comments
5  made about renegotiation of terms
6  to suppliers after delivery of
7  services.  There were comments made
8  that the plant was developing a
9  poor reputation within the
10 community amongst business leaders.
11 There were comments made that
12 political figures were removing
13 their support or slowly distancing
14 themselves from the company.
15         There were comments that
16 there were possible -- that they
17 believed that there were possible
18 kickbacks between suppliers and
19 individuals.  And that the plant
20 was not well run in comparison to
21 other automotive plants and that it
22 would have difficulty continuing in
23 this mode.  That there was a

Page 178

```
1   hierarchy of Korean executives that
2   were hard to deal with, demanding,
3   long hours of work, lack of
4   appreciation.
5       Q.    What else?
6       A.    What else did he say?
7   There was an issue as to a lady
8   being propositioned by a Korean
9   staff member that had resulted in
10  her frustration and unhappiness.
11  There was a criticism about a
12  female employee who said that when
13  her boss left on business, on a
14  trip, that she was not given equal
15  responsibility, authority or
16  respect of her boss.
17      Q.    What else?
18      A.    That some of the
19  construction in the plant, the
20  sidewalks around the plant, had
21  been done inferiorly by a company
22  that had been directed by the
23  Koreans to do the work, that much
```

Page 180

```
1   they had been challenged by
2   finance.
3       They believed that they
4   had inadequate representation by HR
5   and that HR was too compliant with
6   Korean management direction and
7   would not raise alternatives to
8   what they were being directed to
9   do.  That departments were
10  understaffed, over worked, under
11  appreciated -- what else -- that
12  they could never catch up with the
13  work load in purchasing.  As a
14  result of not being able to keep up
15  with the work load it impacted the
16  plant.  And then the plant
17  operations people became
18  adversarial.
19      That the paint shop had
20  been designed improperly and was
21  under capacitized for the number of
22  vehicles that had to go through
23  there.
```

Page 179

```
1   of the work done by people
2   recommended or putting on the
3   bidding list by the Koreans were
4   inferior -- and gave an -- I'm
5   sorry.  Not inferior but gave an --
6   did an inferior job.
7       That selected parts of
8   bids submitted by bidders, parts of
9   them were taken and consolidated
10  and would end up in the final
11  product -- or the final
12  specifications for projects.
13      I hope that I made that
14  clear.  I'm not sure you understand
15  but --
16      Q.    What else was -- what else
17  did they say?
18      A.    You know, I can't -- I'm
19  doing my best to try to recall.
20      Mr. -- I think Mr. Cyrus
21  complained that he hadn't received
22  a speedier, expeditious resolution
23  of his relocation expenses and that
```

Page 181

```
1       Those are the things that
2   I immediately recall.
3       Q.    Do you recall anyone
4   saying anything about having to
5   attend meetings and not being given
6   translators?
7       A.    That was a concern they
8   had.  And they explained it also
9   that in meetings, that
10  conversations and discussions going
11  on would suddenly turn into
12  discussions in Korean, which
13  participants couldn't understand.
14      Q.    Was there any discussion
15  about not getting the same access
16  to vehicles --
17      A.    Yes.
18      Q.    -- as the Koreans?
19      A.    Yes.
20      Q.    What was said about that?
21      A.    I believe Mr. Cyrus was --
22  they committed in his contract for
23  the next XG and he had not received
```

46 (Pages 178 to 181)

Page 182

1 the XG and they were attempting to
2 facilitate that through HMA and he
3 would -- the process was very slow
4 and arduous and not in timing with
5 what he wanted.
6      The other managers were
7 receiving -- and Mr. Hansford
8 brought this up, that the other
9 managers received pre-production
10 vehicles and what is called class
11 two vehicles, which are vehicles
12 that have some sort of blemish in
13 the production side and have to be
14 worked on or repaired before sold
15 to the public.
16      And they were also unhappy
17 as to some of the financial aspects
18 of the reimbursement.
19      Q.    Reimbursement of --
20      A.    For gas.
21      Q.    -- expenses?
22      A.    Yeah, expenses, gas
23 expenses.

Page 183

1      Q.    When they had to take
2 trips on company business?
3      A.    Both.
4      Q.    They were complaining that
5 the Koreans were getting the money
6 more expeditiously than the
7 Americans?
8      MR. BOSTICK:  Object to
9 the form.
10      A.    Yes.
11      Q.    Did they complain that the
12 Americans were being treated
13 differently with regard -- than the
14 Koreans with regard to the amount
15 of work that was required of them?
16      MR. BOSTICK:  Object to
17 the form.
18      A.    No, not that I recall.
19      Q.    Any complaint about the
20 Koreans punching or hitting
21 co-employees?
22      A.    Yes.
23      Q.    What was said about that?

Page 184

1      A.    They said there were two
2 -- I remember I recall two
3 circumstances that they described,
4 one in which a Korean kicked an
5 American in the knee and was
6 transferred out of the plant to a
7 supplier.  And then they told a
8 story about the director at that
9 time of finance having an
10 altercation with one of the
11 directors -- excuse me, directors
12 of admin, and that they went into a
13 room and commenced to fight.
14      Q.    Anything else that you can
15 recall?
16      A.    No.  But I'll be happy if
17 you refresh my memory to confirm
18 anything that you might have.  I've
19 tried to give you an accurate trail
20 of that discussion.
21      Q.    They complained that the
22 Koreans and Americans were being
23 treated as separate teams?

Page 185

1      A.    Yes.
2      Q.    And that the American team
3 was being treated less favorably
4 than the Koreans?
5      MR. BOSTICK:  Object to
6 the form.
7      A.    I don't know if they said
8 it quite that way but in substance
9 I think that's -- that's fairly
10 accurate, that there were two
11 teams, the Koreans and the
12 Americans.
13      Q.    Well, if they're being
14 treated the same it wouldn't be a
15 complaint, would it?
16      MR. BOSTICK:  Object to
17 the form.
18      A.    Yeah, it could be.  It
19 could be.
20      Q.    Well, that's not what you
21 understood them to be complaining
22 about, though, was it?
23      A.    No, I understood them to

Page 186

1  be complaining that they felt left
2  out of the process and that the
3  Koreans were in charge of the
4  process.
5      Q.    Did they complain that
6  they were not being included in
7  meetings that they needed in order
8  to be able to do their job?
9      A.    Yes, sir.  That's what
10  they complained -- that's one of
11  the complaints they had.
12      Q.    Did they tell you that the
13  Koreans had told the Americans that
14  it would take too long to go
15  through meetings if they had to do
16  them in English?
17      A.    Yes.
18      Q.    Did they tell you about a
19  Korean punching a KPMG
20  representative in the face?
21      A.    No.  I think -- no, I
22  don't -- no, I don't remember that.
23  But I do remember that the director

Page 187

1  of finance was in this tussle and
2  he used to be a member of KPMG.  I
3  believe him to be, anyway.
4      Q.    Now, you said -- how long
5  did this conversation take place?
6      A.    Hour.
7      Q.    Did you have dinner
8  sitting at the table while this was
9  going on?
10      A.    About three-quarters of
11  the way through -- not
12  three-quarters.  Three-quarters,
13  half, I asked Mr. Hansford if he
14  would like to have a seat because
15  he was standing in the aisle and he
16  was impairing the traffic, the flow
17  of traffic.  People who were
18  serving had to walk around him.
19          To answer your question,
20  yes.  Yes, the dinner was sitting
21  there.
22      Q.    So you were served before
23  he arrived?

Page 188

1      A.    No.  We ordered before he
2  arrived.
3      Q.    Your meal was brought
4  while he was standing there?
5      A.    Right.  They held off a
6  couple of times.  We waved them off
7  a couple of times.  I waved them
8  off.
9      Q.    At what point during the
10  conversation was your meal brought?
11      A.    Towards the end.
12      Q.    Now, did you finish your
13  meal after Mr. Hansford departed or
14  before?
15      A.    I believe it was a little
16  bit after he left, as I recall.
17      Q.    Paragraph nine, it says,
18  when Mr. Hansford departed I
19  addressed Mr. Cyrus' performance
20  issues.  Did you address the
21  performance issues with Mr. Cyrus
22  before or after dinner?
23      A.    After.  Towards the close

Page 189

1  of dinner.  After Mr. Hansford had
2  left.
3      Q.    Had you had dessert at the
4  time you discussed the performance
5  issues?
6      A.    I don't think we had
7  dessert, as I recall.
8      Q.    Now, looking at paragraph
9  nine it says, I advised Mr. Cyrus
10  there were concerns over his
11  attitude and the adversarial and
12  antagonistic way in which he had
13  conducted himself recently.
14          Did you specify what in
15  particular you were referring to?
16      A.    Yes, sir.
17      Q.    What did you tell him?
18      A.    I described the meeting
19  that he had had with the Murakami
20  people.  I also described the issue
21  with Mr. Song.
22      Q.    Anything else that you
23  mentioned to him?

Page 190

1    A.    I told him that the people
2  concerned about -- and they had
3  seen a change in his
4  professionalism and his working
5  attitude and his relationships.
6    Q.    Now, I take it at the time
7  that you had this -- that you're
8  beginning this conversation with
9  him you testified that you thought
10  you could improve his attitude.
11  What did you --
12    A.    If not -- if not to -- if
13  I couldn't improve his attitude, if
14  I could just improve his conduct
15  and the way he behaved in the
16  organization, that was my goal.
17    Q.    What did you expect that
18  your conversation with him would
19  affect that in just one
20  conversation?
21    A.    Because I told him the
22  alternatives.
23    Q.    What did you tell him?

Page 191

1    A.    I told him that he was
2  subject to separation, that we had
3  to work out this, that he was hired
4  for the purposes of cooperation and
5  management of people and getting
6  things done, and that people didn't
7  feel comfortable with him and that
8  the Koreans didn't feel comfortable
9  with him and that his judgment was
10  impaired and that his timing was
11  impaired and that his -- he was
12  obligated to defend the company and
13  if he couldn't defend the company's
14  position then he was to in an
15  appropriate place make known why he
16  could not. And he couldn't accept
17  that. He wouldn't accept that.
18    Q.    Now, in paragraph nine it
19  says, I asked Mr. Cyrus what he
20  thought about these issues and Mr.
21  Cyrus refused to acknowledge that
22  there were any issues.
23         What particular issues did

Page 192

1  you ask him what he thought about?
2    A.    He refused to acknowledge
3  that -- he knew there were issues.
4  He refused to consider that he may
5  have played a role in those issues.
6  The issues that I advised him was
7  the resolution of problems in a
8  business way, the confrontation of
9  people in public settings, the
10  embarrassment to people, the
11  gruffness, the curt manner in which
12  he dealt with people. And he had a
13  duty as an employee to protect that
14  company and to take care of people
15  and he wasn't doing it.
16         His job was to foster
17  communications and he was a
18  blockage to communications. And he
19  had a chip on his shoulder. And he
20  wasn't the man that I had first met
21  before. He had a different
22  attitude. And I asked him
23  specifically, Counselor,

Page 193

1  specifically: Can you change, Rob?
2  Do you see what you're going? And
3  he told me, no, he couldn't, that
4  he felt so strongly that he was
5  right that he wasn't going to
6  change his attitude towards the way
7  he did business, nor towards the
8  corporation, and that he had lost
9  faith in the company.
10    Q.    He told you he had lost
11  faith in the company?
12    A.    In the company, yes, with
13  Hyundai. I'm sorry for the
14  emotional side but this is an
15  important issue to me.
16    Q.    When you say that he
17  refused to acknowledge that there
18  were any issues which issues did he
19  refuse to acknowledge?
20    A.    That he played any role in
21  the deterioration of relationships
22  with Americans and Koreans, that
23  everybody else was wrong. He could

Page 194

1  not see that his approach and his
2  demeanor and his thought process
3  was wrong from a business point of
4  view. He wanted to win. I told
5  him he wanted to win. And I said,
6  it's not an issue of winning. It's
7  an issue of getting the job done,
8  working as a team. It was very --
9  but he couldn't accept it.
10      Q.   It says that, he began
11  arguing there was a conspiracy to
12  terminate him.
13      A.   He did.
14      Q.   What did he say about
15  that?
16      A.   He said that the Koreans
17  and some of the Americans were out
18  to get him in the company and that
19  he was the first American --
20  because he was the first American
21  hired by the company and that he
22  enjoyed a special relationship or
23  status and that he didn't

Page 195

1  understand why these people were
2  after him.
3      Q.   Who did he say was out to
4  terminate him?
5      A.   I'm sorry, sir?
6      Q.   Who did he say was out to
7  terminate him?
8      A.   Korean staff executives --
9  Korean executive staff, the --
10      Q.   Who?
11      A.   The president, H.I. Kim,
12  Harry Hyoun, Jason Li. Let's see.
13  Who else did he mention? And on
14  the American side Mr. Kalson, Mr.
15  Susock, Mr. Neal and Mr. -- that --
16  Mr. Kimble was a part of it but was
17  not an active participant. He was
18  just too weak to prevent it or stop
19  it.
20      Q.   It says -- you wrote that,
21  Mr. Cyrus refused to accept any
22  responsibility for his actions
23  during the Murakami meeting and

Page 196

1  denied any wrongdoing whatsoever.
2          What did you discuss with
3  Mr. Cyrus about the Murakami
4  meeting?
5      A.   His conduct, his taking
6  over the meeting, his loud
7  interference, his embarrassment of
8  H.I. Kim, his adversarial
9  discussions with American
10  management who were responsible for
11  an area within the plant --
12      Q.   What did he tell --
13      A.   -- his -- excuse me -- his
14  defense of the vendor in a meeting
15  with outside -- with an outside
16  company.
17          I'm sorry, sir. You had a
18  question.
19      Q.   What did you tell him
20  about the -- his embarrassing H.I.
21  Kim?
22      A.   I told him that it had put
23  his judgment into question, why he

Page 197

1  should do that at that time and in
2  that place that he selected to do
3  that, and that it was not
4  reflective of a good executive.
5      Q.   And what did he say in
6  response?
7      A.   He said that what he -- he
8  believed Mr. Kim to be saying was
9  untrue and that he didn't believe
10  that it was appropriate to ask a
11  supplier or vendor to come down
12  immediately from Kentucky -- drive
13  down from Kentucky, give up their
14  valuable time, and be subject to
15  Mr. Kim's conduct and action. And
16  that he believed that the supplier
17  was correct and had -- was not
18  responsible for the deficiencies.
19      Q.   What did you say to him
20  regarding the conduct with regard
21  to his American co-workers in the
22  meeting?
23      A.   I asked him, what was the

# DEPOSITION OF
# KEITH DUCKWORTH
# PART II

Page 198

1 purpose? What purpose does it
2 serve to insult one of your
3 colleagues in a public meeting?
4    Q.    Did you ask him if he made
5 the statement "bullshit" to Mr.
6 Susock?
7    A.    He said that he had had a
8 confrontation with Mr. Kalson and
9 that Mr. Susock didn't know what he
10 was doing and that none of them
11 really knew what they were doing,
12 that even from his Toyota
13 experience and Mercedes experience
14 he was more knowledgeable than Mr.
15 Kalson.
16    Q.    Did you ask him
17 specifically about whether or not
18 he used the term "bullshit" to
19 refer to --
20    A.    No, I tried to save him
21 the embarrassment.
22    Q.    Did you ask him whether or
23 not he confronted Mr. Kalson

Page 199

1 accusing him of -- saying something
2 about comparing Hyundai production
3 processes with Toyota production
4 processes?
5    A.    I didn't have to. He made
6 that statement to me.
7    Q.    What did he say?
8    A.    He said that Toyota was
9 much more superior in their
10 production, that Mr. Kalson didn't
11 know what he was doing, that he,
12 Mr. Cyrus, knew more about
13 production from his experiences at
14 Toyota and at Mercedes than Mr.
15 Kalson did.
16    Q.    Did you discuss anything
17 with him about the fact that other
18 employees in his department had
19 complained about him?
20    A.    Yes.
21    Q.    What did you tell him?
22    A.    I said that his
23 relationship had deteriorated with

Page 200

1 his colleagues and some of his
2 subordinates. And he said that he
3 had been under a lot of pressure
4 and he told me that he was
5 uncomfortable -- not uncomfortable
6 -- that he was unhappy with his
7 relationship at Hyundai. And that
8 might have been perceived by his
9 subordinates.
10    Q.    Did you discuss with him
11 the situation where the -- Mr.
12 Song, Mr. Kenny Song had been in
13 the executive meeting?
14    A.    Yes, I did.
15    Q.    What did you say to him
16 about that?
17    A.    He said -- I told him that
18 -- I told him, Rob, I observed
19 this. Okay? I was there,
20 remember? I told you to sit down,
21 we'll handle this. I said, I
22 couldn't believe your approach. I
23 didn't understand. It was

Page 201

1 embarrassing. There was no -- it
2 didn't serve a purpose. It wasn't
3 business-like. It didn't --
4 couldn't have resolved any problem.
5    And he told me that he was
6 tired, that Mr. Song -- he was
7 tired of Mr. Song and his excuses.
8 He was tired of a company that
9 always accused suppliers of
10 mistakes when they needed to
11 concentrate on their own systems,
12 and that these were used -- these
13 were excuses used by incompetent
14 people to cover up the real issues.
15    Q.    Now, it says here that,
16 Mr. Cyrus contended he was an
17 exemplary employee and had no
18 attitude problems at all.
19    A.    He did with reference to
20 his conduct and his management with
21 reference to these meetings. The
22 only area of compromise, Counselor,
23 that he made was in reference to --

Page 202

1  he was apologetic or sorrowful
2  about the fact that his
3  subordinates had seen him as being
4  disagreeable and out of touch.  And
5  he told me that he was having
6  problems with his -- in his
7  marriage and that he was having
8  problems with a substance abuse
9  problem with his wife and he was
10  concerned about the safety of his
11  children under those circumstances
12  and that was a major focus.
13      Q.    What problems did he tell
14  you he was having in his marriage?
15      A.    He said that his wife had
16  a substance abuse with alcohol and
17  that he had two small sons and he
18  had seen evidence that she was not
19  caring for them appropriately and
20  that he was afraid that she was
21  going to take the children and
22  leave. I'm sorry.  Leave the state
23  and go to Kentucky.

Page 203

1      MR. BOSTICK: Can we take
2  another break?
3      (Whereupon, a brief
4      recess was taken in
5      the deposition.)
6      Q.    (By Mr. Stockham) Mr.
7  Duckworth --
8      A.    Yes, sir.
9      Q.    -- it says in paragraph
10  nine -- it says, it was clear that
11  he was not willing to accept any
12  form of correction or even consider
13  the possibility that his behavior
14  needed improvement.
15      Did I understand you to
16  say that you told Mr. Cyrus that if
17  he didn't change his behavior that
18  you were going to terminate him?
19      A.    I told him his job was in
20  jeopardy.
21      Q.    And even when you told him
22  that he said he wasn't going to
23  change?  How did he put it?

Page 204

1      A.    He showed no -- he said
2  that his frustration in his current
3  job was so high that he didn't see
4  how we could go on either.
5      Q.    He said his frustration
6  was so high he didn't see how you
7  could go on either?
8      A.    We could go on.  We.
9  Meaning -- he was talking kind of
10  an editorial, we could go on, the
11  company and he could go on
12  together.
13      Q.    Is that all he said?
14      A.    He attributed the
15  destruction of the employment
16  relationship to a conspiracy to get
17  him.
18      Q.    What did he say about
19  that?
20      A.    He didn't say anything. I
21  told him -- I responded to his
22  comment.
23      Q.    What did you tell him?

Page 205

1      A.    I told him I had no
2  conspiracy.  I was not involved in
3  any conspiracy.  That the decision
4  for his continued employment rested
5  with me and if he would indicate to
6  me that he could make changes or
7  was willing to make changes I would
8  be happy to reconsider him and
9  support him in his desires to
10  improve the relationship and his
11  working performance.  And he said,
12  no, it wasn't.
13      Q.    He said, no, it wasn't?
14      A.    He wasn't.
15      Q.    He wasn't.
16      A.    He wasn't prepared to do
17  that.
18      Q.    He wasn't prepared to do
19  what?
20      A.    To change his actions, his
21  management style, and to take any
22  corrective action with reference to
23  his previous actions in these two

Page 206

1  meetings.
2      Q.    Now, did you tell Mr.
3  Cyrus that because of his responses
4  to you that you had made the
5  decision to terminate him?
6      A.    That was the conclusion
7  that I had reached, yes.
8      Q.    Did you tell him that it
9  was your decision to terminate him?
10     A.    I told him.  It was the
11 truth.
12     Q.    Did you tell him that it
13 wasn't up to you, it was other
14 members of the executive committee?
15     A.    That's not true.  I made
16 the decision.
17     Q.    You didn't tell him that
18 it wasn't up to you?
19     A.    I told him it was up to
20 me.
21     Q.    What did he say when you
22 told him that you were -- that it
23 was your decision to terminate him?

Page 207

1      A.    We started talking about
2  the terms of the separation.
3      Q.    What did you say?
4      A.    I said that the company
5  was prepared to provide him a
6  separation payment to help him
7  transition to other employment
8  where he felt he might be more
9  successful.
10     Q.    And what did he say?
11     A.    He told me that he would
12 consider it and thought that was
13 the best but that he wasn't going
14 to just walk away without
15 compensation.
16     Q.    He said he thought that
17 was the best?
18     A.    The best decision to make
19 between the two parties, between
20 Hyundai and himself.
21     Q.    I may have misunderstood.
22 Tell me exactly what he said.
23     A.    He said that the dasicon

Page 208

1  that there be either a severance or
2  a resignation, he believed, was in
3  his best interest, but he was not
4  going to leave without appropriate
5  compensation.
6      Q.    Did you ever make the
7  statement that Mr. Cyrus and Mr.
8  Hansford had ambushed you?
9      A.    Yes.
10     Q.    Who did you say that to?
11     A.    I've said that to
12 corporate counsel.
13     Q.    Anybody else?
14     A.    No, just to HMMA's
15 corporate counsel.
16     Q.    That would be Mr. Neal?
17     A.    Yes.  And I believe
18 that --
19         MR. BOSTICK:  Don't --
20     A.    -- to be accurate.
21         MR. BOSTICK:  Don't
22 discuss any conversations between
23 you and Mr. Neal again.

