IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:07cv144-ID |
| | ) |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, | ) ) |
| | ) |
|     Defendant. | ) |

## ORDER

Upon CONSIDERATION of Plaintiff's motion to supplement and amend his evidentiary submission, filed March 24, 2008 (Doc. No. 33), Defendant's response and Plaintiff's reply (Doc. Nos. 34-35), it is ORDERED that said motion be and the same is hereby DENIED.

Done this 24th day of April, 2008.

                    /s/ Ira Dement
                    SENIOR UNITED STATES DISTRICT JUDGE