IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   2:07-CV-144-TFM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| OF ALABAMA LLC, | ) |
| | ) |
|    Defendant. | ) |

**AMENDED UNIFORM SCHEDULING ORDER**

The parties in this case have consented to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  (Doc. # 40, entered May 27, 2008.)  For good cause, it is **ORDERED** that the initial Scheduling Order filed April 17, 2007 (Doc. #12) is **AMENDED** as follows:

**SECTION 1**

A pretrial hearing of this case is scheduled for the **1st day of August, 2008**, in Montgomery, Alabama, at 10:00 a.m., and this cause is set for trial during the term of court commencing on the **8th day of September, 2008**. [1]  The hearing and trial shall be conducted in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

---

[1] All other provisions set forth in the original Scheduling Order remain in force.

**SECTION 8 (C)**

(D)   Any proposed order that a party desires the court to enter should be submitted to the court in both (a) an Adobe Acrobat PDF format attachment to the motion and (b) by transmitting an electronic copy of the proposed pretrial order to the court as an attachment to an email message sent to <propord_moorer@almd.uscourts.gov>. For these purposes, the electronic copy should be in WordPerfect or Word format and not in Adobe Acrobat PDF format.

DONE this 29th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE