IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ROBERT CYRUS,** | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: |
| **HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,** | 2:07-cv-00144-ID-TFM |
| Defendant. | |

## JOINT REQUEST FOR MEDIATION

COME NOW the Defendant, Hyundai Motor Manufacturing Alabama, LLC, and the Plaintiff, Robert Cyrus, and request that this matter be referred to a United States Magistrate Judge from the Middle District for mediation.

Respectfully submitted this the 8th day of July, 2008,

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING JOINT REQUEST FOR MEDIATION.

*s/ Richard J. Stockham, III*
RICHARD J. STOCKHAM, III
**STOCKHAM, CARROLL & SMITH, P.C.**
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209

Attorney for Plaintiff Robert Cyrus

*s/ Brian R. Bostick*
TIMOTHY A. PALMER (PAL009)
J. TRENT SCOFIELD (SCO024)
BRIAN R. BOSTICK (BOS015)
**OGLETREE, DEAKINS, NASH SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Attorneys for Defendants Hyundai Motor Manufacturing Alabama, LLC