UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT CYRUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:07-CV-144-TFM |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| OF ALABAMA LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court has been notified by the United States Magistrate Judge assigned to mediate this case that the dispute between the parties has been resolved. Accordingly, it is hereby **ORDERED** that the parties file a joint stipulation of dismissal on or before **August 14, 2008**.

DONE this 6th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE