IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS,<br><br>    Plaintiff,<br><br>vs.<br><br>HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC,<br><br>    Defendant. | CIVIL ACTION NO.:<br><br>2:07-cv-00144-ID-TFM |

## JOINT STIPULATION OF DISMISSAL

COME now the Plaintiff, Robert Cyrus, and Defendant Hyundai Motor Manufacturing Alabama, LLC, and move this Court pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to dismiss all claims of Plaintiff against Defendant with prejudice, each party to bear his or its own costs and attorneys' fees.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING JOINT STIPULATION OF DISMISSAL.

August 27, 2008
Date

_____
RICHARD J. STOCKHAM, III
STOCKHAM, CARROLL & SMITH, P.C.
2204 Lakeshore Drive, Suite 114
Birmingham, Alabama 35209

Attorney for Plaintiff Robert Cyrus

_____
TIMOTHY A. PALMER (PAL009)
J. TRENT SCOFIELD (SCO024)
BRIAN R. BOSTICK (BOS015)
OGLETREE, DEAKINS, NASH
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203

Attorneys for Defendants Hyundai Motor Manufacturing Alabama, LLC