Page 209

1      Q.    Did you say anything about
2  Mr. Cyrus ambushing you to Mr.
3  Cyrus?
4      A.    You know, I briefly did
5  and I said, you know, I feel very
6  uncomfortable that Mr. Hansford is
7  here.  This looks like an unusual
8  coincidence to me, to him.  And he
9  said, no, no, he just stopped in.
10 He just stopped in.  It was -- had
11 nothing to do -- I didn't call him,
12 I think he said.  I didn't --
13     Q.    So you didn't use the word
14 "ambushed" to Mr. Cyrus?
15     A.    No, I did not.  Although,
16 I certainly felt it.
17     Q.    You felt like they
18 conspired against you?
19         MR. BOSTICK:  Object to
20 the form.
21     A.    I'm not sure that the word
22 "conspired" is appropriate.  I will
23 tell you that I think it was

Page 210

1 orchestrated. For what purpose, I
2 can't tell you.
3    Q.    Looking at paragraph
4 eleven it says, Mr. Cyrus -- well,
5 let me back up a second.
6         What was the reason you
7 decided to terminate Mr. Cyrus?
8    A.    Because I believed that
9 the employer/employee relationship,
10 that trust, had been destroyed. I
11 believed that Mr. Cyrus could not
12 be counted on to make good
13 judgments on behalf of the
14 corporation. I believed that it
15 was beyond our ability to reconcile
16 the situation. I believed that no
17 training was going to change his
18 attitude. I believed that no
19 supervision was going to change his
20 attitude. That he believed that he
21 -- he was going to continue to
22 operate the way he had and that
23 people were out to get him. And I

Page 211

1 didn't seen an effective director
2 of purchasing under those
3 circumstances. He was going to
4 continue to have to operate with
5 those people that he'd had all of
6 the confrontations and there was no
7 -- absolutely no attempt on his
8 part to reconcile the
9 relationships.
10    Q.    And when did you arrive at
11 that decision?
12    A.    When I asked him towards
13 the end of the conversation if he
14 could change and he said, there's
15 no reason for me to change. I'm
16 not wrong.
17    Q.    How long was this
18 conversation that you had with him
19 after Mr. Hansford left?
20    A.    Forty minutes. Thirty,
21 forty minutes. Yeah, forty
22 minutes.
23    Q.    Did Mr. Cyrus or you raise

Page 212

1 your voice in that forty minutes?
2    A.    No. He became intense. I
3 mean, emotionally intense. But he
4 didn't raise his voice and I didn't
5 take offense from his explanations.
6 They were rational to me. I say,
7 rational. They weren't
8 threatening. They were just a very
9 specific explanation of how he
10 felt.
11    Q.    Now, moving on to
12 paragraph eleven. It says, Mr.
13 Cyrus never made any complaints of
14 discrimination or harassment to me
15 during our conversations about the
16 Murakami meeting on the day of the
17 meeting or during our meeting on
18 Saturday, October 22nd, 2005.
19         Did I read that right?
20    A.    Yes, sir.
21    Q.    Did -- the next sentence
22 you said, he did not express any
23 concern that he felt he was being

Page 213

1 discriminated against on the basis
2 of his national origin or in
3 retaliation for some types of
4 complaints of discrimination. The
5 only concern raised by Mr. Cyrus
6 with respect to H.I. Kim was the
7 belief that Mr. Kim was a prima
8 donna with a bad temper and that
9 Mr. Kim did not like the fact that
10 Mr. Cyrus had questioned his
11 judgment.
12         When did Mr. Cyrus say
13 that Mr. Kim was a prima donna with
14 a bad temper and that Mr. Kim did
15 not like the fact that Mr. Cyrus
16 questioned his judgment?
17    A.    During the course of the
18 meeting.
19    Q.    Which meeting?
20    A.    The dinner.
21    Q.    Did he say anything about
22 that during the afternoon meeting
23 on the 16th of September?

Page 214

1    A.    No. He told me at the
2  dinner.
3    Q.    Did he make any comment to
4  you about Mr. Kim's bad temper on
5  the afternoon that he came to you
6  after the meeting?
7    A.    He -- he didn't express --
8  express it in that manner. He
9  expressed that he was
10  uncontrollable, that he was -- that
11  he was angry. But he was not
12  complaining. It was descriptive of
13  the situation. It was a different
14  issue. It was different in -- on
15  this -- that dinner.
16    Q.    Now, in paragraph twelve
17  it says, in the summer of 2005
18  shortly after I began working at
19  HMMA I made it a practice to meet
20  with all the directors of the
21  facilities to discuss any pertinent
22  issues. I met with Mr. Cyrus as
23  well as all other directors as part

Page 215

1  of this process.
2    Now, this would have been
3  in August or September?
4    MR. BOSTICK: Object to
5  the form.
6    A.    I started initially when I
7  first came because I had been
8  directed to do so.
9    Q.    Do you remember when it
10  was that you met with Mr. Cyrus?
11    A.    Mr. Cyrus attended
12  meetings. We had a directors-type
13  meeting in which Mr. Kimble and Mr.
14  Cyrus and Mr. Kalson -- Rick didn't
15  attend but occasionally.
16    Q.    Do you recall a meeting
17  that you had one-on-one with Mr.
18  Cyrus where he described certain
19  issues about the way that Americans
20  were being treated differently than
21  Koreans?
22    MR. BOSTICK: Object to
23  the form.

Page 216

1    A.    I would take exception to
2  your characterization but I will be
3  happy if you ask me what I
4  remember --
5    Q.    Would you --
6    A.    -- to answer your question
7  the best I can and you can
8  decipher --
9    Q.    Do you remember Mr. Cyrus
10  telling you in a meeting with you
11  that there was a major problem
12  between the Koreans and the
13  Americans in that the Americans
14  were being treated as if they were
15  a separate team from the Koreans?
16    MR. BOSTICK: Object to
17  the form.
18    A.    I remember that Mr. Cyrus
19  complained that some meetings that
20  he attended were being held -- that
21  they gravitated towards Korean
22  language being spoken in the
23  meeting. And there were meetings

Page 217

1  that were held by Koreans without
2  Americans in the plant, which was
3  -- there was no problem. There was
4  nothing wrong with that. It
5  certainly wasn't discrimination.
6  If Mr. Cyrus had been able to speak
7  Korean he would have been included,
8  believe me.
9    Q.    Do you recall Mr. Cyrus
10  telling you that he thought the
11  Americans were being treated less
12  favorably than the Koreans?
13    MR. BOSTICK: Object to
14  the form.
15    A.    Mr. Cyrus complained that
16  he didn't believe that he was given
17  appropriate authority for his level
18  in the company and that this
19  followed a pattern, he believed,
20  which affected other Americans.
21  And I explained to him, this plant
22  -- you don't have the expertise
23  that every one of these individuals

Page 218

1    have that are running this plant.
2    You have to learn from them. They
3    will teach you and you will be
4    equally involved in the plant. But
5    you just started. You can't expect
6    to be accepted into a production
7    plant where someone has twenty-five
8    years of experience in production
9    and be treated equally with
10   reference to your opinion. It's
11   ludicrous. It's absolutely
12   ludicrous that people would think
13   that. And the majority of
14   Americans understand that and they
15   have a good working relationship.
16   Mr. Cyrus, because he believed he
17   was the number one American, should
18   be included in everything. And it
19   served no purpose. Number one
20   hired American.
21       Q.   Did Mr. Cyrus tell you
22   that the Americans were being
23   treated as a separate team --

Page 219

1           MR. BOSTICK: Object to
2    the form.
3        Q.   -- from the Koreans?
4        A.   No. He told me he
5    believed -- he felt like it was a
6    separate team.
7        Q.   Did he tell you that
8    Koreans told him and the other
9    Americans that it would take too
10   long to go through meetings if they
11   had to do them in English?
12       A.   Did he tell me that?
13       Q.   Yes.
14       A.   No. I know that. There
15   are some meetings that are
16   technical. When you're describing
17   the problems with a robotic arm and
18   why it's down and you have to get
19   it up in five minutes you don't
20   have time to translate that. It
21   just -- I mean -- I'm sorry. If
22   you've been in a plant operation
23   you understand that.

Page 220

1        Q.   But did Mr. Cyrus tell you
2    that Americans were being treated
3    less favorably than Koreans because
4    they weren't included in meetings
5    that --
6        A.   He put it in terms of
7    communication, Counselor. That --
8    and he felt like he had -- was left
9    out of things that he should have
10   been involved in.
11       Q.   Did he tell you that they
12   weren't included in meetings where
13   -- they were not provided
14   information that they needed to do
15   their jobs?
16           MR. BOSTICK: Object to
17   the form.
18       A.   That was his conclusion.
19       Q.   And that that was -- that
20   Americans were not being included
21   in meetings that the Koreans were
22   holding?
23       A.   Yes, that's true. That's

Page 221

1    a given.
2        Q.   And that was one of the
3    things that he complained about in
4    this meeting he had with you,
5    wasn't it, right after you came
6    there?
7        A.   Those are different
8    issues. The issues are -- one are
9    technical issues that deal with the
10   running of the production of that
11   plant. The others are in reference
12   to how people are treated, are
13   there fairness in pay, are there
14   fairness in benefits, how are
15   people being treated. Those he was
16   never excluded from. But he was
17   excluded from those -- he wasn't
18   excluded. There was no reason for
19   him to attended meetings that
20   required engineering evaluations
21   that had to be sent back to the
22   parent corporation.
23           As an executive vice

Page 222

1 president of HMA and as a deputy
2 president I wasn't involved in all
3 the meetings, nor did I expect to
4 be, nor did I want to be. And
5 there was no discrimination against
6 me and I'm an American. It was a
7 functional purpose. It happens at
8 Nissan. It happens at Toyota. And
9 it happens at Honda because I have
10 experience with those companies.
11     Q.    My question, sir, was:
12 Did Rob Cyrus make that complaint
13 to you?
14     A.    That was the conclusion he
15 came to.
16     Q.    Did he make that
17 complaint?
18     A.    Yeah, he --
19        MR. BOSTICK:  Object to
20 the form.
21     A.    It was not a complaint.
22 It was a concern. I don't want to
23 argue semantics.

Page 223

1     Q.    He also told you that the
2 American employees' expense reports
3 were treated differently and less
4 favorably than the Korean
5 employees' expense reports, didn't
6 he?
7        MR. BOSTICK:  Object to
8 the form.
9     A.    He made that observation
10 but he couldn't substantiate it.
11     Q.    And he told you that the
12 Koreans were getting their money
13 much more quickly than the
14 Americans were, didn't he?
15        MR. BOSTICK:  Object to
16 the form.
17     A.    I don't recall that.
18     Q.    You don't recall him
19 telling you that it would take two
20 to four weeks for Americans to get
21 their money while Koreans would get
22 their money in two or three days?
23     A.    I don't recall him saying

Page 224

1 that on a daily basis -- on a
2 day/time basis.
3     Q.    He may have, you just
4 don't recall?
5     A.    Sir?
6     Q.    He may have, you just
7 don't recall?
8     A.    I'm still --
9     Q.    Do you -- are you saying
10 he didn't make it or you just don't
11 recall?
12     A.    I just don't recall.
13     Q.    He complained to you that
14 cars coming out of the car pool for
15 the lease cars that was part of the
16 compensation that Americans got the
17 least favorable cars --
18        MR. BOSTICK:  Object to
19 the form.
20     Q.    -- didn't he?
21     A.    He did and he was
22 incorrect. They were based upon
23 grade level.

Page 225

1     Q.    But he did make that
2 complaint to you?
3     A.    Uh-huh.
4     Q.    And he told you about an
5 individual named -- a Korean named
6 Su Yung who, when firing an
7 American woman employee, told her
8 she could either work out the last
9 two weeks or take off the last two
10 weeks and she would be paid if she
11 slept with him --
12        MR. BOSTICK:  Object to
13 the form.
14     Q.    -- didn't he?
15     A.    With Mr. Cyrus?
16     Q.    No, with Mr. Yung.
17     A.    I've testified to that.
18 I've already testified to this.
19 There was a secondary incident that
20 he -- in the comments.
21     Q.    And he complained about
22 this shortly after you came, to you
23 didn't he?

Page 226

```
 1    A.    He did.
 2    Q.    And he told you that while
 3  the individual had been transferred
 4  to Korea that it was known that he
 5  was still employed with Hyundai,
 6  didn't he?
 7        MR. BOSTICK: Object to
 8  the form.
 9    A.    That was investigated by
10  the legal department. Disciplinary
11  action was taken. The gentleman
12  was sent home. His career was
13  ended. It was ruined. And I think
14  he is no longer with HMC. I think
15  Mr. Cyrus is completely wrong on
16  that issue.
17    Q.    He did mention that to
18  you, didn't he?
19        MR. BOSTICK: Object to
20  the form. Are you talking about in
21  the meeting in the -- when he first
22  arrived at the plant?
23        MR. STOCKHAM: Yes.
```

Page 227

```
 1    A.    Yes.
 2    Q.    And Mr. Cyrus described to
 3  you the situation with Martha
 4  Harper who, when her boss would go
 5  out of town, he would put one of
 6  her employees in charge instead of
 7  putting her in the position --
 8        MR. BOSTICK: Object to
 9  the form.
10    Q.    -- didn't he?
11    A.    I think I've testified to
12  that, yes, sir.
13    Q.    He complained about that
14  to you right after you showed up,
15  didn't he?
16    A.    Yes.
17    Q.    And he also told you about
18  the situation with Mr. Kalson
19  sleeping with staff, didn't he?
20    A.    I'll make --
21        MR. BOSTICK: Object to
22  the form.
23    A.    -- no comment on that.
```

Page 228

```
 1    Q.    He told you about an
 2  executive member sleeping with
 3  staff, didn't he?
 4        MR. LEE: Asked and
 5  answered.
 6        MR. BOSTICK: Object.
 7  He's already discussed that. Is
 8  the question, did he raise that
 9  issue at the meeting when he first
10  came --
11        MR. STOCKHAM: Yes.
12        MR. BOSTICK: -- to the --
13        MR. STOCKHAM: Yes.
14        MR. BOSTICK: Okay. This
15  line of questions is all about what
16  he said to you in this meeting
17  right when you got to the plant --
18        MR. STOCKHAM: Correct.
19        MR. BOSTICK: -- that
20  we've been talking about.
21        MR. STOCKHAM: Right.
22    A.    Mr. Cyrus made statements
23  concerning an executive having an
```

Page 229

```
 1  affair or a sexual relation with a
 2  subordinate team member in the
 3  plant. That matter was
 4  investigated by the legal
 5  department.
 6    Q.    (By Mr. Stockham) Mr.
 7  Cyrus identified the individual to
 8  you, didn't he?
 9    A.    He did.
10    Q.    And Mr. Cyrus also told
11  you that with regard to the work
12  that Americans were being treated
13  less favorably than the Koreans,
14  didn't he?
15        MR. BOSTICK: Object to
16  the form.
17    A.    I'm sorry. Could you
18  reword that --
19    Q.    With regard to the work
20  that was being performed at HMMA
21  that the Americans were being
22  treated less favorably than the
23  Koreans, didn't he?
```

Page 230

1    MR. BOSTICK:  Object to
2 the form.
3    A.    It was an issue of
4 authority.  He didn't believe that
5 he had the authority that a Korean
6 had in an equal position.  Yes, he
7 did.
8    Q.    And he told you that that
9 was not just true for himself but
10 with regard to other Americans,
11 didn't he?
12    A.    In some cases.
13    Q.    And he also told you about
14 how one of his employees was kicked
15 by a vice president until he was in
16 the fetal position in front of one
17 of his subordinates --
18    MR. BOSTICK:  Object to
19 the form.
20    Q.    -- didn't he?
21    A.    I don't recall that, sir.
22 He told me of two incidents that I
23 recall.  One of them dealt with a

Page 231

1 production person who was kicked in
2 the knee.  And he told me about the
3 -- that at that time he was the
4 director of finance who got into an
5 altercation with another Korean.
6    Q.    And he told you about an
7 incident with regard to Mr. Li
8 kicking an employee in front of a
9 female employee, Kellie Wall,
10 didn't he?
11    MR. BOSTICK:  Object to
12 the form.
13    A.    I don't recall that.  I'm
14 not saying he did not.  I just
15 don't recall.  It could have been
16 the same incident.
17    Q.    And he also reported about
18 a Korean employee punching a KPMG
19 representative in the face, didn't
20 he?
21    MR. BOSTICK:  Object to
22 the form.
23    A.    I don't -- I don't

Page 232

1 remember the KPMG.  I believe he
2 may be speaking about, again, the
3 man -- the director of finance who
4 formerly was with KPMG.
5    Q.    And after Mr. Cyrus
6 reported these things to you there
7 was a Korean, someone in the legal
8 department who came, and you asked
9 Mr. Cyrus to repeat those things to
10 that individual, didn't you?
11    A.    I did not ask.  I did ask
12 -- the gentleman who came
13 represented the interests of the
14 company and was looking into the
15 allegations I believe as a result
16 of the direction of the legal
17 department.
18    Q.    You introduced the
19 individual to Mr. Cyrus, didn't
20 you?
21    A.    I can't remember if I did.
22 I wouldn't deny it.  I probably
23 introduced him to all of the

Page 233

1 directors who he wanted to speak
2 to.
3    Q.    Had you reported the --
4 what -- Mr. Cyrus' complaints to
5 the legal department?
6    A.    Yes.
7    Q.    Had you discussed it with
8 anyone from Korea?
9    A.    I had had discussions with
10 Mr. Neal and I had discussions with
11 Mr. Ahn.
12    Q.    The president?
13    A.    The president.
14    Q.    Anyone else that you
15 discussed it with?
16    A.    Who did I discuss it -- I
17 don't recall.
18    Q.    It was --
19    A.    I don't recall.  I'm
20 confident that the Koreans were
21 well aware of it.
22    Q.    And it was after you
23 discussed it with Mr. Neal and

59 (Pages 230 to 233)

Page 234

1  President Ahn that the individual
2  came from Korea and interviewed Mr.
3  Cyrus?
4      A.    They didn't come to
5  interview Mr. Cyrus.  They came to
6  check on the progress of the plant
7  and this was one of the
8  responsibilities.  And they --
9      Q.    It was after that, though,
10 that you had disclosed it to the --
11     A.    Yes.
12     Q.    -- other individuals?
13     A.    Yes.
14     Q.    How much after that?
15 Week, month?
16     A.    Two weeks.
17     Q.    Two weeks.
18     A.    Two weeks.  Approximation.
19     Q.    Sometime the end of
20 August, first of September?
21     A.    No, I think it was before
22 then.  August would be right.
23 Maybe the first of -- the first of

Page 235

1  August, the last part -- yeah, the
2  first -- somewhere in there.
3      Q.    End of August, first of
4  September?
5      A.    No, the first part of
6  August would probably be the best.
7  I just don't recall when the
8  individual arrived.
9      Q.    If Mr. Cyrus says it was
10 about a month after you got there
11 would you --
12     A.    I would --
13     Q.    -- dispute --
14     A.    I would adopt that.
15     Q.    Now, after you met with
16 Mr. Cyrus and told him he was
17 terminated did you report his
18 allegations, those that you heard
19 from both him and Mr. Hansford, to
20 the -- to anyone?
21     A.    Yes.
22     Q.    Who did you report it to?
23     A.    The legal department.

Page 236

1      Q.    Specifically who?
2      A.    Mr. Neal.
3      Q.    Did you make any memo to
4  him or did you just tell him?
5      A.    I made a confidential memo
6  to Mr. Neal.
7      Q.    Is that the memo that you
8  told me you looked at earlier?
9          MR. BOSTICK:  At the
10 beginning of the deposition?
11         MR. STOCKHAM:  Right.
12     A.    Yes.
13     Q.    And do you know whether or
14 not those issues were followed up
15 on?
16     A.    Some of the issues,
17 unbeknownst to me, had been
18 followed up on even prior to the
19 reporting of them, by the legal
20 department and had been --
21 investigations had been conducted
22 prior to my arrival.  Some of them
23 had previously been reported by

Page 237

1  employees.  The other ones were
2  investigated by the legal
3  department, by Mr. Neal.
4      Q.    Which ones had not been
5  reported?
6      A.    The -- well, let me tell
7  you which ones I remember that had
8  been reported because I -- it's
9  probably easier.
10     Q.    Well, I presume that the
11 ones that you told me about that
12 Mr. Cyrus reported to you right
13 after you came had already been
14 reported.  Is that true?
15     A.    Some of them had been
16 reported but in a different forum.
17     Q.    But at least by the time
18 that he spoke to the person from
19 Korea they had been reported and
20 submitted to the legal department,
21 hadn't they?
22     A.    They had.
23     Q.    So the ones that had been

Page 238

1  mentioned by Mr. Cyrus when he
2  first came and talked to you and
3  then reported to the person from
4  Korea, those had been investigated
5  by the legal department?
6      MR. BOSTICK:  Object to
7  the form.
8      A.    Some had been
9  investigated.  Some were in the
10 process of being investigated.
11     Q.    So apart from those which
12 ones had not been investigated?
13     A.    I would say that the
14 allegations that were based upon
15 feelings and conclusions without
16 specific names had not been.
17     Q.    I'm not --
18     A.    Because there was --
19     Q.    -- following you.
20     A.    -- there was no reason.
21     Q.    What feelings and
22 conclusions are you talking about?
23     A.    I'm overworked.  Okay?

Page 239

1  I'm not appreciated.  Those types
2  of concerns.  This is a difficult
3  place to work.  There is a lack of
4  communication.  Those are not
5  specific complaints directed at an
6  identifiable group or individual.
7  Okay?  They are a -- in the Army
8  they are a complaint about the U.S.
9  Army, and there were those
10 complaints by Mr. Cyrus that were a
11 complaint about working.
12     Q.    Which ones were reported
13 that were followed up on but had
14 not been previously reported?
15 Those are the ones that I'm asking
16 about.
17     MR. BOSTICK:  I'm going to
18 object to you revealing the
19 substance of any conversations
20 between you and the legal
21 department that disclose that type
22 of information.  If you have an
23 independent basis for knowledge

Page 240

1  other than what's being told to you
2  by the legal department then you
3  can answer the question.  Otherwise
4  that's a privileged communication.
5      A.    I mean, the majority of
6  what I understand about the various
7  allegations that were brought were
8  conversations of inquiry and
9  requests for information from me
10 from the legal department.
11     Q.    Now, you are not the
12 person who both hired and fired Mr.
13 Cyrus, are you?
14     A.    Yes.
15     Q.    You both hired him and
16 fired him?
17     A.    Yes, sir.  I processed him
18 into the corporation and I was the
19 individual who discharged him.
20     Q.    You made the discharge
21 decision?
22     A.    Yes.
23     Q.    You didn't make the hiring

Page 241

1  decision?
2      A.    I was involved in the
3  hiring process.
4      Q.    Who made the hiring
5  decision?
6      A.    I can't tell you that.  I
7  don't know.
8      Q.    Who informed you that Mr.
9  Cyrus was hired?
10     A.    My coordinator, Darren
11 Kahn, K-a-h-n.
12     Q.    Did Mr. Peterson work for
13 you as well?
14     A.    Yes.
15     Q.    Is he a coordinator, also?
16     A.    No.  Mr. Peterson was the
17 national manager of employment.
18     Q.    What was his position
19 vis-a-vis Mr. Kahn?
20     A.    Mr. Kahn was a coordinator
21 within the HR department and Mr.
22 Peterson was a manager, national
23 manager of employment.  There was

Page 242

1  no direct reporting relationship.
2  There was no line of authority.
3     Q.   They both reported to you?
4     A.   They both reported --
5     Q.   Both of them were direct
6  reports to you?
7     A.   Yes.
8     Q.   When you received Mr.
9  Cyrus' complaint, which is attached
10  as exhibit --
11     A.   I'm sorry.  It's attached?
12     Q.   -- as exhibit two to your
13  declaration.  It shows that it goes
14  to you, Mr. Ahn, Mr. B.K. Kim and
15  Mr. Greg Kimble.  Did you read and
16  review that document?
17        MR. BOSTICK:  At what
18  point in time?
19     Q.   When you received it.
20     A.   Yes, when I received it.
21     Q.   Did you discuss that with
22  anyone?
23        MR. BOSTICK:  Don't

Page 243

1  discuss the substance of any
2  conversations with legal counsel.
3     Q.   I just want to know if you
4  discussed it with anyone.
5        (Witness reviewing
6        documents.)
7     A.   I had a discussion with
8  this information.
9     Q.   With whom?
10     A.   With Mr. Neal.
11     Q.   Anyone else?
12     A.   And a general discussion
13  with President Ahn.
14     Q.   Anyone else?
15     A.   B.K. Kim, I believe was
16  there.
17     Q.   Anyone else?
18     A.   I think that's basically
19  -- the legal counsel was there in
20  the meeting.
21     Q.   Had you made any notes of
22  your meeting with Mr. Cyrus where
23  you terminated him?

Page 244

1     A.   Yes.
2     Q.   Do you have those?
3        MR. BOSTICK:  Richard, I
4  think he -- we got copies of those
5  yesterday.  They're not listed on
6  the privilege log but I'm going to
7  identify them as privileged.  They
8  were made in consultation with the
9  memo.
10     Q.   When did you make those
11  notes?
12     A.   After my conversation with
13  -- the conversation with Mr. Cyrus
14  at dinner.
15     Q.   You made them that night?
16     A.   That night.
17     Q.   Had you talked with
18  counsel about making those notes?
19     A.   Yes.
20     Q.   When did you talk with
21  counsel about making those notes?
22     A.   About making the notes?
23     Q.   Yes.

Page 245

1     A.   I talked with counsel
2  beforehand that I would give --
3        MR. BOSTICK:  Don't
4  discuss substance of conversations
5  with him.
6     A.   That I would supply him
7  with a report of the meeting.
8     Q.   You told counsel that.
9  Now, did you -- but that was before
10  the meeting?
11     A.   Before the meeting.
12     Q.   And so these -- had you
13  had any discussions with him about
14  providing such notes or was that
15  just something you volunteered to
16  him?
17     A.   No, report -- I said I
18  would keep him advised, give him a
19  report as to the transaction of --
20        MR. BOSTICK:  I think
21  you've testified fully about --
22  let's not get into conversations
23  between you and Rick Neal.

Page 246

1    Q.    With regard to the notes,
2  you submitted them to Mr. Neal
3  about what occurred.  Are those the
4  notes that you have reviewed before
5  your deposition here today?
6    A.    No.  Just the fact that
7  they exist.
8    Q.    Where did you keep those
9  notes?
10    A.    The legal department.  I
11  gave them to the legal department.
12    Q.    So when you said that you
13  looked at a memo or -- that you had
14  written was that something separate
15  from the notes that you wrote about
16  the meeting?
17    A.    The notes were the basis
18  for the memo.  They were my thought
19  process, the work process that I
20  gave to the legal counsel.
21    MR. LEE:  I'll be glad to
22  update my privilege log for you as
23  well, Richard.

Page 247

1    Q.    Why did you make the
2  notes?
3    A.    To ensure the accuracy of
4  the memo that I was sending to
5  legal counsel covered the issues
6  and the subjects, and to seek legal
7  guidance from the counsel on these
8  issues as to what should be done to
9  resolve these problems if he hadn't
10  -- if he was unaware of them.  He
11  had the responsibility for
12  investigations as the legal
13  counsel.
14    MR. BOSTICK:  Richard,
15  could we go off the record for just
16  a second?
17    (Whereupon, an
18      off-the-record
19      discussion was held.)
20    Q.    (By Mr. Stockham) Now,
21  the -- these notes that you gave to
22  Mr. Neal, were you seeking advice
23  about terminating Mr. Cyrus?

Page 248

1    A.    No.  I was seeking advice
2  as to the impact of terminating him
3  from a legal perspective.   And
4  also to advise him that there were
5  issues -- potentially legal issues
6  that he needed to consider with
7  reference to some of the
8  allegations.  Because I was unsure
9  as to how many of the allegations
10  he was aware of and from a legal
11  perspective he needed to look into
12  them.
13    MR. STOCKHAM:  I believe
14  that's all for this deposition.
15
16    FURTHER THE DEPONENT SAITH NOT
17
18
19
20
21
22
23

Page 249

1      C E R T I F I C A T E
2
3  STATE OF ALABAMA   )
4  JEFFERSON COUNTY   )
5
6    I hereby certify that the above
7  and foregoing deposition was taken
8  down by me in stenotype, and the
9  questions and answers thereto were
10  reduced to typewriting under my
11  supervision, and that the foregoing
12  represents a true and correct
13  transcript of the deposition given
14  by said witness upon said hearing.
15    I further certify that I am
16  neither of counsel nor kin to the
17  parties to the action, nor am I in
18  anywise interested in the result of
19  said cause.
20
21
22    Sandra Peebles Daniel
23    Commissioner

Page 250

1    INSTRUCTIONS TO THE WITNESS
2        Please read your deposition
3    over carefully before you sign it.
4    You should make all your changes to
5    the attached errata sheet.  Please
6    do not mark on the original
7    deposition.
8
9        After making any changes which
10   you have noted on the attached
11   errata sheet, sign your name on the
12   errata sheet and date it, then sign
13   your deposition at the end of your
14   testimony in the space provided.
15   You are signing it subject to the
16   changes you have made on the errata
17   sheet, which will be attached to
18   the deposition.
19
20       Return the original errata
21   sheet and transcript to Daniel
22   Court Reporting, 1310 32nd Street
23   South, Birmingham, Alabama, 35202.

Page 251

1    According to the Rules of Civil
2    Procedure, you will have thirty
3    (30) days from the date you receive
4    this deposition in which to read,
5    sign, and return your deposition to
6    the above office.  If you fail to
7    do so, you automatically waive your
8    right to make any corrections to
9    your deposition.
10
11
12
13
14
15
16
17
18
19
20
21
22
23

Page 252

1    SIGNATURE PAGE OF
2    KEITH DUCKWORTH
3
4        I hereby do acknowledge that I
5    have read the foregoing deposition
6    and that the same is a true and
7    correct transcription of the
8    answers given by me to the
9    questions propounded, except for
10   the changes, if any, noted on the
11   attached errata sheet.
12
13
14   WITNESS: _____
15
16   DATE:    _____
17
18
19
20
21
22
23

Page 253

1    PAGE    LINE        EXPLANATION
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20   _____
21       KEITH DUCKWORTH
22   _____
23       DATE

64  (Pages 250 to 253)

**A**

**ability** 210:15
**able** 87:23 169:20
  180:14 186:8
  217:6
**about** 7:15 13:4
  36:20 37:16 39:5
  41:10 64:14 67:16
  67:22 71:13,19
  72:4 78:15,22
  79:11,22 80:6,7
  83:3 84:23 85:5,9
  85:11,11,12,13,15
  85:19 86:1,1,3
  87:7 89:1,4 91:14
  92:23 93:3 94:15
  96:21 97:8,17
  98:8,17 103:1,16
  105:11,19 106:14
  107:4 108:4,6
  109:18 111:4
  112:1,10 113:16
  115:19 123:16
  124:4 125:20
  126:8 127:11
  129:7 131:15
  133:2,3 136:10,19
  137:4 140:3
  142:18 143:7,10
  143:16,17 144:9
  144:12,14,18
  146:20,20 148:10
  151:12 152:6,10
  154:1,5,8,15
  156:2,8,17,20
  157:19 160:11,20
  160:21 162:12
  165:12,17,18
  167:10,21,22
  168:15 169:15
  170:3 171:22,23
  172:12 173:4,12
  174:1,9,17 177:2
  177:5 178:11
  181:4,15,20
  183:19,23 184:8
  185:22 186:18
  187:10 190:2

  191:20 192:1
  194:14 196:3,20
  198:17 199:2,12
  199:17,19 200:16
  202:2,10 204:18
  207:1 209:1
  212:15 213:21
  214:4 215:19
  221:3 225:4,21
  226:20 227:13,17
  228:1,15,20
  230:13 231:2,6,17
  232:2 235:10
  237:11 238:22
  239:8,11,16 240:6
  244:18,21,22
  245:13,21 246:3
  246:15 247:23
**above** 7:16 114:1
  150:17 249:6
  251:6
**abruptness** 176:13
**absolutely** 211:7
  218:11
**abuse** 202:8,16
**accept** 191:16,17
  194:9 195:21
  203:11
**acceptable** 102:4
**accepted** 141:21,21
  162:9 218:6
**access** 181:15
**according** 53:23
  89:13 91:6 152:21
  163:18 251:1
**accounting** 149:20
**accuracy** 52:22
  247:3
**accurate** 49:1
  52:14 80:21 97:4
  184:19 185:10
  208:20
**accurately** 14:8
**accused** 201:9
**accusing** 199:1
**acknowledge**
  191:21 192:2
  193:17,19 252:4

**act** 94:12
**acted** 81:12 94:10
**acting** 7:4 129:10
  147:7 148:5
**action** 1:9 112:20
  143:21 158:7
  159:23 197:15
  205:22 226:11
  249:17
**actions** 79:8 82:6
  109:10 144:15
  147:19 148:1,2
  195:22 205:20,23
**active** 195:17
**actually** 45:14
  163:6
**added** 25:8
**addition** 133:22
**additional** 40:12
**additionally** 118:19
**address** 188:20
**addressed** 188:19
**admin** 184:12
**administration**
  35:4,5,6,16
**administrative**
  57:7,12,17
**adopt** 91:21 92:1
  101:10 235:14
**advantages** 170:18
**adversarial** 134:8
  169:17 180:18
  189:11 196:8
**adversity** 116:4
**advice** 143:14
  144:3,7,8,15
  247:22 248:1
**advise** 63:6,9 165:7
  248:4
**advised** 62:19 63:1
  79:3 111:17
  133:18 189:9
  192:6 245:18
**advising** 143:20
**advisor** 129:15
**advocate** 115:16
**affair** 229:1
**affect** 190:19

**affected** 146:18
  217:20
**affecting** 147:7
**affiliate** 40:18
**affiliated** 40:18
**afraid** 202:20
**after** 22:9,20 25:21
  32:2 36:5,11 37:6
  42:14 46:8,9,11
  67:10 72:4 109:16
  112:8 126:3,3
  137:8,9,11,15,19
  137:22 138:1,2,8
  138:12,14,15
  140:14,15,16
  146:2,23 147:9,12
  148:9,11,13,15
  151:23 152:1
  154:2 164:11
  168:17 177:6
  188:13,16,22,23
  189:1 195:2
  211:19 214:6,18
  221:5 225:22
  227:14 232:5
  233:22 234:9,14
  235:10,15 237:13
  244:12 250:9
**afternoon** 89:8
  103:7,11,14
  153:11 213:22
  214:5
**afterwards** 142:7
**again** 34:3 68:4
  86:6 101:16 103:7
  105:11 138:21
  144:11 161:11
  208:23 232:2
**against** 105:5
  112:22 113:20
  116:9 117:4
  209:18 213:1
  222:5
**agenda** 78:8 82:1
**aggravated** 137:2
**ago** 10:23 33:6
**agreed** 1:22 2:12
  2:21 3:9 157:21

**ahead** 9:2 37:2
  139:2
**Ahn** 43:21 47:1
  74:1,5 76:7,20
  77:13 78:2,12
  79:3,23 80:5
  82:12,20 83:2
  84:12,22 85:16,19
  88:3 89:1 93:20
  102:18,23 113:7
  116:19 119:6
  131:8,16 132:9,11
  132:13 133:1
  147:13 148:16
  150:4,6 154:11
  156:3,7,17,21
  157:19 158:5,10
  159:2 160:3,9
  161:13,16 162:9
  163:4,22 233:11
  234:1 242:14
  243:13
**aisle** 168:4 187:15
**Alabama** 1:2,14
  2:8 5:12,21 6:6,11
  6:13 7:3,6,13 44:2
  44:8 45:3 46:7
  47:3 48:6,17
  54:19 55:11 57:6
  57:22 59:7,11
  61:9 62:2,16 64:6
  65:16 66:1,10
  71:4 249:3 250:23
**alcohol** 202:16
**allegations** 174:3
  232:15 235:18
  238:14 240:7
  248:8,9
**alleged** 175:18
**almost** 17:5 106:4
  106:18 170:1
**already** 17:13
  45:12 72:5 88:23
  225:18 228:7
  237:13
**altercation** 184:10
  231:5
**alternatives** 180:7

190:22
**Although** 149:14
    209:15
**always** 48:16 49:3
    49:6 69:10 97:16
    98:2 100:13 155:4
    173:18 201:9
**ambushed** 208:8
    209:14
**ambushing** 209:2
**America** 11:6
    26:17 33:3 34:7
    36:8 43:16 44:16
    57:10
**American** 37:13
    68:14,16 69:7
    70:8 71:12 100:15
    132:15 172:12,15
    172:17,20 176:9
    184:5 185:2
    194:19,20 195:14
    196:9 197:21
    218:17,20 222:6
    223:2 225:7
**Americans** 68:11
    69:11,13 73:18
    101:17 158:19
    159:10 176:12
    183:7,12 184:22
    185:12 186:13
    193:22 194:17
    215:19 216:13,13
    217:2,11,20
    218:14,22 219:9
    220:2,20 223:14
    223:20 224:16
    229:12,21 230:10
**amongst** 66:4,5
    107:7 157:17
    177:10
**amount** 183:14
**AmSouth/Harbert**
    2:6 6:5 7:11
**amusement** 27:9
**Ana** 11:11
**Anaheim** 19:21
    27:7,8
**Angeles** 27:6

**angry** 136:23
    214:11
**animated** 99:2,2,8
**another** 65:5 88:10
    96:4 111:17 116:3
    122:16,17 132:1
    166:18 171:16
    203:2 231:5
**answer** 38:4 105:23
    142:13 144:18
    165:1 187:19
    216:6 240:3
**answered** 97:11
    228:5
**answering** 81:1
**answers** 249:9
    252:8
**antagonistic** 134:9
    189:12
**Anybody** 208:13
**anyone** 48:21 54:16
    63:6,9 65:22
    67:22 74:10 84:9
    97:8 103:1 136:9
    174:17 181:3
    233:8,14 235:20
    242:22 243:4,11
    243:14,17
**anything** 14:22
    15:3,6 18:22 19:4
    40:20 82:11 95:13
    108:10 117:1
    125:19 131:1
    132:7,16,21 141:4
    141:7 157:4
    158:16,18 165:16
    169:22 173:23
    176:1 181:4
    184:14,18 189:22
    199:16 204:20
    209:1 213:21
**anyway** 187:3
**anywhere** 48:5
**anywise** 249:18
**apart** 17:7,8,18
    97:6 144:7 238:11
**apartment** 61:4,7
**apologetic** 202:1

**apostrophe** 37:11
**apparent** 122:21
**apparently** 114:22
**appear** 14:19
**appears** 50:7,11
**appointment** 45:1
**appreciated** 180:11
    239:1
**appreciation** 178:4
**approach** 140:21
    194:1 200:22
**approached** 168:2
**approaching**
    144:13
**appropriate** 151:16
    157:10 191:15
    197:10 208:4
    209:22 217:17
**appropriately**
    202:19
**approximately**
    2:10 10:22 26:19
    33:7,7 34:15
    39:10 151:2
**approximation**
    46:12 234:18
**approximations**
    34:4
**arduous** 182:4
**area** 27:6,8,10
    154:16 173:20
    196:11 201:22
**areas** 25:17 62:23
**argue** 116:1 222:23
**argued** 112:16
    115:6
**arguing** 115:19
    194:11
**argument** 115:12
    124:11 172:1
**argumentative**
    138:23
**arises** 102:14
**arm** 219:17
**Army** 22:11,13
    23:1,2 239:7,9
**around** 27:8 150:5
    161:9 178:20

187:18
**arrival** 236:22
**arrive** 211:10
**arrived** 60:22,23
    61:17 160:4
    166:22 187:23
    188:2 226:22
    235:8
**ascertain** 168:14
**aside** 142:6
**asked** 52:21 71:5
    80:14 83:2,7
    106:20,21 107:4
    109:4 111:5,16
    145:12 154:14
    161:13 164:12
    168:9 187:13
    191:19 192:22
    197:23 211:12
    228:4 232:8
**asking** 16:16,19
    114:19 143:15,16
    153:19,21 167:3
    239:15
**aspects** 40:15
    182:17
**asserted** 10:9
**assessing** 112:21
    115:20
**assign** 3:4
**assigned** 43:9 57:4
**assignment** 48:7,8
    111:19
**assignments** 47:13
    47:16
**assist** 62:5 68:11,15
    68:18
**assistance** 161:1
**assisted** 73:16
**assume** 33:15
**assurance** 112:18
    113:21 115:8
    116:9 124:13,18
    125:5 141:1
**Atlanta** 61:8
**Atlantic** 61:8
**attached** 50:19,22
    51:10 242:9,11

250:5,10,17
    252:11
**attaching** 51:13,15
**attempt** 160:13
    211:7
**attempted** 148:22
**attempting** 182:1
**attempts** 164:11
**attend** 181:5
    215:15
**attendance** 146:17
    146:18 150:23
**attended** 16:23
    73:23 88:2 215:11
    216:20 221:19
**attention** 78:20
**attitude** 77:15 78:3
    165:19 189:11
    190:5,10,13
    192:22 193:6
    201:18 210:18,20
**attorney/client**
    142:12
**attributed** 204:14
**August** 58:3,4,12
    62:13 66:18 151:9
    151:10 215:3
    234:20,22 235:1,3
    235:6
**authority** 161:20
    176:9 178:15
    217:17 230:4,5
    242:2
**automatically**
    251:7
**automobile** 107:21
**Automobiles** 35:8
**automotive** 177:21
**available** 47:19
**Avenue** 2:7 5:20
    6:4 7:12
**aware** 62:14,18
    95:22 133:8,23
    233:21 248:10
**away** 162:18 164:9
    164:21 207:14
**a.m** 2:10 7:15

**B**

**B** 4:7 74:8,8
**Bach** 30:1,1 32:4,5
    32:6,8 33:2 34:18
    35:17,21
**Bachelor** 20:8
**back** 23:5 47:14
    51:5 59:1,5,9,14
    59:18,21 60:2,17
    60:20 80:2 103:6
    103:12 126:12
    145:22 157:10
    210:5 221:21
**background** 19:9
    19:19 27:14
    143:11
**bad** 213:8,14 214:4
**based** 108:11
    159:19 224:22
    238:14
**basically** 40:11
    68:6 82:23 90:16
    115:1 136:17
    158:13 169:9
    170:7 243:18
**basis** 60:14 145:2
    164:3 213:1 224:1
    224:2 239:23
    246:17
**Beach** 20:5 22:2
    23:7
**became** 35:3 36:1
    38:11 46:10 57:16
    58:1 82:1 126:10
    133:23 180:17
    212:2
**become** 35:11,18
    81:21
**before** 2:3 5:3 7:9
    8:1,23 10:14 44:7
    50:22 77:16 78:5
    79:14,18 82:15
    87:19 88:8 110:9
    110:20 111:14,20
    122:10 151:4,6
    167:12 182:14
    187:22 188:1,14
    188:22 192:21

234:21 245:9,11
    246:4 250:3
**beforehand** 245:2
**began** 25:22 27:20
    36:7 167:9 168:6
    194:10 214:18
**begin** 28:23
**beginning** 2:10
    171:6 190:8
    236:10
**behalf** 210:13
**behaved** 190:15
**behavior** 102:19
    131:12 134:1,9
    142:19 143:18
    144:10 146:11
    147:17 158:6
    159:22 160:6,12
    161:2 165:18
    203:13,17
**behavioral** 172:14
**being** 9:23 52:16
    99:2 103:16
    109:17 110:1
    126:3,9 132:23
    163:19 169:11
    178:8 180:8,14
    181:5 183:12
    184:22 185:3,13
    186:6 202:3
    212:23 215:20
    216:14,20,22
    217:11 218:22
    220:2,20 221:15
    229:12,20,21
    238:10 240:1
**belief** 213:7
**believe** 15:20 18:18
    19:6 28:5 35:14
    49:1 52:13,19
    55:1 56:2 67:3
    74:11 75:18 87:21
    99:3 125:9 181:21
    187:3 188:15
    197:9 200:22
    208:17 217:8,16
    230:4 232:1,15
    243:15 248:13

**believed** 94:20
    108:14 131:9,10
    161:12 173:6
    177:17 180:3
    197:8,16 208:2
    210:8,11,14,16,18
    210:20 217:19
    218:16 219:5
**believes** 116:13
**belonged** 126:1
**benefit** 154:21
**benefits** 25:17
    71:13 72:4 221:14
**berated** 148:22
**berating** 149:3
**besides** 103:3
**best** 58:15 107:13
    179:19 207:13,17
    207:18 208:3
    216:7 235:6
**better** 16:15 101:11
    110:5 169:13
    170:1
**between** 1:23 16:6
    40:5 43:8 58:13
    59:6,10 65:18,19
    67:19 68:13 70:3
    73:17 78:16 81:7
    109:3 119:7
    124:12 152:14
    158:19 159:10
    171:1 176:12
    177:18 207:19,19
    208:22 216:12
    239:20 245:23
**beyond** 210:15
**bidders** 179:8
**bidding** 179:3
**bids** 179:8
**Birmingham** 2:8
    5:12,21 6:6 7:2,13
    164:18 168:11
    250:23
**birth** 27:23
**bit** 188:16
**bizarre** 157:21,23
**blame** 155:5
**blank** 67:18

**blanks** 175:1,12
**blemish** 182:12
**blockage** 192:18
**Bob** 29:18
**bordered** 147:19
**boss** 36:12 42:17
    43:15 48:15 67:5
    104:1 124:21
    155:19 178:13,16
    227:4
**Bostick** 5:15 7:22
    8:6,19 10:8 12:22
    18:17 25:11 44:9
    47:7 48:13 49:19
    50:2 52:11 54:3
    55:3 69:3 77:19
    84:17 86:4 88:4
    90:14 91:17 92:14
    93:7 96:5,23
    97:10 98:21 100:8
    100:21 101:8
    103:19 104:7,23
    105:6,21 108:7,21
    114:3,14,18
    115:21 124:14
    128:8 131:4
    138:19 142:10
    143:8 144:2,11
    145:5,9,13 167:11
    167:15 174:11
    183:8,16 185:5,16
    203:1 208:19,21
    209:19 215:4,22
    216:16 217:13
    219:1 220:16
    222:19 223:7,15
    224:18 225:12
    226:7,19 227:8,21
    228:6,12,14,19
    229:15 230:1,18
    231:11,21 236:9
    238:6 239:17
    242:17,23 244:3
    245:3,20 247:14
**both** 10:6 11:4
    15:23 16:11 24:14
    50:21 83:18 91:7
    91:13 104:10

119:12,23 160:4
    174:8 183:3
    235:19 240:12,15
    242:3,4,5
**Boulevard** 6:12
    61:9
**boy** 56:2 74:8
**break** 28:7 110:9
    145:15 167:12
    203:2
**Brian** 5:15
**brief** 9:8 28:7,8
    51:6 88:11 110:15
    145:16 167:17
    203:3
**briefly** 95:21 209:4
**bring** 109:7
**brings** 36:18
**broad** 48:2 174:23
**brought** 78:20
    182:8 188:3,10
    240:7
**build** 158:19 159:8
**buildings** 36:2
**bullshit** 119:1,18
    120:14 121:23
    122:4 124:5
    141:13 198:5,18
**business** 61:22
    98:18 99:21 100:5
    100:11,18,19
    101:1,4,18 102:4
    102:8 157:16
    177:10 178:13
    183:2 192:8 193:7
    194:3
**business-like** 201:3
**buy** 61:1
**B-a-c-h** 30:3
**B.K** 74:6,8,13
    118:5 119:9 129:9
    150:7 242:14
    243:15

**C**

**C** 5:1 249:1,1
**cadence** 126:14
**California** 11:12

19:14,21 20:4
21:3,4,5,7 22:4
23:19,21 27:1,10
53:19 54:14 59:6
59:10,18 60:11
71:1,3
**call** 40:16 70:18
149:19 209:11
**called** 30:6 75:18
77:12 79:2 86:11
104:13 130:14
132:23 149:5
169:4 182:10
**calling** 142:11
**calm** 155:8
**came** 7:9 28:12
44:17 47:3 58:3
59:4,5 78:5 88:17
89:7,11,11,15,23
91:14 103:6
110:23 111:14
112:1,3,8 120:2
120:22 153:10
154:2 166:23
167:5,23 168:3
214:5 215:7 221:5
222:15 225:22
228:10 232:8,12
234:2,5 237:13
238:2
**candid** 56:7
**Canyon** 19:13
**capacitized** 180:21
**capacity** 13:7,19
57:6
**car** 128:15 224:14
**care** 127:13 192:14
**career** 12:9 226:12
**carefully** 250:3
**caring** 202:19
**CARROLL** 5:9
**cars** 158:14 224:14
224:15,17
**case** 11:1,3,7 13:12
15:1,23 118:4
**cases** 11:23 230:12
**catch** 180:12
**cause** 7:16 171:15

249:19
**caused** 117:23
**centralized** 31:10
**certain** 31:18 80:14
109:8 116:16
215:18
**certainly** 209:16
217:5
**certify** 7:5 249:6,15
**chairman** 70:13,14
**challenge** 122:21
**challenged** 180:1
**challenging** 124:9
**change** 25:4,7
31:13,23 34:20
40:9 41:3 47:6
57:15,20 190:3
193:1,6 203:17,23
205:20 210:17,19
211:14,15
**changed** 25:14
40:10
**changeover** 46:5
**changes** 35:1 36:5
37:18 205:6,7
250:4,9,16 252:10
**characterization**
216:2
**characterize** 99:21
**charge** 55:9 125:5
186:3 227:6
**Chea** 38:13 39:8,13
43:5,18,18,23
45:14,14 46:3,9
46:16,22 63:21
64:10,12,16 65:22
67:9
**Chea's** 38:14 44:6
**check** 234:6
**chief** 57:7,11,17
78:14
**children** 202:11,21
**chip** 192:19
**Choi** 64:15,16 65:5
65:6,23 66:15
67:10 68:4,5,7
90:9,23 91:1,6
92:11,19 93:17

94:1,6,10,11,16
94:17,20 95:4,7
95:10 104:6
125:16
**choice** 162:19
**Chris** 118:23
**Christopher** 6:9
**Chung** 33:11,20
34:2,5,19 35:14
35:22
**Chung's** 33:12
**circumstances**
115:5 175:3,13
184:3 202:11
211:3
**cited** 124:4
**Civil** 1:9 7:7 251:1
**claims** 145:1
**clarification** 53:2
84:19
**clarify** 125:2
**class** 182:10
**clear** 163:21
179:14 203:10
**clearly** 144:3
**close** 188:23
**closer** 142:23
**coincide** 45:2
**coincidence** 209:8
**colleagues** 66:6
97:18 115:13
116:2 141:17,19
198:3 200:1
**college** 20:1 21:1
21:23
**come** 28:13 58:4
59:21 65:9 70:22
89:12 103:12
113:3 154:5
157:10 160:15
197:11 234:4
**comfortable** 191:7
191:8
**coming** 32:2 44:7
45:3 64:5 66:1,10
111:18 116:15
117:16 126:12
128:15 224:14

**commenced** 184:13
**comment** 121:2
204:22 214:3
227:23
**comments** 87:7
118:21 146:4,9
147:15,18,23
171:14,17 176:15
177:2,4,7,11,15
225:20
**Commissioner** 2:4
3:10 5:5 7:4
249:23
**committed** 181:22
**committee** 150:2
206:14
**common** 99:16,18
**communicate**
80:16 81:3
**communicated**
80:17
**communication**
62:4,15 65:18
144:17 176:11
220:7 239:4 240:4
**communications**
54:5 62:21 68:10
73:17 74:17
142:12 158:17
192:17,18
**community** 177:10
**companies** 108:1,2
222:10
**company** 32:13,16
32:23 39:22 68:14
68:14 70:5,11
74:19 78:18
129:19,22 158:18
161:11 165:8
169:4 177:14
178:21 183:2
191:12 192:14
193:9,11,12
194:18,21 196:16
201:8 204:11
207:4 217:18
232:14
**company's** 191:13

**comparing** 114:15
122:18 124:7
199:2
**comparison** 156:13
175:7 176:10
177:20
**compassion** 147:4
173:15
**compensation**
57:14 207:15
208:5 224:16
**compensations**
25:17
**competency** 122:12
124:9
**complain** 136:18
137:3 140:4
183:11 186:5
**complained** 136:15
140:3 142:18,21
179:21 184:21
186:10 199:19
216:19 217:15
221:3 224:13
225:21 227:13
**complaining** 183:4
185:21 186:1
214:12
**complaint** 15:10
17:14,18 78:13
98:10,12 130:11
130:18 133:3,6
138:17 139:7,14
183:19 185:15
222:12,17,21
225:2 239:8,11
242:9
**complaints** 85:19
86:2 95:23 96:21
97:8,17,20,21,23
130:21 143:17
144:9 186:11
212:13 213:4
233:4 239:5,10
**complete** 80:12
128:23
**completed** 26:11
**completely** 226:15

compliance 2:16
compliant 180:5
compromise
    201:22
concentrate 201:11
concern 16:12
    82:13 88:19
    101:16 181:7
    212:23 213:5
    222:22
concerned 94:23
    105:3,11 127:10
    156:8 158:20
    190:2 202:10
concerning 10:4
    77:12 79:8 146:11
    147:16 228:23
concerns 77:13
    78:1 79:7 80:6
    135:5 146:14,20
    154:6 160:11
    165:9,12,15,21,21
    169:15 170:2
    189:10 239:2
concert 82:1 94:10
    94:13,14
concise 92:3
concluded 163:14
conclusion 117:6
    159:19 206:6
    220:18 222:14
conclusions 238:15
    238:22
concurred 157:20
conduct 81:10,23
    82:5 101:21
    151:21 153:9
    156:9,16 175:7
    190:14 196:5
    197:15,20 201:20
conducted 85:20
    189:13 236:21
confer 123:10
confident 160:17
    233:20
confidential 236:5
confirm 142:1
    184:17

conflict 110:3
confrontation
    107:1 135:10
    154:13 155:16
    192:8 198:8
confrontations
    211:6
confronted 198:23
confused 85:13
    86:6
conjunction 52:17
consider 101:18
    192:4 203:12
    207:12 248:6
consideration
    145:1
considered 105:14
    106:6 107:13
    146:16
considering 162:5
consolidated 179:9
conspiracy 194:11
    204:16 205:2,3
conspired 209:18
    209:22
constant 172:10
constituted 116:8
construction
    178:19
consult 51:20 54:1
consultation 52:5
    146:3 244:8
contact 71:12
contacted 28:16
contemplate
    109:10
contended 201:16
continue 105:13
    158:7,21 160:7
    171:3 210:21
    211:4
continued 6:1
    126:7 127:20
    205:4
continuing 177:22
contract 172:6,6
    181:22
control 126:1

152:22
controversy 109:2
    109:11
conversation
    100:15 123:16
    144:13,20 161:9
    167:22 170:22
    171:13 176:23
    187:5 188:10
    190:8,18,20
    211:13,18 244:12
    244:13
conversations
    54:21 103:1,3
    143:6 181:10
    208:22 212:15
    239:19 240:8
    243:2 245:4,22
conveyed 121:13
    121:16 123:3
conveys 115:1
COOPER 2:6 6:3
    7:10
cooperation 191:4
coordinator 38:17
    46:10 67:13 72:13
    73:9,11,12,13,15
    74:23,23 110:22
    111:3,10 241:10
    241:15,20
coordinators
    120:21,22 150:10
coordinator's
    111:6
copies 49:20 87:10
    244:4
copy 50:4
corner 50:12
Corp 25:2
corporate 24:3,8
    24:11 25:1 35:6,8
    35:19 161:2
    208:12,15
corporation 23:16
    33:14 38:20 39:3
    42:6 47:11 49:4,7
    70:10 116:5
    117:10 170:3

193:8 210:14
    221:22 240:18
corporations 13:8
correct 13:9,10,20
    13:23 23:9 24:18
    25:23 26:3,4,13
    31:17 39:19 42:18
    42:23 43:3,6
    44:18 48:22 59:19
    66:21 91:5,10,15
    91:16 94:4,8
    97:12 98:20
    106:13 116:23
    138:7 146:7,8
    197:17 228:18
    249:12 252:7
correction 203:12
corrections 251:8
corrective 205:22
correctness 112:20
    115:19
Cosmai 38:2,5,6,11
    39:5,18 44:23
    45:2,7,9,15,20
    64:23
counsel 2:1,23 3:2
    7:8 9:23 18:16
    52:5 54:5,8,19
    55:10,14 56:4,9
    144:14 146:3
    208:12,15 243:2
    243:19 244:18,21
    245:1,8 246:20
    247:5,7,13 249:16
Counselor 55:5
    192:23 201:22
    220:7
counsels 15:5
count 36:19
counted 210:12
counterpart 91:4
counterpoint 104:6
County 22:3 249:4
couple 8:22 188:6,7
course 10:10 21:15
    143:21 213:17
Court 1:1 2:18 7:2
    7:20 11:11 53:3

250:22
cover 149:10
    201:14
covered 247:5
co-employees
    102:1 183:21
co-workers 118:23
    134:13 197:21
Criminology 20:10
    20:12
critical 70:4 96:10
    108:13
criticism 178:11
criticisms 172:12
criticize 100:6
    102:1
cultural 68:12
    101:2
culture 68:16 70:10
    132:15
cultures 69:16
current 42:16
    204:2
currently 169:3
curt 192:11
customs 69:7,11
Cyrus 1:5 10:5
    15:18,22 16:4
    19:2 52:23 63:8
    71:11,17,22 77:14
    78:3 79:9,20 80:8
    81:8,21 85:20
    86:8,12 87:9,19
    88:16 89:3,19
    90:4 91:3,7,11
    92:3,5 93:22,23
    95:17,21 96:8
    102:20 103:4,6
    108:3,19 109:16
    112:1,3,8,16
    113:17 116:7
    118:20 124:12
    125:23 126:17,20
    127:6,15,19,23
    128:18,22 131:22
    133:4 134:1,8,14
    134:23 135:10,17
    136:20 137:8,9

138:3,9 140:3,16
141:3,12 142:2,18
143:16,17,23
144:10 145:3
146:11,15,21
147:1,16,19
148:13,21 149:2
151:11 152:6,9,16
153:10 154:9
155:2 156:8,16
158:6 159:22
160:10 161:2,5,17
162:2,4,6,11,14
163:5,19 164:2,6
164:9,17 166:23
168:5,10,18
171:10,14,18
172:4 173:7 175:1
175:12,23 179:20
181:21 188:19,21
189:9 191:19,21
195:21 196:3
199:12 201:16
203:16 206:3
208:7 209:2,3,14
210:4,7,11 211:23
212:13 213:5,10
213:12,15 214:22
215:10,11,14,18
216:9,18 217:6,9
217:15 218:16,21
220:1 222:12
225:15 226:15
227:2 228:22
229:7,10 232:5,9
232:19 233:4
234:3,5 235:9,16
237:12 238:1
239:10 240:13
241:9 242:9
243:22 244:13
247:23
**Cyrus's** 131:12
**C-h-e-a** 38:13
**C-o-s-m-a-i** 38:8

---

**D**

**D** 4:1 33:23 69:21

**daily** 224:1
**damage** 126:9
**Dan** 69:21
**Daniel** 2:3 5:4 7:1
    249:22 250:21
**Darren** 72:15,16
    241:10
**dasicon** 207:23
**date** 7:5 27:23 58:5
    77:8 137:6 164:14
    250:12 251:3
    252:16 253:23
**dates** 165:2
**Dave** 134:18 136:7
**day** 2:9 7:14 58:10
    88:17 89:10,12,16
    91:9 98:7,11
    212:16
**days** 42:12,20
    59:17 223:22
    251:3
**day/time** 224:2
**DEAKINS** 5:16
**deal** 127:16 154:19
    178:2 221:9
**dealing** 13:5 100:3
    127:4
**dealt** 192:12
    230:23
**decide** 163:8
**decided** 210:7
**decipher** 216:8
**decision** 62:8,12
    64:4 71:16 72:11
    146:6 161:20
    205:3 206:5,9,16
    206:23 207:18
    211:11 240:21
    241:1,5
**declaration** 4:15
    49:21,23 51:16
    52:1,8,21 76:19
    88:15 89:14
    242:13
**defect** 117:7,8
**defective** 127:2
**defects** 116:15
**defend** 127:20

191:12,13
**Defendant** 1:16
    5:14 6:1
**defended** 127:20
**defense** 196:14
**defiant** 81:22
**deficiencies** 149:11
    149:11 197:18
**degree** 20:6,19
    21:16 25:22 26:2
    26:11 170:10,11
**degrees** 20:16 21:9
**delivery** 177:6
**demanding** 173:14
    178:2
**demeanor** 131:11
    156:9 194:2
**Demonstrative**
    99:10
**denied** 196:1
**deny** 232:22
**departed** 188:13,18
**department** 22:3
    23:6,8 25:21 26:7
    30:9 35:9 53:18
    56:17 73:16 75:1
    79:8,12 80:7 81:9
    112:18 115:8
    124:13,18 134:5,7
    134:10 135:18,21
    136:6 140:23
    141:1 149:12
    173:10 199:18
    226:10 229:5
    232:8,17 233:5
    235:23 236:20
    237:3,20 238:5
    239:21 240:2,10
    241:21 246:10,11
**departments** 180:9
**dependent** 60:15
**Depending** 61:21
**depends** 48:1 98:9
**DEPONENT**
    248:16
**deposition** 1:18 2:2
    2:13,15 3:6,10
    4:10,13 8:1 9:10

9:19,21,22 10:14
    11:14 12:20 13:12
    14:2,16 15:11,13
    15:17,18,22 16:3
    16:9,23 17:5,9,15
    17:19 28:10 49:15
    51:8,22 88:13
    110:17 145:18
    167:19 203:5
    236:10 246:5
    248:14 249:7,13
    250:2,7,13,18
    251:4,5,9 252:5
**depositions** 2:19
    10:7 11:22 13:3
    14:21 15:19 16:7
**deputy** 57:6,11,16
    168:21 222:1
**describe** 80:19 92:6
    156:11
**described** 47:5
    76:18 90:5 92:18
    92:21 114:1 156:6
    184:3 189:18,20
    215:18 227:2
**describing** 219:16
**description** 18:1
    40:8 84:22 85:5
    92:2,4 108:12
    115:4
**descriptions**
    128:23
**descriptive** 87:1,5
    101:12 214:12
**designed** 180:20
**desires** 205:9
**dessert** 189:3,7
**destroyed** 210:10
**destruction** 204:15
**detail** 79:10 80:5
**details** 167:13
**deteriorated**
    199:23
**deterioration**
    131:11 134:3
    193:21
**determination**
    158:9

**determine** 117:19
    143:22 160:13
    163:5
**determined** 120:23
    158:6 159:21
    160:2,3
**determining** 102:6
**developing** 62:6
    177:8
**dictate** 55:21
**dictated** 56:8,14
**differences** 68:13
**different** 24:12
    29:3 64:18 90:17
    114:2 115:3,18
    139:4 192:21
    214:13,14 221:7
    237:16
**differently** 183:13
    215:20 223:3
**difficult** 239:2
**difficulty** 62:21
    119:13,15,19
    130:15 154:20
    177:22
**dinner** 164:13
    166:4 187:7,20
    188:22 189:1
    213:20 214:2,15
    244:14
**direct** 30:16 41:3,7
    41:12 101:15
    242:1,5
**directed** 83:15
    119:17 131:23
    152:13 178:22
    180:8 215:8 239:5
**directing** 135:23
**direction** 104:9
    171:13 173:22
    176:8 180:6
    232:16
**directly** 31:20,21
    45:6 47:17 101:20
    113:8 115:14
    117:14 126:17
    127:23 128:6,11
    134:23 153:7

168:3
**director** 29:1,10
  63:3 122:18 123:2
  150:16 184:8
  186:23 211:1
  231:4 232:3
**directors** 148:20
  184:11,11 214:20
  214:23 233:1
**directors-type**
  215:12
**disagreeable** 202:4
**disappointed** 82:5
**discharge** 11:9,23
  163:22 240:20
**discharged** 22:16
  163:6,8,9,20
  169:8 170:7,14
  175:8 240:19
**discharges** 13:6
**discharging** 164:5
**disciplinary** 106:19
  106:20 108:18,20
  226:10
**disclose** 239:21
**disclosed** 234:10
**discriminated**
  213:1
**discrimination**
  212:14 213:4
  217:5 222:5
**discuss** 78:1 86:11
  130:23 131:6,7
  151:17,18 155:11
  155:13 156:11,16
  164:4 165:4,9
  196:2 199:16
  200:10 208:22
  214:21 233:16
  242:21 243:1
  245:4
**discussed** 132:8,12
  132:18 141:8
  144:19 154:8
  156:2 157:18
  168:12 176:2,6
  189:4 228:7 233:7
  233:15,23 243:4

**discussing** 111:23
**discussion** 110:14
  127:6 145:21
  174:15 176:17
  181:14 184:20
  243:7,12 247:19
**discussions** 51:19
  66:4 67:22 68:3
  152:9 181:10,12
  196:9 233:9,10
  245:13
**disenchanted** 137:1
**Disneyland** 27:5
**dispute** 235:13
**disrespectful**
  159:12
**disrupted** 126:13
**disruptive** 82:2
**distancing** 177:13
**distinction** 118:15
**distinguish** 16:5
**distributor** 127:7
**DISTRICT** 1:1,2
**DIVISION** 1:3
**document** 17:8
  18:14,23 50:6,17
  50:23 51:21 52:16
  54:2 56:19 242:16
**documents** 14:18
  15:8 17:10,20,22
  18:2,9 50:22
  51:10,12,15 243:6
**doing** 29:7 154:21
  165:7 168:10
  179:19 192:15
  198:10,11 199:11
**domestic** 164:22
**dominated** 126:2
**done** 14:15 40:21
  94:6 126:20
  175:10 178:21
  179:1 191:6 194:7
  247:8
**donna** 213:8,13
**down** 41:5 113:15
  113:16 115:20
  150:9 151:16
  155:8,20 168:4

170:10 197:11,13
  200:20 219:18
  249:8
**down-time** 112:21
**draft** 109:5,6
**drafted** 56:15
**drafting** 56:16
**dramatic** 96:9
**drew** 67:18
**drive** 5:10 197:12
**drugs** 14:10
**dual** 43:13 46:20
  48:17
**Duckworth** 1:18
  2:2 4:16 7:15 8:9
  8:20 9:17 10:13
  28:12 50:6 88:16
  110:19 146:2
  176:18 203:7
  252:2 253:21
**due** 76:10 170:4
**duly** 8:10
**during** 60:6,9
  79:13 85:7 111:6
  112:15 132:2
  140:6 148:19
  164:10 188:9
  195:23 212:15,17
  213:17,22
**duty** 192:13
**dysfunctional**
  152:4
**D-u-c-k-w-o-r-t-h**
  9:18
**D.J** 68:5 69:19,20
  70:12
**D.K** 74:7
**D.O** 33:23

---

### E

**E** 4:1,7 5:1,1 249:1
  249:1
**each** 168:6
**earlier** 129:7 236:8
**early** 58:9,9 62:13
  66:18 91:9
**easier** 237:9
**easily** 137:1

**easy** 166:14
**eating** 166:10
**Eddie** 74:9,21
  118:17 119:9
**edit** 53:11
**edited** 56:1,21
**editorial** 204:10
**education** 21:12
  170:8
**educational** 19:19
**effect** 2:16
**effective** 211:1
**eight** 32:1 60:8,10
  171:5
**either** 97:18 204:4
  204:7 208:1 225:8
**eleven** 41:13 210:4
  212:12
**embarrass** 126:21
  141:20 148:22
**embarrassed** 81:22
  126:18
**embarrassing**
  155:21,22 196:20
  201:1
**embarrassment**
  192:10 196:7
  198:21
**emotional** 193:14
**emotionally** 212:3
**employed** 12:14
  22:1 32:12 129:18
  226:5
**employee** 13:7,21
  29:1,11 32:13
  68:21 96:12
  100:19 106:19,21
  169:3 178:12
  192:13 201:17
  225:7 231:8,9,18
**employees** 65:19
  68:18,19 100:6
  101:5 134:7
  173:15,17 199:18
  223:2,5 227:6
  230:14 237:1
**employer** 13:21
**employer/emplo...**

210:9
**employment** 12:21
  13:13 21:19 22:23
  27:13,15,16 32:22
  71:15,23 144:1
  165:9,12,15,20
  204:15 205:4
  207:7 241:17,23
**end** 62:13 66:17
  179:10 188:11
  211:13 234:19
  235:3 250:13
**ended** 226:13
**engaged** 174:18
**engaging** 134:8
**engineering** 221:20
**English** 76:5,8,11
  76:12,16,20,21
  81:4,14 83:2
  120:11,16,18
  154:18,23 159:2,3
  159:6 186:16
  219:11
**enjoyed** 169:12
  194:22
**enough** 61:19
  149:8
**ensure** 70:1 117:15
  247:3
**entire** 150:1,11
**entitled** 145:3
**environment** 68:17
**equal** 178:14 230:6
**equally** 176:16
  218:4,9
**equivalent** 122:4
**errata** 250:5,11,12
  250:16,20 252:11
**erratic** 146:16,21
**escalate** 105:13,14
**escalated** 103:9
**escalating** 104:22
  112:6
**escapes** 54:20
**especially** 99:5
**established** 117:19
**establishments**
  166:10

estimate 12:4,5
  30:10,13 58:16
etiquette 101:18
evaluate 117:14
evaluated 158:15
evaluations 170:20
  221:20
even 123:1 157:17
  198:12 203:12,21
  236:18
events 112:5
ever 10:14 12:19
  13:11 32:21 48:11
  61:5,10 83:22
  86:17 105:16
  106:7 112:9 120:3
  123:10 152:8
  208:6
every 60:12,13,17
  60:21 61:22 76:14
  76:16 91:21 106:4
  106:18 128:15
  217:23
everybody 66:6
  96:14 150:15,16
  193:23
everyone 153:12
everything 218:18
evidence 3:6
  202:18
evolved 24:19
exacting 170:12
exactly 73:11 91:21
  128:3,3 207:22
examination 4:2
  7:17 9:12 164:19
examined 8:11
example 171:23
except 3:1 156:5
  252:9
exception 102:12
  117:5 157:9 216:1
excluded 221:16,17
  221:18
exclusively 17:5
excuse 13:16 17:8
  29:8,14 152:14
  184:11 196:13

excuses 201:7,13
executive 28:17
  38:16 46:10 47:19
  48:2,3 67:2 69:6
  74:14,18,22
  113:18 122:17
  130:1 131:20
  132:1 135:9
  148:20,23 150:1
  150:11 158:23
  159:17 174:18
  175:10 195:9
  197:4 200:13
  206:14 221:23
  228:2,23
executives 49:2
  131:20 176:10
  178:1 195:8
exemplary 201:17
exempt 24:14
exhibit 4:9,11,14
  8:14,16 9:3,5
  49:10,14 50:20
  51:1,2,10,11
  242:10,12
exhibited 102:20
exhibits 50:20
exist 246:7
existed 69:1
expanded 40:20
expect 190:17
  218:5 222:3
expeditious 179:22
expeditiously 183:6
expense 223:2,5
expenses 57:22
  179:23 182:21,22
  182:23
experience 70:9
  100:17 101:3,22
  198:13,13 218:8
  222:10
experienced 87:8
  100:2
experiences 52:23
  199:13
expert 122:7
expertise 70:6

217:22
explain 45:10
  128:10,21 154:23
  161:10
explained 92:10
  126:4 181:8
  217:21
explaining 71:14
explanation 103:22
  106:22 107:2
  154:18 212:9
  253:1
explanations 109:6
  212:5
exposure 25:18
express 130:15
  169:15 212:22
  214:7,8
expressed 88:18
  135:5 146:13
  169:18 170:2
  214:9
expressing 154:20
expression 121:12
expressions 69:14
extensively 71:19
extra 49:20
extremely 81:9
eye 95:2,3
E5 22:18

_____
         F
_____
F 249:1
face 186:20 231:19
face-to-face 70:19
  70:21
facilitate 51:21
  182:2
facilities 35:7
  214:21
fact 96:1 123:16
  132:12 142:3
  199:17 202:2
  213:9,15 246:6
facts 10:4
fail 251:6
fair 170:20
fairly 185:9

fairness 221:13,14
faith 193:9,11
falsification 170:8
  175:8
falsified 170:13
familiar 10:3 16:7
  69:7 166:8,9
family 61:10
far 48:10 154:3
Farm 27:9
favorable 224:17
favorably 185:3
  217:12 220:3
  223:4 229:13,22
favoritism 172:4
February 2:9 7:14
federal 5:18 15:23
feel 98:3 173:9
  191:7,8 209:5
feelings 238:15,21
fellow 66:19 100:19
  101:5 148:23
felt 90:21 172:18
  186:1 193:4 207:8
  209:16,17 212:10
  212:23 219:5
  220:8
female 134:19
  136:8 138:6,17
  139:17,21 178:12
  231:9
fetal 230:16
few 59:16 168:13
  170:9
fifteen 12:6 19:17
  95:18
fight 184:13
figures 177:12
filing 3:9
filled 175:1,12,12
Fin 37:9
final 179:10,11
finance 29:15 46:2
  135:20 180:2
  184:9 187:1 231:4
  232:3
financial 182:17
Finbarr 37:9

find 66:8,13 78:23
  123:11 130:5
finish 82:17 155:14
  188:12
fired 90:13 91:13
  240:12,16
firing 225:6
firmly 161:12
first 8:10 21:22
  30:4,6 33:21 38:8
  41:20,22 58:10,10
  58:11 59:4 60:8,9
  60:19,22,23 61:16
  62:11 66:13 67:21
  81:4 87:13 114:11
  160:19 164:14
  166:22 174:22
  192:20 194:19,20
  215:7 226:21
  228:9 234:20,23
  234:23 235:2,3,5
  238:2
five 30:18 50:14
  110:7,10 111:21
  112:7,14 114:7,8
  219:19
flew 59:15
flow 172:11 187:16
focus 56:12 175:22
  202:12
focused 69:9
follow 107:12
  120:3 130:2
followed 217:19
  236:14,18 239:13
following 7:17
  107:19 128:5
  175:5 238:19
follows 8:11 107:6
follow-up 152:5
force 2:15
foregoing 7:8 249:7
  249:11 252:5
form 3:1 12:23
  25:12 44:10 47:8
  48:14 52:12 69:4
  77:20 88:5 90:15
  91:18 92:15 93:8

96:6 97:1,11
98:22 100:9,22
101:9 103:20
104:8 105:1,7,22
108:8,22 114:4
115:22 124:15
128:9 131:5
138:20 183:9,17
185:6,17 203:12
209:20 215:5,23
216:17 217:14
219:2 220:17
222:20 223:8,16
224:19 225:13
226:8,20 227:9,22
229:16 230:2,19
231:12,22 238:7
**former** 169:2
**formerly** 232:4
**forth** 9:20 47:14
59:2,6,10,15 60:3
60:17,20 97:19
**forty** 211:20,21,21
212:1
**Forty-five** 77:7
**forty-three** 28:2
**Forty-two** 28:5
**forum** 142:5
237:16
**foster** 68:20 192:16
**found** 158:22
**four** 30:18 36:6
37:17 50:13 88:9
88:15 95:20
102:16 111:14
113:16 158:3
168:13,15 223:20
**Fourteen** 19:17
**frame** 36:3 40:14
41:8 137:7 162:20
**framework** 51:19
**frankly** 16:1 17:22
18:4 66:3
**frequently** 60:10
**Fridays** 140:13
**from** 9:22 14:12
17:7,9,18 18:5
19:9 21:23 24:12

25:3,19 27:4 29:3
31:9 36:6 47:9
59:13 66:19 78:14
78:17 82:21 89:18
93:4 97:6,8
109:20 112:17
113:16,21 115:7
115:18 120:10
122:13 125:8,9
134:6,12,13 143:2
144:7 146:5
153:14 157:13
161:2 162:18
164:21 177:14
194:3 197:12,13
198:12 199:13
212:5 216:15
218:2 219:3
221:16,17 233:8
234:2 235:19
237:18 238:3,11
240:9,10 246:15
247:7 248:3,10
251:3
**front** 101:5 102:1
112:18 115:8
128:20 230:16
231:8
**frustration** 178:10
204:2,5
**frustrations** 169:21
**full** 2:16 163:15
**Fullerton** 21:5,7
**fully** 14:7 245:21
**functional** 222:7
**functions** 24:9,21
24:22 40:19
**further** 2:11,20 3:8
113:15 152:9
155:16 248:16
249:15
**F-i-n-b-a-r-r** 37:10

**G**

**GALE** 2:6 6:3 7:10
**gamut** 172:19
**garbage** 149:9
**Garden** 26:23 27:1

**gas** 182:20,22
**gather** 25:19 58:18
59:13
**gathered** 34:21,23
**gave** 144:6 179:4,5
246:11,20 247:21
**general** 18:16
144:14 243:12
**generate** 18:12
**generated** 18:9,15
19:5
**gentleman** 33:10
34:8 37:8 38:12
167:5 226:11
232:12
**gentleman's** 29:17
39:14
**gentlemen** 55:6
**getting** 167:13
181:15 183:5
191:15 194:7
223:12
**give** 30:12 48:23
52:21 67:17 96:3
98:5 100:12 104:1
137:5,7 139:22,23
140:10 143:10
154:17 162:21
184:19 197:13
245:2,18
**given** 10:14 11:15
11:17,22 12:13,19
13:4,11 14:1
15:22 17:21 52:20
58:15 87:10
178:14 181:5
217:16 221:1
249:13 252:8
**gives** 107:1 109:8
**giving** 34:4 144:8
163:12
**glad** 246:21
**Glovis** 117:10,20
117:21 126:9
127:8,11
**go** 9:2 18:3 19:20
20:1,3 22:9 23:13
27:11 28:14 36:21

37:2 59:9,22 60:5
60:20 61:13 71:6
71:7 79:10 80:5
82:15 83:9 88:8
107:4 112:9
122:10 139:2
150:5 171:16
172:7 174:11
176:22 180:22
186:14 202:23
204:4,7,8,10,11
219:10 227:4
247:15
**goal** 190:16
**goes** 49:6 242:13
**going** 9:19 10:6
26:7 51:4 59:1,5
60:16 64:5 67:23
71:7,18 91:8,13
109:19 127:12
142:15 143:21
144:17,22 150:9
157:4 158:21
164:18 166:7
173:18 181:10
187:9 193:2,5
202:21 203:18,22
207:13 208:4
210:17,19,21
211:3 239:17
244:6
**gone** 41:4,5 93:19
94:21 137:10
138:9
**good** 8:3 96:15
153:12,14 154:4
159:8,9,10 197:4
210:12 218:15
**grade** 224:23
**graduate** 19:22
20:13
**graduated** 21:23
**Graham** 54:10
**gravitated** 31:14
216:21
**great** 154:19
**greeted** 167:6,7
168:5 169:1

**Greg** 242:15
**grounds** 3:4
**group** 174:18 239:6
**Grove** 27:1
**gruffness** 192:11
**guidance** 247:7

**H**

**H** 4:7 44:20
**habits** 69:8,11
**half** 58:12,19,20
60:13 187:13
**hand** 69:12 149:6
**handle** 132:15
158:1 161:14,23
163:23 200:21
**handled** 82:18
152:14
**Hansford** 166:19
167:23 168:1,2,9
169:1 171:12,15
171:20 172:2
174:7 175:6 182:7
187:13 188:13,18
189:1 208:8 209:6
211:19 235:19
**happened** 82:10
92:6 166:21 168:8
168:17,22
**happens** 100:23
222:7,8,9
**happy** 18:2 184:16
205:8 216:3
**harassment** 212:14
**hard** 168:14 170:19
173:13 178:2
**Harper** 227:4
**Harry** 150:7
152:18 195:12
**having** 8:10 26:2
143:6 164:22
181:4 184:9 202:5
202:7,14 228:23
**head** 125:3 135:20
163:10
**health** 167:3,4
**hear** 155:9
**heard** 98:12 108:10

235:18
**hearing** 155:4
249:14
**held** 110:14 145:21
174:15 188:5
216:20 217:1
247:19
**hello** 168:5
**help** 62:3 65:16,20
68:16 207:6
**helping** 68:18
**her** 178:10,13,16
225:7 227:4,6,7
**heretofore** 47:5
**hey** 109:11
**hi** 167:7
**hierarchy** 178:1
**high** 19:20 204:3,6
**highest** 41:6 117:17
**highly** 149:15
**him** 8:23 30:6
33:18 38:3 45:17
71:13,14 72:4
76:13 79:18,20
86:21 90:10 91:7
93:19 94:2,12,16
94:22 95:13,21
96:1,3,13,19,21
97:7,8 98:16
104:12 105:5
108:4,5,9 109:20
109:23 120:5
123:20 126:4
128:20,23 130:19
133:18 136:9,10
141:11 142:1,6,7
143:2,11 144:18
144:22 147:7
149:5,5,6,7
151:14,15,20,22
152:1 153:7,16,18
154:3,17 155:8
157:11 161:6,8,10
161:10 163:16
164:12,12,15,20
165:3,4,7,11,14
165:16 166:2,13
166:17 168:18

170:14 187:3,18
189:17,23 190:1,9
190:18,21,23
191:1,7,9 192:1,6
192:22 194:5,12
194:18 195:2,4,7
196:19,22 197:19
197:23 198:4,16
198:20,22 199:1
199:17,19,21
200:10,15,17,18
202:3 203:18,19
203:21 204:17,21
204:23 205:1,8,9
206:5,8,9,10,12
206:17,19,22,23
207:5,6 209:8,11
210:23 211:12,18
217:21 219:8
221:19 223:18,23
225:11 232:23
235:16,19 236:4,4
240:15,16,17,19
243:23 245:5,6,13
245:16,18,18
248:2,4
**himself** 81:23
85:20 189:13
207:20 230:9
**hire** 71:16
**hired** 191:3 194:21
218:20 240:12,15
241:9
**hiring** 16:12 17:6
71:11 72:10
240:23 241:3,4
**history** 21:20
**hitting** 183:20
**HMA** 45:2 46:18
48:15,16,18 49:7
54:8,13 56:4
72:18 73:6,7
100:3 111:11
182:2 222:1
**HMC** 65:6 130:1
226:14
**HMMA** 14:3 18:16
43:9 44:17 46:19

48:18 49:8 52:10
57:18 71:11 74:20
78:17 106:15
111:15 113:20
117:4 169:7
170:17 214:19
229:20
**HMMA's** 10:1
174:18 208:14
**holding** 220:22
**home** 61:1,5,13
90:20 91:8 95:1
107:4 164:12
226:12
**Honda** 222:9
**honestly** 161:8
**hope** 179:13
**hoped** 147:5
**hour** 157:14 170:2
187:6
**hourly** 24:13,14
**hours** 178:3
**HR** 46:2 47:17 62:6
62:15 63:3 65:17
73:16 74:15
129:14,17 180:4,5
241:21
**human** 12:9 24:17
24:20 29:4 31:9
31:11 40:16
**hundred** 157:13
**Hyoun** 104:2 136:3
146:10,13,19
150:7 152:18
155:19 195:12
**Hyundai** 1:12 6:10
6:12 11:6 12:15
13:8 26:16 27:13
27:16 28:3,13,15
28:19 29:7 32:2
32:12,16,22 33:3
33:13 34:6 36:7
38:19 39:2,21
42:5 43:16 44:16
57:5,10 68:20
70:1,7,15 96:15
96:22 100:17
101:4,23 107:11

122:20 124:8
129:19,22 168:20
169:3,15 193:13
199:2 200:7
207:20 226:5
**H.I** 78:14 90:7
104:13 106:9,14
112:10 125:11,13
125:16 126:19,23
130:11 150:9
152:23 195:11
196:8,20 213:6

──────────
**I**
──────────
**idea** 8:3 115:2
**identifiable** 239:6
**identification** 8:18
9:7 49:12
**identified** 18:21
132:13 142:16
175:14 229:7
**identify** 54:6
144:22 244:7
**illness** 14:13
**imagine** 96:8
108:11
**immediate** 67:4
**immediately** 42:21
43:4 44:10,13
138:14 154:2
181:2 197:12
**impact** 248:2
**impacted** 180:15
**impaired** 191:10
191:11
**impairing** 187:16
**impediment** 128:19
**important** 69:23
117:13 142:1
193:15
**improperly** 180:20
**improve** 62:3 65:17
68:10,16,20
127:17 158:17
190:10,13,14
205:10
**improved** 160:15
**improvement**

203:14
**inadequate** 180:4
**inappropriate**
102:19 118:21
142:21 155:12,23
156:23
**incident** 106:4
131:1 132:7,17,17
148:20 156:20
225:19 231:7,16
**incidents** 230:22
**include** 100:13
**included** 100:14
186:6 217:7
218:18 220:4,12
220:20
**including** 14:19
118:22
**incompetent**
201:13
**incorrect** 224:22
**increase** 40:22
57:21
**increased** 57:23
**independent**
239:23
**indicate** 205:5
**indicating** 50:23
51:21 114:15
**indirectly** 135:21
135:22 153:2
**individual** 54:23
64:18 106:23
107:3 109:9
111:17 166:18
175:2,15 225:5
226:3 229:7
232:10,19 234:1
235:8 239:6
240:19
**individuals** 30:20
35:22 37:1 62:20
82:22 87:6 93:4
109:5 119:7
123:17,21 129:6
130:3 131:17
134:16 135:7,8
137:17 138:5

150:13,18 175:19
177:19 217:23
234:12
**inefficiencies** 176:7
**inferior** 179:4,5,6
**inferiorly** 178:21
**influence** 146:6
**inform** 65:10
108:19
**information** 19:9
52:20 56:18 63:16
78:19 144:23
220:14 239:22
240:9 243:8
**informed** 62:12
64:4,7 65:1 72:11
73:4 77:15 78:4
241:8
**initial** 71:11 72:10
**initialed** 50:12
**initially** 36:7 43:23
44:1 63:14 215:6
**initials** 33:22 50:14
**injured** 141:3
**input** 53:10 83:8
**inquiry** 240:8
**instance** 171:22
**instead** 227:6
**instruct** 142:13
144:18
**instructed** 95:10
**instructions** 98:6
250:1
**insubordinate**
147:20 158:22
159:17 161:3
**insult** 198:2
**intense** 212:2,3
**interact** 69:15
**interaction** 154:9
**interest** 208:3
**interested** 249:18
**interests** 232:13
**interference** 196:7
**internal** 149:18
**interpreter** 113:9
113:10 116:20,22
**interrelations**

131:13
**interview** 71:21
234:5
**interviewed** 234:2
**introduced** 167:9
168:18 232:18,23
**investigated** 226:9
229:4 237:2 238:4
238:9,10,12
**investigations**
236:21 247:12
**investment** 69:23
161:5
**involved** 24:19
47:20,21,23 71:10
71:16 72:9 106:23
109:5 205:2 218:4
220:10 222:2
241:2
**involvement** 25:16
127:12
**involving** 156:20
**irregularities** 172:9
172:13
**issue** 14:6 106:19
106:21 114:20
116:2 117:12,23
126:7 169:18
174:17 178:7
189:20 193:15
194:6,7 214:14
226:16 228:9
230:3
**issued** 9:21
**issues** 47:22 48:1
129:2,17 151:17
151:19 173:8
188:20,21 189:5
191:20,22,23
192:3,5,6 193:18
193:18 201:14
214:22 215:19
221:8,8,9 236:14
236:16 247:5,8
248:5,5
**Ivey** 16:21

——————
**J**

**J** 5:8 41:23
**James** 66:15 68:4,7
**January** 54:1
**Japanese** 107:7,10
107:16,17,21
**Jason** 111:1 135:14
135:16 147:16
150:7 195:12
**JEFFERSON**
249:4
**Jeffrey** 6:2
**jeopardized** 90:21
**jeopardy** 88:20
203:20
**Jin** 74:9,21 75:3,7
76:22 77:2 81:16
83:16 113:12,13
113:14 118:17
119:9 123:9
**job** 23:4 24:6,17
25:4 31:13 34:19
40:8,10 47:6
67:23 72:5 88:20
158:13 169:21
179:6 186:8
192:16 194:7
203:19 204:3
**jobs** 220:15
**John** 122:17 124:7
150:8
**joined** 166:18
**judgment** 52:10,18
82:6 102:19
126:18,22 128:1,6
128:11 146:14,21
191:9 196:23
213:11,16
**judgments** 210:13
**Juhn** 36:13,15 37:7
40:6
**July** 62:13 66:17,18
**jumped** 149:4
155:2 157:12
**just** 8:20 11:19
15:17 16:8 25:8
25:17 27:2 31:14
33:22 35:20 36:9
36:10,21 40:15,22

41:22 47:11 48:1
54:20 56:10 65:13
67:18 84:18 87:18
88:6 90:1 92:11
92:18 97:11 98:17
99:16 101:1
110:23 114:1
118:13 134:21
140:20 143:3,15
145:13 157:8,11
157:12,13,21
165:14 167:1
172:10 190:14,19
195:18 207:14
208:14 209:9,10
212:8 218:5
219:21 224:3,6,10
224:12 230:9
231:14 235:7
236:4 243:3
245:15 246:6
247:15
**J-u-h-n** 36:14
**J.S** 38:13 45:13
74:1 76:7

——————
**K**

**K** 6:9
**Kahn** 72:15,17,18
72:20 73:5 241:11
241:19,20
**Kalson** 122:17
123:1,11,22 124:7
124:20 125:3,6,10
125:12 130:4
150:9 173:1,11,12
174:1,10 195:14
198:8,15,23
199:10,15 215:14
227:18
**Kalson's** 122:22
**keep** 180:14 245:18
246:8
**Keith** 1:18 2:2 4:15
7:15 8:9 9:16
252:2 253:21
**Kellie** 231:9
**Kenny** 148:23

156:20 200:12
**Kentucky** 197:12
197:13 202:23
**kept** 76:2 164:20
**key** 173:8
**kickbacks** 177:18
**kicked** 184:4
230:14 231:1
**kicking** 231:8
**Kim** 41:19 42:4,11
42:20 68:5,5
69:17,19 70:12
74:6,8,13,14
75:10 76:4 77:3
78:14 81:16,22
83:17 90:6,7,10
92:23 93:11,14,19
95:6,8,12 104:4
104:13 105:4,12
106:9,14 112:10
113:11 118:5,9,14
119:9 125:11,13
125:16 126:10,19
126:23 127:1,10
128:1,7,13,14
129:9,10 130:4,10
130:11,18,21
133:3,7,17 150:7
150:9 152:23
153:1 195:11
196:8,21 197:8
213:6,7,9,13,14
242:14 243:15
**Kimble** 63:2
170:11 172:23
195:16 215:13
242:15
**Kim's** 41:20 42:1
197:15 214:4
**kin** 249:16
**kind** 14:13 204:9
**knee** 184:5 231:2
**knew** 90:23 105:17
108:15 110:4
133:6 154:4
160:23 161:1
163:10 173:21
192:3 198:11

199:12
**Knottsberry** 27:9
**know** 11:16 27:3
  30:5 32:15 41:9
  53:21 55:6 56:11
  62:10 66:6 72:22
  73:1,8 76:3 77:8
  79:21 82:13 84:7
  91:20 102:12
  103:10,13 106:12
  106:13 114:23
  118:9 121:6
  130:20 132:14
  143:18 144:5
  149:9 157:23
  158:1,13 170:1
  176:19,22 179:18
  185:7 198:9
  199:11 209:4,5
  219:14 236:13
  241:7 243:3
**knowing** 70:9
**knowledge** 122:23
  154:1 239:23
**knowledgeable**
  198:14
**known** 191:15
  226:4
**knows** 10:3 96:14
  96:14 157:3
**Koh** 39:14,20 40:7
  41:15 42:22 43:2
  43:19 46:23
**Korea** 32:17 48:12
  48:22 65:7 66:20
  70:16 71:2 72:23
  101:4 104:13
  226:4 233:8 234:2
  237:19 238:4
**Korean** 32:9 37:12
  63:22 64:1 68:13
  69:6 77:2 91:3
  95:11 100:5,18
  104:5 120:10,15
  121:11 122:2,3,8
  132:1 150:10
  157:17 169:17
  172:3 176:13

178:1,8 180:6
  181:12 184:4
  186:19 195:8,9
  216:21 217:7
  223:4 225:5 230:5
  231:5,18 232:7
**Koreans** 68:15
  69:14 73:17 98:18
  99:1,21 100:3,10
  101:23 158:20
  159:11 170:17
  173:20 176:12
  178:23 179:3
  181:18 183:5,14
  183:20 184:22
  185:4,11 186:3,13
  191:8 193:22
  194:16 215:21
  216:12,15 217:1
  217:12 219:3,8
  220:3,21 223:12
  223:21 229:13,23
  233:20
**KPMG** 186:19
  187:2 231:18
  232:1,4
**K-a-h-n** 72:17
  241:11
**K-e-i-t-h** 9:16
**K-o-h** 39:15

---

**L**

**L** 1:20
**lack** 176:9,11 178:3
  239:3
**lacked** 173:14
**lady** 178:7
**Lake** 19:13
**Lakeshore** 5:10
**language** 55:22,22
  216:22
**Large** 2:5 7:4
**last** 9:17 11:18
  12:10 56:10 77:6
  89:14 111:13
  171:5,6 225:8,9
  235:1
**late** 177:3

**later** 24:18 71:19
  103:7,11,13
  151:18,19 155:13
  164:17
**law** 20:19 21:1
  25:21 26:2,7,11
**laws** 2:17
**lawsuit** 52:2
**lawyer** 16:19
**leaders** 177:10
**leading** 3:1
**learn** 218:2
**learned** 102:17
**lease** 224:15
**least** 131:10 166:9
  224:17 237:17
**leave** 26:15 28:14
  137:10 138:3,10
  140:17,17 147:2
  148:14 164:10
  202:22,22 208:4
**leaving** 99:14
**led** 171:12
**Lee** 6:2 16:14 17:2
  17:12,17 34:9,11
  34:14,19 36:11
  45:12 79:13 110:8
  145:7,11 228:4
  246:21
**left** 25:20 46:22
  93:12 126:10
  148:12,13 163:4
  178:13 186:1
  188:16 189:2
  211:19 220:8
**legal** 15:4 18:6,15
  46:2 53:17 54:8
  54:18 55:10,14
  56:4,9,17 75:1
  135:5 143:14
  144:3,6,8 173:10
  226:10 229:4
  232:7,16 233:5
  235:23 236:19
  237:2,20 238:5
  239:20 240:2,10
  243:2,19 246:10
  246:11,20 247:5,6

247:12 248:3,5,10
**length** 92:5
**less** 185:3 217:11
  220:3 223:3
  229:13,22
**let** 8:19 21:19 61:18
  67:16 80:11 82:16
  84:17 88:9 106:12
  111:21 122:10
  125:2 128:23
  150:4 155:13
  157:8 161:13
  163:21 210:5
  237:6
**letter** 41:23 71:14
**Letters** 19:1
**let's** 27:19,20 67:15
  96:2 155:9 174:11
  195:12 245:22
**level** 75:11 117:17
  150:16 217:17
  224:23
**leveraged** 170:19
**Li** 135:14,16,17
  147:16 148:8
  150:7 195:12
  231:7
**life** 56:12
**like** 19:8 47:11
  61:23 110:10
  170:16 187:14
  209:7,17 213:9,15
  219:5 220:8
**limit** 166:1
**limited** 156:5
**line** 109:12 151:21
  163:3 228:15
  242:2 253:1
**lines** 113:16
**list** 150:12 179:3
**listed** 244:5
**listened** 159:14
**listening** 139:5
**little** 14:5 22:8,14
  22:20 188:15
**live** 19:12,13
**lived** 19:15
**living** 57:22

**LLC** 1:14 6:11
**load** 180:13,15
**located** 23:18 26:22
  30:20 54:12
**location** 30:21
  166:16
**locations** 31:2
**log** 18:21 244:6
  246:22
**long** 19:15 20:5
  22:7,12 23:10
  24:23 34:1,13
  36:15 37:14 39:7
  41:14 42:10 46:11
  59:9,12 60:2 71:6
  77:5 95:15 112:2
  178:3 186:14
  187:4 211:17
  219:10
**longer** 226:14
**look** 87:11 248:11
**looked** 14:20
  155:18 236:8
  246:13
**looking** 18:5 57:2
  73:21 110:6
  112:13 158:3
  171:4 189:8 210:3
  232:14
**looks** 110:10 209:7
**Los** 27:6
**losing** 93:1
**lost** 193:8,10
**lot** 200:3
**loud** 81:21 196:6
**lower** 50:12
**ludicrous** 218:11
  218:12
**lunch** 110:9
**lying** 149:7 155:4
**L-e-e** 34:9

---

**M**

**M** 4:15
**mad** 90:10
**made** 2:23 62:7
  72:5,11 85:7 86:1
  87:7 109:13

118:20 120:8,20
122:15,16 130:11
130:18,20 131:22
133:3,7 139:6
143:4 145:6,14
146:10 158:8
166:11 171:14
174:3 177:5,7,11
179:13 198:4
199:5 201:23
206:4,15 212:13
214:19 223:9
228:22 236:5
240:20 241:4
243:21 244:8,15
250:16
**main** 56:12
**major** 202:12
216:11
**majority** 17:4
218:13 240:5
**make** 3:3 75:21
118:15 139:9,12
147:16 148:8
160:15,18 161:10
161:20 163:21
166:13 171:9,18
191:15 205:6,7
207:18 208:6
210:12 214:3
222:12,16 224:10
225:1 227:20
236:3 240:23
244:10 247:1
250:4 251:8
**making** 124:6
175:6 176:14
177:3 244:18,21
244:22 250:9
**man** 163:23 192:20
232:3
**management** 65:18
68:21 113:18
149:20,21 158:23
159:18 169:10,16
169:18 172:13,15
172:17 180:6
191:5 196:10

201:20 205:21
**management's**
160:11
**manager** 24:4
241:17,22,23
**managers** 140:7
141:18 172:20
182:6,9
**manner** 123:5
149:13 192:11
214:8
**manufacturing**
1:13 6:10 57:5
78:18 122:19
124:8
**many** 10:16 11:17
12:2 30:7,15 41:1
150:14,18 248:9
**mark** 8:13 9:3
36:13 134:18
136:7,18 137:3,14
139:12 250:6
**marked** 8:17 9:6
49:11,14
**marketing** 45:23
47:22
**marriage** 202:7,14
**Martha** 227:3
**material** 14:23
97:20,23
**materials** 15:12
**matter** 10:13 79:1
103:8 104:21
108:18,20 146:7
155:17 161:14
163:14 229:3
**matters** 14:2
**may** 2:2 3:3 19:10
19:18 21:20 26:19
26:19 27:17 37:3
47:16,18 51:1
90:12 98:3,4,6,8
110:11 146:4
192:4 207:21
224:3,6 232:2
**maybe** 27:4 30:17
32:1 34:3 35:21
36:17 39:9 41:12

60:7,7,12,13
61:22 109:12,12
109:13 148:10
150:20,20 151:5
234:23
**MAYNARD** 2:5
6:3 7:10
**meal** 188:3,10,13
**mean** 29:8 31:8,17
44:10 73:14 86:14
87:4 91:12 97:22
98:23 99:9 107:15
107:20 108:13
119:14 120:23
121:18 133:10
144:12 153:2
157:12 174:4
175:5 212:3
219:21 240:5
**meaning** 59:15
204:9
**means** 84:20
**medical** 137:10
138:3,9 140:17
147:1 148:14
164:9,19 165:5
168:11
**meet** 160:10 164:13
214:19
**meeting** 55:12 56:4
70:20,22 73:23
74:1,12 75:14,16
75:22 76:2,17
77:6,9,16 78:1,6,9
78:15 79:2,14,14
79:18,22 81:11,12
81:20 82:2 83:11
83:20,23 84:1,6,8
84:10,15 85:1,6,8
85:9,11,12,16,21
86:2,7,8,8,10,12
86:15 87:9 88:2
88:18,22 89:2,16
89:19 90:4,6 92:7
92:13,20,22 94:19
94:21 95:15 96:9
97:5,6 99:6,15
100:20 102:17,21

102:22 103:2,17
105:20 106:11
108:12 112:2,3,16
112:23 113:2,22
117:13,18 118:7
118:10,22 120:17
123:18 125:17,21
125:23 126:2,5,6
126:11,12,15
127:14 130:6,9,14
131:2,3,8,16,18
131:20 132:2,8,19
133:10,16 135:9
137:13,15,20,23
138:2,13,15
140:14,15 141:12
141:18 147:10,13
148:3,4,9,16,21
149:23 151:1,3,23
152:2,6 153:23
154:3,6,10,22
156:2,14 158:5
159:14 162:11,13
167:16 189:18
195:23 196:4,6,14
197:22 198:3
200:13 212:16,17
212:17 213:18,19
213:22 214:6
215:13,16 216:10
216:23 221:4
226:21 228:9,16
243:20,22 245:7
245:10,11 246:16
**meetings** 99:3
100:7 140:8,12
156:9,10,15 181:5
181:9 186:7,15
201:21 206:1
215:12 216:19,23
219:10,15 220:4
220:12,21 221:19
222:3
**member** 113:18
178:9 187:2 228:2
229:2
**members** 113:21
116:10 117:4

131:14 134:4
136:5 206:14
**memo** 18:18 236:3
236:5,7 244:9
246:13,18 247:4
**memory** 184:17
**mention** 163:17,18
172:21 195:13
226:17
**mentioned** 17:14
172:22,23 173:1
173:11 189:23
238:1
**Mercedes** 198:13
199:14
**merger** 69:15
**merits** 143:23
**met** 89:22 166:17
192:20 214:22
215:10 235:15
**Michael** 174:22
**middle** 1:2 9:16
22:21
**might** 173:21
184:18 200:8
207:8
**miles** 27:4 157:14
**mind** 41:11 110:9
139:1 176:23
**mine** 56:19
**minute** 132:6
135:13
**minutes** 76:1 77:7
95:18 112:7
168:13,14,16
211:20,21,22
212:1 219:19
**mirrors** 93:5
116:17
**mischaracterizing**
97:1
**misstate** 108:23
**mistake** 109:13
**mistakes** 201:10
**misunderstood**
207:21
**mis-focused** 126:5
**mis-focusing** 126:6

**mode** 177:23
**money** 183:5
  223:12,21,22
**Montgomery** 6:13
  61:9 166:9
**month** 56:10 58:8
  60:12,13 61:23
  89:15 140:12
  234:15 235:10
**months** 10:22 32:1
  37:4 39:9 46:13
  46:17 60:8,10
  111:14 134:2
**mood** 146:16,21
**more** 10:18,20
  54:22 55:1,18
  78:21 92:3 135:1
  169:11 183:6
  198:14 199:9,12
  207:8 223:13
**Morris** 9:15
**most** 10:3,20 11:14
  164:10 170:23
**motion** 52:17
**motivation** 82:8
**Motor** 1:12 6:10
  11:6 23:15 25:2
  26:17 32:12,16,22
  33:3,13 34:6 36:7
  38:19 39:2,21
  42:5 43:16 44:16
  57:5,10 129:19,22
**move** 61:10 111:21
  133:20
**moves** 117:11
**moving** 212:11
**much** 92:3 149:12
  169:13 178:23
  199:9 223:13
  234:14
**Murakami** 78:18
  88:18 89:2 93:4
  112:2 113:2
  116:14 117:6,14
  131:2 132:17
  137:12,15,19,22
  138:2,12,15
  147:10 148:3,9

151:4 153:22
  156:14 189:19
  195:23 196:3
  212:16
**must** 122:5
**myriad** 176:3
**myself** 74:5 150:6
  168:19
**M-a-r-k** 36:13
  134:18
**M-o-r-r-i-s** 9:15

——————
          **N**
**N** 1:20 4:1 5:1
**name** 9:13,16,17
  11:2,5 24:19
  29:17 30:4,6
  33:10,21 34:8
  37:8 38:2,9,12
  39:14 41:21 67:15
  67:17 68:20
  110:21,23 111:6
  250:11
**named** 148:23
  225:5,5
**names** 12:17
  134:21,22 139:17
  139:21 238:16
**NASH** 5:16
**national** 140:7
  213:2 241:17,22
**nature** 97:14 98:5
  99:5 154:12
**Neal** 18:19 75:4,4
  135:4 142:9,17
  143:20 144:6
  146:5 150:8 173:2
  173:5 195:15
  208:16,23 233:10
  233:23 236:2,6
  237:3 243:10
  245:23 246:2
  247:22
**necessary** 2:22
  142:5 161:21
**need** 27:22 28:6
  176:18
**needed** 60:15 65:16

68:9 75:19 160:23
  186:7 201:10
  203:14 220:14
  248:6,11
**neither** 249:16
**never** 30:5 45:8,15
  48:20 161:18
  162:1 163:22
  180:12 212:13
  221:16
**new** 25:14 28:19
**next** 11:14 23:4
  36:12 37:23 67:12
  71:9 78:11 110:6
  118:18 122:9
  126:16 133:20
  160:8 163:3 164:8
  168:8 181:23
  212:21
**niceties** 100:14
  101:17
**night** 244:15,16
**nine** 10:22 188:17
  189:9 191:18
  203:10
**Nissan** 23:15 24:2
  25:2 26:1,12,15
  28:14 29:8 222:8
**none** 198:10
**non-exempt** 24:15
**North** 2:7 5:20 6:4
  7:12
**NORTHERN** 1:3
**Notary** 2:4 5:5 7:3
**noted** 250:10
  252:10
**notes** 55:8 75:21
  83:20,23 84:5,7
  84:10,14,19,20,22
  85:5,10 86:1,5,14
  86:15,16,18,22
  87:2,14 88:1
  89:18 103:16
  105:19 106:9
  108:17 109:5,17
  110:2 118:6
  122:13 243:21
  244:11,18,21,22

245:14 246:1,4,9
  246:15,17 247:2
  247:21
**nothing** 94:6 108:5
  109:18 209:11
  217:4
**notice** 3:9 9:20
  53:22
**notices** 14:19 15:11
  17:17,19
**notified** 75:15
**number** 41:2,7
  66:11 141:17
  164:16 180:21
  218:17,19
**Numerous** 10:17
**N-e-i-l-e** 37:11

——————
          **O**
**O** 1:20 33:23 37:10
**object** 12:22 25:11
  44:9 47:7 48:13
  52:11 54:3 69:3
  77:19 88:4 90:14
  91:17 92:14 93:7
  96:5,23 97:10
  98:21 100:8,21
  101:8 103:19
  104:7,23 105:6,21
  108:7,21 114:3
  115:21 124:14
  128:8 131:4
  138:19 142:10
  183:8,16 185:5,16
  209:19 215:4,22
  216:16 217:13
  219:1 220:16
  222:19 223:7,15
  224:18 225:12
  226:7,19 227:8,21
  228:6 229:15
  230:1,18 231:11
  231:21 238:6
  239:18
**objected** 18:19
**objection** 84:18
  86:5
**objections** 2:22 3:3

10:9
**obligated** 191:12
**observation** 143:4
  223:9
**observations**
  142:22 156:7
**observed** 200:18
**obtain** 52:9
**obtained** 26:2,12
**occasion** 55:18,18
**occasionally**
  215:15
**occasions** 10:16
  93:12 102:15
  106:16 126:11
**occur** 37:18 102:10
**occurred** 45:19
  46:5 83:10 90:5
  103:2,17 105:19
  112:11 125:20
  130:5 246:3
**occurs** 99:19 100:4
  102:3 106:3,5
**October** 73:22
  156:4 164:11
  212:18
**off** 37:4 126:14
  174:11 188:5,6,8
  225:9 247:15
**offense** 212:5
**offensive** 149:15
**offer** 19:2 72:6
**offered** 3:6 10:1
**office** 74:3 89:23
  132:23 251:16
**officer** 22:6 57:8,12
  57:17 78:15
**offices** 2:5 7:9
**officials** 78:17,17
  112:17 115:7
**off-site** 31:1
**off-the-record**
  110:13 145:20
  174:14 247:18
**often** 61:19,20
  102:10 106:3
**OGLETREE** 5:16
**oh** 8:4 19:1 29:13

41:4 60:4 79:3
172:22
**okay** 11:5 36:23
48:2 49:2 58:22
61:19 64:19 86:13
92:2 97:17,20
100:12 101:12,15
109:3 111:20
112:13 115:2,5
116:1 127:2
136:14 161:15
176:19 200:19
228:14 238:23
239:7
**old** 28:21,22
**once** 26:10 60:12
61:22,23 140:12
**one** 5:18 8:14,16
10:21 11:20 27:21
35:22 37:4 50:3
50:13,20 51:1,10
51:11 54:22,23
55:1,17,18 63:2
64:21 65:1 70:6
88:22 98:7 115:5
115:12 116:1
118:22 119:10,16
129:8 130:22
133:20 135:1
140:7 142:17
153:17 154:5
184:4,10 186:10
190:19 198:2
217:23 218:17,19
221:2,8 227:5
230:14,16,23
234:7
**ones** 18:12 65:1
237:1,4,7,11,23
238:12 239:12,15
**one-on-one** 215:17
**only** 12:3 30:12
47:19 201:22
213:5
**operate** 210:22
211:4
**operated** 125:8
**operating** 78:14

**operation** 219:22
**operational** 164:2
**operations** 69:9
180:17
**opinion** 218:10
**opportunity** 8:2
109:9
**oral** 7:16
**Orange** 22:3
**orchestrated** 210:1
**order** 177:1 186:7
**ordered** 188:1
**organization** 47:12
65:21 97:15,16
190:16
**origin** 213:2
**original** 250:6,20
**originally** 26:23
29:14 40:21 166:6
**other** 11:22 13:8
14:2 15:19 17:12
17:20 18:22 21:8
21:11 23:1 27:15
27:21 36:5 37:5
40:20 47:2,4,11
48:5 61:22 63:16
65:22 69:12 82:21
100:6 102:23
106:8,16 113:20
115:10,14 131:1
132:6,16,22
133:23 136:7,10
150:8 156:10,15
168:6 174:2
177:21 182:6,8
199:17 206:13
207:7 214:23
217:20 219:8
230:10 234:12
237:1 240:1
**others** 101:6
221:11
**Otherwise** 240:3
**out** 59:4 65:13 66:9
66:14 79:1 109:12
120:2 123:11
128:16 130:5
147:1 151:21

184:6 186:2 191:3
194:17 195:3,6
202:4 210:23
220:9 224:14
225:8 227:5
**outburst** 131:22,23
**outside** 27:16
112:19 115:9
196:15,15
**over** 12:10,17 22:8
22:14 31:14 63:11
74:15 81:10 116:2
125:23 146:14
148:5 167:6 168:3
180:10 189:10
196:6 250:3
**overboard** 173:19
**overwork** 98:3
**overworked** 238:23
**owed** 110:21
**Owen** 39:14
**own** 116:4 149:10
201:11
**O'Neile** 37:9,9,10
37:12,15,21 39:1
44:14,15

---

**P**
**P** 1:20 5:1,1
**page** 4:2,8 50:8
252:1 253:1
**pages** 50:13
**paid** 164:9 225:10
**paint** 180:19
**Palopinia** 169:5,10
169:13
**paragraph** 57:3
73:21 76:18 88:9
88:15 95:20
102:16 110:7
111:21 112:14
114:6,8 133:21
148:18 158:3,4
160:8 164:8 171:5
171:7,11 188:17
189:8 191:18
203:9 210:3
212:12 214:16

**parameters** 162:12
**parent** 49:3 221:22
**part** 51:11 58:8
108:16 117:13
127:2 153:3 159:3
159:4 170:2
195:16 211:8
214:23 224:15
235:1,5
**participant** 195:17
**participants** 74:12
181:13
**participate** 50:16
**participated**
131:19
**particular** 17:10
78:12 118:16
119:2 134:6 172:8
189:15 191:23
**particularly** 135:23
**particulars** 27:12
124:11
**parties** 1:23 3:3
70:3 109:4 207:19
249:17
**parts** 45:23 117:11
117:16 179:7,8
**pass** 63:20 157:8
**passed** 63:18
**pattern** 217:19
**pay** 221:13
**payment** 207:6
**payments** 177:3
**PC** 2:6 6:3 7:10
**Peebles** 2:3 5:4 7:1
249:22
**penalty** 112:21
**pending** 11:10
**people** 30:8 41:1,2
41:13 64:8 66:12
80:6 97:17 98:1
99:4 105:18
106:10 129:5
136:4,8 138:6
150:23 154:22
172:16 179:1
180:17 187:17
189:20 190:1

191:5,6 192:9,10
192:12,14 195:1
201:14 210:23
211:5 218:12
221:12,15
**perceived** 200:8
**performance** 77:12
77:14 78:3 153:15
188:19,21 189:4
205:11
**performed** 229:20
**perhaps** 16:14
**period** 25:5 31:15
33:23,23 34:9
57:8 63:11 111:12
148:6
**person** 10:2 25:2
64:11,17,22 153:4
231:1 237:18
238:3 240:12
**personal** 70:19
102:9
**personnel** 24:4,9
24:10,12 25:1
31:4,7 40:23
163:11
**personnel/human**
40:17
**persons** 142:17
**perspective** 18:6
31:10 47:10,18
109:21 161:3
248:3,11
**pertinent** 15:1
214:21
**Peterson** 241:12,16
241:22
**phone** 55:14 65:10
164:21 166:2
**phonetic** 169:5
**pick** 166:3
**picked** 166:5
**picture** 49:1
**place** 5:18 42:15
74:2 78:16 87:1
92:22 95:16 99:7
102:7 130:10
166:4,5 170:22

176:18 187:5
191:15 197:2
239:3
places 166:11
Plaintiff 1:7 4:8 5:7
Plaintiff's 8:15 9:4
49:9
plant 46:23 62:5,5
62:20 68:10 69:5
69:9 70:4,6 74:15
116:16 117:12
127:8 128:16
168:20,21 176:8
177:8,19 178:19
178:20 180:16,16
184:6 196:11
217:2,21 218:1,4
218:7 219:22
221:11 226:22
228:17 229:3
234:6
plants 177:21
played 192:5
193:20
Plaza 2:7 6:5 7:11
please 21:20 31:18
45:19 125:3
173:19 250:2,5
point 31:19 43:8
45:5 109:8 119:3
122:9 188:9 194:3
242:18
points 8:22
Polenza 29:18,20
31:20
police 22:2,6 23:5,7
25:20 26:7
political 177:12
pool 224:14
poor 102:18 177:9
portion 15:18 56:5
80:13
portions 16:8 80:14
portrayal 52:14
position 22:5 26:12
28:23 32:16 33:13
37:20 38:15,19,22
39:2,16,21 40:1

40:11 42:2,5,8
58:2 66:22 73:8
92:12 94:18
105:12 111:9
113:19 115:10,15
117:3,8 125:6
128:22 129:21
171:20 191:14
227:7 230:6,16
241:18
possibility 102:14
164:5 203:13
possible 117:17
162:16,22 163:1
166:14 177:16,17
post-graduate
20:16 21:9,11
potential 106:20
potentially 163:19
248:5
practice 99:18
101:4 102:5,13
107:7 108:16
214:19
practices 62:6
99:17 107:14
127:19
praised 169:10
preceding 42:21
43:4 44:11,13
prefer 36:21
Prehatka 11:5
preliminaries
167:2
preliminary 10:12
14:6 27:14
preparation 50:17
prepare 14:16 53:5
53:8,9
prepared 52:1,16
53:23 56:5 89:14
205:16,18 207:5
preparing 52:8
54:2
present 6:8 74:4
75:6 131:21 135:9
148:19 149:22
presented 55:23

92:11,19
president 29:13,15
29:23 30:1 31:21
32:3,20 33:3,16
34:6 35:13 36:16
37:15 38:1,11,23
39:17 40:4 41:15
42:3,9 44:16,20
44:21 45:2,6,16
45:21 49:7 57:7
57:11,16 64:23
67:2 73:23 74:5
74:15,18 75:19
76:20 77:13 78:2
78:12 79:3,23
82:12,19 83:1
84:12,21 85:16,19
86:9 88:3 89:1
93:20 104:14
113:7 116:19
118:2,4,13 119:6
120:20,21 121:4,7
121:20 122:12
129:16 130:12,14
131:8,16 132:9,11
132:13 133:1,7,9
133:14 135:4
141:22 147:13
148:16 150:4,6
152:12 154:11,14
154:19 155:7,14
156:3,7,17,21
157:19 158:5,10
159:2 160:3,9
162:9 163:4
168:21 195:11
222:1,2 230:15
233:12,13 234:1
243:13
pressure 200:3
presume 237:10
pretty 147:22
172:18
prevent 195:18
previous 14:21
205:23
previously 10:9
132:11 236:23

239:14
pre-law 20:12
pre-production
182:9
pride 68:19
prima 213:7,13
primary 45:21
principle 91:22
prior 3:7 11:13,21
44:4,6 47:3 51:13
51:15 62:16
102:22 236:18,22
privilege 18:21
244:6 246:22
privileged 18:20
144:16 240:4
244:7
probably 8:3 17:2
67:13 140:14
232:22 235:6
237:9
problem 81:7 83:5
102:8,9 105:13,15
106:5 107:9
123:17,21 128:17
132:14 146:12
147:17 164:1,1,2
164:3 165:5 201:4
202:9 216:11
217:3
problems 62:14
68:23 133:23
146:15 149:18
152:10 153:17
155:1 164:23
165:18 167:5,10
172:14 173:16
192:7 201:18
202:6,8,13 219:17
247:9
Procedure 7:7
251:2
procedures 127:18
proceedings 7:18
process 17:6 21:14
87:1,5 102:7
109:14 117:21
122:19 124:8

128:19 170:5,16
182:3 186:2,4
194:2 215:1
238:10 241:3
246:19,19
processed 240:17
processes 199:3,4
produce 158:14
product 56:3,17
116:17 179:11
production 79:7,12
80:7 81:7,9 97:15
122:18,23 123:2
125:4 152:22
154:16 173:20
182:13 199:2,3,10
199:13 218:6,8
221:10 231:1
productive 161:11
professionalism
190:4
progress 51:22
234:6
progressive 169:11
projects 179:12
propositioned
178:8
propounded 252:9
protect 192:13
provide 83:19
106:22 207:5
provided 7:6 52:22
56:18 220:13
250:14
providing 245:14
public 2:4 5:5 7:3
45:23 47:23
182:15 192:9
198:3
pull 142:6
punching 183:20
186:19 231:18
purchasing 134:5
136:6 140:23
169:7 170:16
180:13 211:2
purpose 52:7 53:1
77:23 152:4 157:1

198:1,1 201:2
210:1 218:19
222:7
**purposes** 27:14
71:20 191:4
**pursuant** 9:20
**put** 162:12 169:20
170:10 196:22
203:23 220:6
227:5
**putting** 179:2
227:7
**P-o-l-e-n-z-a** 29:22
**P.C** 5:9,17

---

**Q**

**quality** 112:17
113:21 115:7
116:9 117:16
124:12,18 125:5
126:1 127:18
128:15 141:1
**question** 13:2
35:15 38:4 66:3
77:18 78:4,22
80:2,4 81:2 92:17
97:12 124:1 128:9
139:19 141:6
142:11 145:8,12
153:21 154:15
156:1 165:1
187:19 196:18,23
216:6 222:11
228:8 240:3
**questioned** 126:17
126:22 128:1,11
213:10,16
**questioning** 111:7
**questions** 2:23 3:2
16:17,20 128:6
136:1 228:15
249:9 252:9
**quickly** 223:13
**quieted** 155:19
**quite** 56:6 185:8
**quote** 119:18
**quoted** 63:15

---

**R**

**R** 5:1,15 249:1
**raise** 180:7 211:23
212:4 228:8
**raised** 79:7,11
93:15 95:6,9
152:10 174:19,21
175:21 213:5
**raising** 99:13
**ran** 172:19
**range** 163:15
**rank** 22:17
**rapport** 159:8,9
**rarely** 61:15,18
**rarity** 60:18
**rather** 102:13
**rational** 212:6,7
**reached** 164:12
206:7
**read** 7:23 8:7 14:18
15:14,15,16,17
16:4,8 18:4 51:13
51:14 64:1 80:1
87:23 212:19
242:15 250:2
251:4 252:5
**reading** 2:12 77:22
114:6
**real** 129:2 201:14
**really** 114:16
117:18 142:22
198:11
**reask** 142:15
**reason** 14:7 110:1
130:9 210:6
211:15 221:18
238:20
**reassure** 96:7
**recall** 11:16 15:7
19:7 30:17 35:21
36:10,10 54:18
59:3 72:7,10
75:17 77:10 85:2
87:15,18 88:6
95:14 106:17
132:21 140:11
141:9 179:19
181:2,3 183:18
184:2,15 188:16

189:7 215:16
217:9 223:17,18
223:23 224:4,7,11
224:12 230:21,23
231:13,15 233:17
233:19 235:7
**receive** 47:12
134:11 251:3
**received** 57:21
78:13 134:2 146:5
170:4 172:3
179:21 181:23
182:9 242:8,19,20
**receiving** 182:7
**recent** 10:21 11:14
134:1
**recently** 78:13
189:13
**recess** 9:9 28:9 51:7
88:10,12 110:16
145:17 167:18
203:4
**recollection** 11:19
55:20 133:2
**recommendation**
160:16,19 162:10
**recommended**
160:9 179:2
**reconcile** 210:15
211:8
**reconsider** 205:8
**record** 9:13 145:23
174:12 247:15
**records** 149:21
**recruited** 26:16
**recruiter** 28:17
**reduced** 249:10
**redundancy** 176:8
**refer** 86:14,16
198:19
**reference** 97:5
111:15 116:16
133:11,13 148:2
153:20,22 171:10
171:21 201:19,21
201:23 205:22
218:10 221:11
248:7

**referenced** 88:22
**referring** 113:1
149:16,17 189:15
**refers** 114:19,23
**reflective** 197:4
**refocused** 127:6
**refresh** 184:17
**refuse** 193:19
**refused** 191:21
192:2,4 193:17
195:21
**regard** 35:16 64:3
69:1 75:9 183:13
183:14 197:20
229:11,19 230:10
231:7 246:1
**regarding** 10:2
54:4 160:10
197:20
**regular** 21:15
60:14 100:2
**reimbursement**
182:18,19
**related** 12:20
**relating** 2:18 14:3
**relation** 13:13
229:1
**relations** 24:4 25:1
29:2,11 45:23
47:23 68:21,22
175:19
**relationship** 43:14
46:21 49:5 70:3
134:3 140:22
141:2 160:14
194:22 199:23
200:7 204:16
205:10 210:9
218:15 242:1
**relationships** 190:5
193:21 211:9
**relocation** 179:23
**remark** 122:16,16
124:7
**remember** 16:16
16:18 56:6,7
105:9 110:22
111:8 125:9,10

134:22 139:16,20
152:19 164:14
172:5 184:2
186:22,23 200:20
215:9 216:4,9,18
232:1,21 237:7
**removed** 137:1
**removing** 177:12
**renegotiation**
177:5
**renotice** 4:10
**repaired** 182:14
**repeat** 77:17 92:17
124:1 232:9
**replaced** 33:5,9
34:5
**report** 29:12 33:17
34:2,10,13 38:3
38:10 39:7,11
41:15,18 42:11,13
43:12 44:5 45:17
46:18 63:4 81:17
120:19 125:12
157:8 235:17,22
245:7,17,19
**reported** 31:21
34:18 35:10 40:6
40:7 42:19 43:1
45:6,8,13,15 46:3
46:21 47:1 64:22
75:2,12,13 81:19
93:18 94:1 104:12
125:11 153:7
231:17 232:6
233:3 236:23
237:5,8,12,14,16
237:19 238:3
239:12,14 242:3,4
**Reporter** 7:2,20
**reporting** 31:19
43:13,22 46:20
47:17 48:10,11,20
49:4 236:19 242:1
250:22
**reports** 30:16 41:3
41:7,12 102:18
134:2,6,12 165:17
223:2,5 242:6

representation
  127:9 180:4
representative 10:2
  13:22 186:20
  231:19
representatives
  117:22
represented 232:13
representing
  129:14
represents 249:12
reputation 177:9
requested 162:10
requests 240:9
require 108:16
required 103:16
  105:18 106:9
  110:2 183:15
  221:20
requiring 104:5
resignation 208:2
resolution 107:9
  110:3 179:22
  192:7
resolve 83:4 102:8
  127:2 128:17
  157:4 163:13
  247:9
resolved 96:11
  107:6 147:5 167:4
  201:4
resources 12:10
  24:17,20 29:4
  31:9,11 40:16,17
respect 76:10 146:9
  178:16 213:6
respective 2:1
responded 204:21
response 119:1
  124:5 197:6
responses 19:3
  206:3
responsibilities
  25:9,13,14 31:1,4
  31:7 34:22 35:1
  40:13 47:15 48:12
  48:21 127:5 234:8
responsibility

25:10 45:22 49:3
  117:7,9,20 126:8
  128:14 135:22
  163:13 178:15
  195:22 247:11
responsible 24:7
  35:3,12,19 36:1
  116:14 196:10
  197:18
rest 154:22
restate 80:3 124:2
rested 205:4
restroom 167:12
result 26:1 56:3
  180:14 232:15
  249:18
resulted 178:9
results 96:10
retain 57:9
retaliate 105:5,10
retaliation 213:3
return 250:20
  251:5
revealing 239:18
review 17:9,11,20
  50:21 51:2 242:16
reviewed 14:23
  15:9 18:11,13,14
  19:5 246:4
reviewing 243:5
reword 229:18
Rhu 111:1,2
Richard 5:8 16:14
  18:17 79:15 84:20
  110:8 244:3
  246:23 247:14
Rick 18:19 75:4,4
  135:4 142:16
  146:5 150:8
  172:23 173:2
  215:14 245:23
right 28:4 36:20
  50:12 51:5 54:20
  58:19 96:3 98:13
  105:9 142:7
  173:21 188:5
  193:5 212:19
  221:5 227:14

228:17,21 234:22
  236:11 237:12
  251:8
Rob 86:8,10 155:2
  155:10 157:2
  167:3,7,8
  169:20 171:1
  193:1 200:18
  222:12
Robert 1:5 10:5
  38:2,9 71:10
  77:14 78:2
robotic 219:17
role 192:5 193:20
room 93:12 184:13
rough 46:14
ruined 226:13
Rule 4:12 7:6
rules 2:17 7:7
  251:1
run 51:5 177:20
running 218:1
  221:10
R-h-u 111:2

S

S 1:20,20 4:7 5:1
safety 202:10
SAITH 248:16
salary 57:23
sales 45:22 47:21
same 2:15 24:16,21
  24:22 26:8 29:5,6
  30:20 35:15 36:2
  40:11 46:6 64:11
  64:15,17 75:10
  86:4 88:21 113:23
  114:16,19 115:2,4
  123:5 129:5,6
  181:15 185:14
  231:16 252:6
Sandra 2:3 5:4 7:1
  249:22
Santa 11:11
SAP 149:19 154:16
Saturday 212:18
save 198:20
saw 87:7,14

saying 55:9,15
  59:14 86:7 109:1
  115:6 123:20
  124:4 163:11
  175:7 181:4 197:8
  199:1 223:23
  224:9 231:14
says 57:3 58:2
  71:10 73:22 77:11
  77:23 78:11,12
  88:16 89:15 95:20
  97:2 112:14
  113:17 118:18
  122:9,15 126:16
  133:22 148:18
  158:4 159:21
  162:8 163:3 164:8
  188:17 189:9
  191:19 194:10
  195:20 201:15
  203:9,10 210:4
  212:12 214:17
  235:9
school 19:20 26:8
Science 20:8
scold 100:18 101:5
  101:11
scolded 125:16
scope 143:11
screamed 149:4
Seal 22:2 23:7
seat 155:11 187:14
seated 166:23
second 111:23
  129:16 174:12
  210:5 247:16
secondary 225:19
seconds 8:21
secretary 53:14
  75:18
see 27:19,20 65:12
  67:15 70:22 75:20
  88:1 120:4 161:6
  165:6 193:2 194:1
  195:12 204:3,6
seek 247:6
seeking 144:3,15
  247:22 248:1

seemed 136:23
  138:22
seen 49:17,18 83:22
  85:10 86:15 87:2
  157:16 190:3
  202:3,18 211:1
selected 166:16
  179:7 197:2
self-examination
  107:8 109:14
semantics 222:23
Seminars 21:13
sending 247:4
senior 38:16 73:11
  73:13 74:23 125:6
  135:20 141:17
sense 59:12
sent 18:18 46:7
  48:4,6 71:14
  90:19 91:8 95:1
  221:21 226:12
sentence 71:9
  77:22 114:12,17
  171:6 212:21
separate 184:23
  216:15 218:23
  219:6 246:14
separately 125:8
  127:13
separation 191:2
  207:2,6
September 78:16
  89:8 164:10
  213:23 215:3
  234:20 235:4
sergeant 22:18
serious 107:3
  108:14
serve 51:18 198:2
  201:2
served 152:3 157:1
  187:22 218:19
service 46:1
services 177:7
serving 187:18
set 162:11
setting 162:13
settings 192:9

**seven** 158:4
**several** 64:7 118:21
  126:11 164:11
  166:11
**severance** 208:1
**sexual** 175:19
  229:1
**shared** 176:16
**Sharp** 54:10,11
  55:8,13
**sheet** 250:5,11,12
  250:17,21 252:11
**shook** 149:6
**shop** 180:19
**short** 88:10 98:6
  170:9
**shortly** 87:16
  214:18 225:22
**shoulder** 192:19
**show** 49:13
**showed** 67:21
  147:4 204:1
  227:14
**shows** 242:13
**sick** 166:15
**sid** 85:18
**side** 70:8 150:8
  182:13 193:14
  195:14
**sides** 104:10
**sidewalks** 178:20
**sign** 7:23 8:7 250:3
  250:11,12 251:5
**signature** 2:13 50:8
  50:9 252:1
**significance** 18:7
  109:3
**significant** 98:9,12
  109:22 153:17
**significantly** 60:7
**signing** 250:15
**similar** 96:17
**since** 27:17
**sir** 10:15,19 12:1
  13:14,16 14:4,9
  14:11,14 19:10,11
  20:2,17 21:10,18
  21:20,21 23:3

26:4,9,14 27:7,18
  29:9 31:18 32:10
  32:19 33:4,19
  34:12 36:4 44:3
  44:19,22 45:4,19
  48:9 49:16 50:10
  50:15,18 51:17
  52:3,6 53:12,15
  56:11 57:13,19
  58:6,16,21 59:8
  59:23 63:19 72:1
  72:2,19 79:21
  80:3,9 82:17
  83:12 84:16 85:17
  85:22 89:5 98:14
  98:15 99:23 104:3
  110:20 111:8
  123:12,14 124:16
  132:4 134:17
  135:16 136:1,13
  139:11,13 141:14
  142:8 146:8
  147:11,14 166:20
  186:9 189:16
  195:5 196:17
  203:8 212:20
  222:11 224:5
  227:12 230:21
  240:17
**sit** 151:16 200:20
**sitting** 187:8,20
**situation** 105:17
  107:3,5 130:16
  133:18 147:6
  151:5 155:20,22
  176:20 200:11
  210:16 214:13
  227:3,18
**situations** 106:8
  137:9,11
**six** 37:4 39:9 46:13
  46:17 50:8 60:8,9
  133:21 148:19
**Sixteen** 33:6
**sleeping** 174:19
  227:19 228:2
**slept** 225:11
**slow** 182:3

**slowly** 177:13
**small** 202:17
**smarter** 157:2
**SMITH** 5:9
**SMOAK** 5:17
**Soh** 104:14,15,16
**sold** 182:14
**solely** 129:11
**solicited** 143:2
**some** 19:8 40:4
  45:5 49:20 62:23
  80:18 86:23 87:5
  92:8 107:12
  134:18 139:22
  140:6 158:7
  159:23 164:22
  165:17 173:16
  178:18 182:12,17
  194:17 200:1
  213:3 216:19
  219:15 230:12
  236:16,22 237:15
  238:8,9 248:7
**somebody** 98:7,7
**someone** 53:17
  75:17 108:17
  109:7 144:22
  218:7 232:7
**something** 50:7
  61:23 63:17 95:11
  96:17 98:8,17
  99:20 100:1 106:2
  114:2 116:18
  123:19 143:2,3,5
  155:9 157:15
  159:1 160:1,2,4
  175:20 199:1
  245:15 246:14
**sometime** 146:23
  151:10 234:19
**sometimes** 77:3
  99:12,13,14
**somewhere** 58:13
  166:7 235:2
**Song** 132:3,7,18
  135:11 137:13
  149:1,3 152:11,14
  152:21 154:10,15

154:17 155:13
  156:21 189:21
  200:12,12 201:6,7
**Song's** 152:15,19
  155:18
**sons** 202:17
**soon** 162:15,22
  163:1
**sorrowful** 202:1
**sorry** 19:1 21:6
  29:19 35:20 36:9
  77:21 80:1 111:8
  123:23 139:18
  175:4 179:5
  193:13 195:5
  196:17 202:22
  219:21 229:17
  242:11
**sort** 162:20 164:22
  182:12
**sought** 65:12
**sound** 36:19
**sources** 63:15,16
**South** 250:23
**space** 250:14
**speak** 55:2 63:22
  76:4,7,19 94:13
  104:14 151:11
  217:6 233:1
**speaking** 55:10
  76:11 85:13,15
  89:4 122:12
  154:18 232:2
**special** 194:22
**specific** 12:17 58:5
  78:21 100:12
  109:10 128:18
  133:10,12 143:12
  165:2,23 173:17
  212:9 238:16
  239:5
**specifically** 54:19
  55:7 59:3 96:2
  135:15 140:11
  148:4 154:14
  192:23 193:1
  198:17 236:1
**specifications**

179:12
**specifics** 83:10
**specify** 189:14
**speedier** 179:22
**spell** 29:21 30:2
**spelled** 111:2
**spelling** 169:6
**spend** 59:16,20,21
  60:1
**spoke** 54:16 71:13
  72:3 76:21 95:20
  112:1,4,9 122:1
  136:10 137:14
  138:8 139:8
  169:23 237:18
**spoken** 15:4 79:19
  79:20 120:15
  129:6 216:22
**staff** 69:6,6 97:18
  131:13,14 134:4
  136:5 150:11
  157:17 174:19
  176:13 178:9
  195:8,9 227:19
  228:3
**stand** 139:1 173:7
**standard** 76:11
  106:6
**standing** 96:15
  153:13,14 154:4
  170:23 187:15
  188:4
**start** 110:20 167:12
**started** 9:1 28:3
  43:17 154:17
  167:1,8 169:14
  207:1 215:6 218:5
**start-up** 28:19
**state** 2:4 7:3 15:23
  20:4,23 202:22
  249:3
**stated** 83:1 120:18
  132:11 133:6
  176:21
**statement** 51:23
  97:4 119:2 120:7
  124:3,6 136:2
  148:8 198:5 199:6

208:7
**statements** 228:22
**States** 1:1 24:8
  107:18,23
**status** 165:8 194:23
**stay** 61:3
**stenotype** 249:8
**sternness** 99:12
**STEWART** 5:17
**still** 33:2 42:15
  224:8 226:5
**STIPULATED**
  1:22 2:11,20 3:8
**stipulation** 7:8
**stipulations** 7:21
**Stockham** 4:3 5:8,9
  8:13 9:2,12 17:16
  28:6,11 44:12
  49:22 50:3,5 51:3
  51:9 79:16 88:8
  88:14 110:18
  114:21 142:14
  144:21 145:22
  146:1 167:14,20
  174:16 203:6
  226:23 228:11,13
  228:18,21 229:6
  236:11 247:20
  248:13
**stood** 169:23
**stop** 195:18
**stopped** 31:19
  65:11 209:9,10
**story** 184:8
**straightforward**
  100:11 147:23
**Street** 250:22
**strengthen** 65:17
**strict** 170:12
**striking** 93:4
**strong** 90:20
**strongly** 193:4
**structural** 47:9
**structured** 49:5
**struggling** 62:22
**style** 98:18 99:22
  99:23 100:6,18
  155:10 205:21

**Su** 225:6
**subject** 10:8 76:15
  76:16 79:1 115:23
  118:16 161:4
  171:16 172:8
  191:2 197:14
  250:15
**subjects** 247:6
**submit** 52:17
**submitted** 15:2
  179:18 237:20
  246:2
**subordinate** 136:9
  229:2
**subordinates** 66:5
  98:2 99:5 134:14
  134:19 136:12
  138:18 139:17,21
  200:2,9 202:3
  230:17
**substance** 129:2
  143:9,12 185:8
  202:8,16 239:19
  243:1 245:4
**substantially**
  109:22
**substantiate**
  223:10
**succeeded** 39:18
**success** 70:5
**successful** 70:2
  207:9
**suddenly** 155:1
  181:11
**suffering** 14:12
**suggest** 166:6
**suggested** 90:12
**suggestion** 166:11
**Suite** 2:7 5:11,19
  7:12
**summary** 52:9,18
**summation** 136:22
**summer** 214:17
**superior** 11:11
  152:15,16,20
  199:9
**superiors** 115:14
  159:15

**supervise** 30:8
**supervision** 210:19
  249:11
**supplier** 112:19,22
  115:9 117:10
  127:3,4,16,21
  128:20 129:1
  172:9 184:7
  197:11,16
**suppliers** 102:2
  155:5 170:19
  172:1,3 177:4,6
  177:18 201:9
**supply** 245:6
**support** 46:1
  113:19 115:11,15
  116:3,8 138:6
  158:19 171:19
  173:9 177:13
  205:9
**supported** 94:12,18
  163:16 173:9
  174:6
**supporting** 94:16
**supposed** 92:12
  103:23
**supposedly** 95:2
**sure** 12:16 13:1
  40:3 66:2 114:5
  129:23 141:5
  167:14 179:14
  209:21
**surprised** 169:19
**Susock** 118:23
  119:18 120:4
  123:22 124:17
  125:4,7,10 130:4
  135:7 140:2,4,18
  141:8,20 195:15
  198:6,9
**Susock's** 119:2
  124:6,20
**swings** 146:16,22
**sworn** 8:10
**system** 31:11 62:4
  65:17 149:18,20
  149:21 154:16
  169:16 172:17

**systems** 46:1 65:21
  74:16 117:15
  122:23 201:11
**S-h-a-r-p** 54:10

**T**
**T** 1:20,20 4:7 249:1
  249:1
**table** 93:6 150:5
  157:5 167:1,6,23
  168:3,4 187:8
**take** 10:6 28:7
  47:13 48:19 51:4
  55:7 68:19 74:2
  88:9 95:16 110:11
  127:13 143:22
  145:15 167:11
  183:1 186:14
  187:5 190:6
  192:14 202:21
  203:1 205:21
  212:5 216:1 219:9
  223:19 225:9
**taken** 2:3 9:9 28:9
  51:7 88:12 110:16
  125:23 144:23
  145:17 157:9
  158:8 159:23
  160:1 167:18
  179:9 203:4
  226:11 249:7
**takes** 102:7
**taking** 2:18 99:6
  116:8 117:3
  144:15 170:22
  176:17 196:5
**talk** 8:19 71:19
  76:12,15 79:17
  112:10 143:10
  157:11 167:2
  168:7 244:20
**talked** 54:7 88:23
  165:3 174:23
  238:2 244:17
  245:1
**talking** 64:14 111:4
  144:12,14 166:2
  167:8,10 171:21

171:23 204:9
  207:1 226:20
  228:20 238:22
**teach** 218:3
**team** 113:20
  116:10 117:4
  159:9,10 185:2
  194:8 216:15
  218:23 219:6
  229:2
**teams** 184:23
  185:11
**tears** 95:2,3
**technical** 74:17
  219:16 221:9
**telephone** 54:21
**tell** 12:17 16:10
  17:22,23 18:3
  37:6 45:18 51:3
  53:20 55:4 56:13
  56:20 58:7 62:9
  65:9,13,14,23
  68:8 69:17 71:6
  72:21 78:19 84:9
  84:13 85:23 86:17
  86:21,21 89:10
  93:9,13,22 94:15
  95:5,12 101:19
  102:11 109:15,23
  113:8 121:5
  134:20 138:1
  140:18 144:8
  146:12,20 151:20
  153:6,10,16
  161:16 162:3,17
  165:4,11,14,16
  166:21 167:21
  168:22 186:12,18
  189:17 190:23
  196:12,19 199:21
  202:13 204:23
  206:2,8,12,17
  207:22 209:23
  210:2 218:21
  219:7,12 220:1,11
  236:4 237:6 241:6
**telling** 118:22
  216:10 217:10

223:19
**temper** 93:1 213:8
    213:14 214:4
**temporarily** 57:4
**ten** 10:18 25:5
    41:12
**term** 48:3 101:12
    101:13 121:9,14
    122:7 174:23
    198:18
**terminate** 161:17
    162:2,4 194:12
    195:4,7 203:18
    206:5,9,23 210:7
**terminated** 87:20
    161:7 175:11
    235:17 243:23
**terminating** 145:2
    162:6 247:23
    248:2
**termination** 10:5
    16:13 161:4
**terms** 71:15 90:17
    90:18 119:16
    144:6 177:5 207:2
    220:6
**testified** 8:11 190:9
    225:17,18 227:11
    245:21
**testify** 14:7 143:9
**testimony** 54:4
    145:10 250:14
**their** 2:1 18:6
    107:13 109:6,10
    112:20 117:5,15
    127:5,17,18,19
    134:21,22 170:20
    176:10 177:13
    186:8 197:13
    199:9 201:11
    220:15 223:12,21
    223:22
**themselves** 101:16
    177:14
**thereto** 3:7 249:9
**thick** 16:9,11
**thing** 24:16 27:21
    29:6 35:7 78:11

113:23 114:16
**things** 26:6 137:4
    176:4 181:1 191:6
    220:9 221:3 232:6
    232:9
**think** 8:21 15:1
    41:10 67:16 73:12
    86:23 97:3 101:11
    101:14,15,19
    107:4 111:15,16
    132:10 133:5
    140:1 141:23
    142:4 144:16
    145:3,6 169:5
    179:20 185:9
    186:21 189:6
    209:12,23 218:12
    226:13,14 227:11
    234:21 243:18
    244:4 245:20
**third** 114:17
**thirty** 12:12 42:12
    42:20 211:20
    251:2
**though** 108:3 123:1
    128:2 185:22
    234:9
**thought** 53:1 96:4
    104:21 105:4
    112:5 115:3 141:2
    147:18 151:15
    153:8 156:22,23
    161:7 169:8 170:3
    170:17 190:9
    191:20 192:1
    194:2 207:12,16
    217:10 246:18
**threatening** 212:8
**three** 22:14,15 27:4
    34:3,15,16 37:16
    37:16 49:10,14
    50:13 73:22 76:18
    111:13,13 148:11
    151:5 162:23
    168:13,15 223:22
**three-quarters**
    187:10,12,12
**three-way** 170:21

**through** 1:23 12:9
    18:3 36:22 47:14
    47:15 49:6 83:12
    83:14 102:17
    113:9,10 116:19
    118:5 176:23
    180:22 182:2
    186:15 187:11
    219:10
**throwing** 93:5
**thrown** 126:14
**till** 25:3
**time** 3:4,5 26:8
    31:2 34:17 36:3
    40:5,7,14 41:8
    43:11 44:4,6 46:6
    47:4,13,20 51:4
    55:5 59:20,21
    60:1 63:11 66:23
    67:7,16,19,20
    73:3 87:12,13
    92:8 95:23 111:12
    111:23 115:20
    125:7 132:20
    136:1 137:7
    139:23 140:6
    141:10 148:6
    151:13 152:20
    154:1,7 155:15
    160:12 162:20
    168:15 184:9
    189:4 190:6 197:1
    197:14 219:20
    231:3 237:17
    242:18
**times** 66:12 164:16
    188:6,7
**timing** 25:20 37:3
    182:4 191:10
**tired** 155:4 201:6,7
    201:8
**title** 18:1 57:9
    73:10
**titles** 40:10 176:11
**today** 10:11 14:8
    14:17 51:20 56:13
    56:21 71:20 246:5
**together** 93:5 109:7

120:23 160:5,6
    174:8 204:12
**told** 13:4 17:13
    45:13 56:8 65:15
    66:9,11,15 67:10
    67:12,20 69:22
    80:13,13 84:21
    85:3 90:9,10,22
    91:7 92:23 93:3
    93:11,14,17,18,23
    94:5,9 95:8,21
    96:1,13,19 97:7
    98:16 103:8,15
    104:11,20 108:3,4
    108:9 109:16,17
    109:20 111:22
    112:4 113:5,6,17
    114:10 116:6,12
    116:20 117:2
    118:1,3,13,14
    119:4,5,22 120:1
    120:21 121:20
    123:6,19 125:1,15
    125:19,22 126:16
    126:20 127:22
    129:3,4 136:22
    141:22 151:15,22
    152:1 159:2 162:1
    163:22,23 164:17
    170:6 184:7
    186:13 190:1,21
    191:1 193:3,10
    194:4 196:22
    200:4,17,18,20
    201:5 202:5
    203:16,19,21
    204:21 205:1
    206:10,19,22
    207:11 214:1
    219:4,8 223:1,11
    225:4,7 226:2
    227:17 228:1
    229:10 230:8,13
    230:22 231:2,6
    235:16 236:8
    237:11 240:1
    245:8
**Torrence** 23:21,22

**touch** 164:15 202:4
**toward** 21:17
    169:17
**towards** 119:17
    127:7 132:1
    188:11,23 193:6,7
    211:12 216:21
**town** 227:5
**Toyota** 122:20
    124:9 198:12
    199:3,8,14 222:18
**traffic** 187:16,17
**trail** 184:19
**training** 25:16
    210:17
**transaction** 245:19
**transcript** 249:13
    250:21
**transcription** 252:7
**transcripts** 14:20
**transferred** 44:1
    46:6,9 62:1 184:6
    226:3
**transition** 45:19
    207:7
**transitioned** 59:14
**translate** 77:3
    219:20
**translated** 80:15
    82:22,23 118:11
    118:12,17 119:6
    119:10 120:10,13
    120:16,19 121:1,3
    121:7,21 122:6
    123:7,8,9 159:4
**translating** 119:13
    119:15,19
**translator** 75:8
    83:13,14 129:11
**translators** 75:6
    84:13 85:4 86:20
    119:23 181:6
**transplants** 107:8
    107:11,16,17,22
**travel** 59:17
**treated** 183:12
    184:23 185:3,14
    215:20 216:14

217:11 218:9,23
220:2 221:12,15
223:3 229:12,22
**treatment** 164:20
168:11
**trial** 3:5
**tried** 96:7 155:7
164:15,16 166:1
166:13 184:19
198:20
**trip** 178:14
**trips** 183:2
**true** 138:4 149:8
155:3 206:15
220:23 230:9
237:14 249:12
252:6
**trust** 210:10
**truth** 206:11
**try** 179:19
**trying** 48:23 58:18
66:8 82:20 127:1
127:16 128:16,21
143:22 149:10
154:23 173:18,19
176:22
**Tuesday** 151:7
**turn** 76:22 161:8
181:11
**turned** 81:16
**tussle** 187:1
**twelve** 214:16
**twenty** 30:13,14
95:18
**twenty-eight** 12:11
12:11
**twenty-five** 30:13
150:20,21 218:7
**twenty-three**
150:21,22
**twice** 55:20
**two** 8:20 9:3,5
11:18 16:6,7
28:21,22 36:17
41:16 43:2 48:5
50:13,20,20 51:2
57:3,8 63:15
69:16 90:1,11,12

93:12 119:7,8
120:21 135:2
136:8 138:5,17
139:17,20 148:10
148:10,11 151:5
162:23 182:11
184:1,2 185:10
202:17 205:23
207:19 223:19,22
225:9,9 230:22
234:16,17,18
242:12
**type** 11:3,7 21:13
35:7 40:4 53:9,14
239:21
**typed** 53:16
**types** 15:11 40:18
101:21 213:3
239:1
**typewriting** 249:10
**T.J** 69:17

**U**

**U** 1:20
**uh-huh** 8:5 32:7
54:15 55:16 65:3
116:22 152:3
173:3 225:3
**unacceptable**
147:21
**unaware** 16:1
96:20 247:10
**unbeknownst**
236:17
**uncalled** 151:22
153:9
**uncomfortable**
200:5,5 209:6
**uncontrollable**
131:23 157:15
214:10
**under** 35:12,14
36:2 37:21 180:10
180:21 200:3
202:11 211:2
249:10
**undergoing** 164:19
**understaffed**

180:10
**understand** 9:22
13:1 15:21 52:15
60:6 66:2 69:1,10
69:13 82:7,8,9
84:4 99:4 127:15
141:5 146:2 157:2
157:6,7 179:14
181:13 195:1
200:23 203:15
218:14 219:23
240:6
**understanding**
68:12,15 112:15
113:4 118:20
119:21 120:9
130:8,13 169:12
**understood** 31:16
46:15 52:9 70:7
79:17 91:12
124:10 185:21,23
**unfair** 169:9
**unhappiness**
178:10
**unhappy** 140:21,21
182:16 200:6
**United** 1:1 24:8
107:18,22
**units** 170:9
**University** 20:5,23
**unprofessional**
147:22
**unreasonable**
147:21
**unsure** 248:8
**until** 23:12 40:6
46:22 169:7
230:15
**untrue** 197:9
**unusual** 209:7
**update** 246:22
**upset** 81:10 93:18
94:22 126:10
159:7
**uptight** 138:23
**use** 105:8 121:8,22
157:22 159:9
209:13

**used** 33:22 105:10
121:15 122:3
141:12 187:2
198:18 201:12,13
**Usual** 7:20
**utilized** 53:4
**U.S** 22:11 31:5
239:8

**V**

**valuable** 96:12
197:14
**various** 47:15
66:12 172:16
240:6
**vehicles** 35:9,19
180:22 181:16
182:10,11,11
**vendor** 81:20
113:20 115:11,17
116:3,9 126:8
128:18 172:8
196:14 197:11
**vendors** 155:5
170:18 177:3
**vendor's** 115:15
**verbalize** 76:23
94:19
**verbally** 148:21
149:3
**verify** 8:23
**versus** 11:6
**very** 16:8,11 46:14
49:5 69:8 100:10
101:14 138:22
156:5 170:12
182:3 194:8 209:5
212:8
**vice** 29:14 32:20
33:15 38:23 40:4
42:9 67:2 70:13
70:14 74:15,18
135:4 221:23
230:15
**view** 194:4
**visit** 65:11
**vis-a-vis** 241:19
**voice** 93:15 95:6,9

99:14 129:17
212:1,4
**volunteered** 245:15
**vs** 1:9

**W**

**waive** 251:7
**waived** 2:14 3:11
**walk** 187:18 207:14
**Wall** 231:9
**want** 7:23 8:22
11:2,3 27:11
51:20 79:21 80:21
114:22 134:16
141:19 143:18
144:5 155:15
161:6 222:4,22
243:3
**wanted** 70:1 77:1
118:15 161:17
165:4,6,7 182:5
194:4,5 233:1
**wants** 8:6
**warmly** 168:6
**wasn't** 16:22 18:5
67:4 91:4 97:12
121:19 145:7,11
149:12 166:8
192:15,20 193:5
201:2 203:22
205:12,13,14,15
205:16,18 206:13
206:18 207:13
217:5 221:5,17
222:2
**waved** 188:6,7
**way** 16:15 37:4
40:9 47:6 57:15
81:10,11 99:1
116:14 146:6
147:8 148:4
157:10 185:8
187:11 189:12
190:15 192:8
193:6 210:22
215:19
**weak** 195:18
**week** 58:10,11,18

58:19,20,20 60:17
  60:21 162:23
  234:15
**weekends** 61:14
**weekly** 131:19
**weeks** 148:11,11
  151:5 162:23
  223:20 225:9,10
  234:16,17,18
**well** 16:10,22 18:8
  31:3,16 45:10
  53:22 56:20 60:19
  61:20 64:19 80:22
  85:14 87:16 89:13
  94:21 103:6
  108:15 121:3,6,10
  121:22 123:6
  127:22 130:23
  135:12 138:6
  142:4,14 143:1
  153:8 155:8
  156:19 171:4
  172:19 176:5
  177:20 185:13,20
  210:4 214:23
  233:21 237:6,10
  241:13 246:23
**went** 28:18 92:5
  138:3 140:16
  147:1 157:13
  184:12
**were** 7:18 12:8 18:8
  21:16,23 22:7,12
  22:16,17,23 26:5
  26:6 28:2 29:7
  30:15,19 35:1
  37:19,20 41:2
  43:7,9,22 44:1
  46:6,18 48:6 55:9
  55:12 57:4,11
  59:5 62:1,11,14
  62:18,22 63:14
  64:5 65:23 66:10
  67:7,20 69:6,8
  70:4 71:5,7 72:9
  75:15 76:1 77:15
  79:2 82:4 84:5,14
  84:21,23 85:3,7

86:1,11,18,22
  87:6,10,22,23
  89:22 91:8,13
  92:12 96:20,20
  97:7,21 106:9
  111:22 112:5
  116:6,12 117:2,16
  117:22 118:1
  119:22 123:18
  124:23 125:15,19
  126:19 127:22
  131:18 134:6
  135:2,9 136:4,8
  141:16,18 143:6
  143:10 147:20,20
  150:22 152:17
  167:21 170:20
  171:21 172:18
  174:2 176:3 177:2
  177:4,7,11,12,15
  177:16,17 178:2
  179:3,9 180:8,9
  182:1,6,16 183:4
  183:5,12 184:1,22
  185:10 186:3,6
  187:17,22 189:10
  189:15 191:22
  192:3 193:18
  194:17 195:1
  196:10 198:11
  201:12,13 203:18
  206:22 210:23
  212:6,8 215:20
  216:14,14,20,23
  217:1,11 218:22
  220:2,13,20,21
  223:3,12,14
  224:22 229:12,21
  233:20 236:14
  237:1 238:9,14
  239:9,10,12,13
  240:7,7 242:5
  244:8 246:17,18
  247:22 248:4
  249:9
**weren't** 165:22
  212:7 220:4,12
**Western** 20:23

**we'll** 8:13 132:5
  133:20 200:21
**we're** 71:18 158:12
**we've** 64:12 88:22
  228:20
**whatsoever** 84:23
  196:1
**while** 12:14 22:23
  37:19,20 110:11
  110:23 170:23
  187:8 188:4
  223:21 226:2
**Whitehead** 6:9
**wife** 202:9,15
**willing** 203:11
  205:7
**win** 194:4,5
**winning** 194:6
**wish** 171:2
**witness** 2:14 7:16
  8:4 142:13 243:5
  249:14 250:1
  252:14
**woman** 225:7
**word** 91:21 101:10
  105:10 120:14
  121:22 141:13
  142:20 157:22
  171:5 209:13,21
**words** 136:21
**work** 21:15 23:10
  24:23 25:22 27:20
  28:12,14,18 43:9
  56:3 57:4 159:10
  162:18,18 178:3
  178:23 179:1
  180:13,15 183:15
  191:3 225:8
  229:11,19 239:3
  241:12 246:19
**worked** 13:9 45:11
  46:16 73:19
  134:20,22 168:19
  169:4 180:10
  182:14
**working** 21:16 23:1
  26:6 37:19,20
  46:19 65:20 67:8

68:17 160:14
  190:4 194:8
  205:11 214:18
  218:15 239:11
**worried** 88:19
**worry** 108:6 109:18
**worse** 175:10
**wouldn't** 60:16
  92:1 173:7 185:14
  191:17 232:22
**write** 103:16,21
  105:18 108:17
  109:17 110:2
**writing** 121:19
  139:10,15
**written** 83:20,23
  84:5,7,10,14,23
  85:4 88:1 106:10
  246:14
**wrong** 31:17 94:7
  101:19,20 123:20
  159:13 193:23
  194:3 211:16
  217:4 226:15
**wrongdoing** 196:1
**wrongful** 11:9,23
  13:5
**wrote** 56:8 114:22
  195:20 246:15

**X**

**X** 4:1,7
**XG** 181:23 182:1

**Y**

**yeah** 7:22 16:21
  17:16 44:12 49:23
  58:17 59:1 78:23
  91:2 92:8 121:18
  153:2 171:9 172:5
  174:2 182:22
  185:18 211:21
  222:18 235:1
**year** 22:8 25:5 32:2
**years** 11:18 12:11
  12:12,18 19:17
  22:15 28:21,22
  31:15 33:6 34:3
  34:15 36:17 37:16

37:17 41:16 43:2
  48:5 57:8 218:8
**yelled** 149:5
**Yelling** 99:11
**yesterday** 244:5
**Yung** 225:6,16
**y'all** 107:10
**Y.I** 34:9

**Z**

**zero** 157:13

**1**

**1** 4:9
**10th** 58:14,23
**1000** 5:19
**114** 5:11
**12-13-46** 28:1
**1310** 250:22
**15th** 54:1
**16th** 78:16 89:8
  153:11 213:23
**1819** 5:20
**1901** 2:7 6:4 7:11
**1965** 19:23
**1969** 20:14
**1970** 22:20
**1978** 20:21
**1979** 23:12 25:3
**1989** 25:3 26:20

**2**

**2** 4:11
**2:07-CV-144-ID**
  1:10
**2005** 43:10 58:3
  73:22 212:18
  214:17
**2008** 2:9 7:14
**22nd** 212:18
**2204** 5:10
**2400** 2:8 6:5 7:12
**28th** 2:9 7:14

**3**

**3** 4:14
**30** 7:6 251:3
**30(b)(5)** 4:12
**30(b)(6)** 10:1

**32nd** 250:22
**35202** 250:23
**35203** 2:8 5:21 7:13
**35203-2618** 6:6
**35209** 5:12
**36105** 6:13

---
**4**

**49** 4:14

---
**5**

**5th** 5:20

---
**6**

**6** 4:12
**6th** 2:7 6:4 7:11

---
**7**

**7th** 58:14,23
**700** 6:12
**73** 22:20,21,21

---
**8**

**8** 4:9
**89** 27:17

---
**9**

**9** 4:3,11
**9:00** 2:10 7:15
**99** 36:19