UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT CYRUS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| | )    2:07-CV-144-TFM |
| | ) |
| HYUNDAI MOTOR MANUFACTURING | ) |
| OF ALABAMA LLC, | ) |
| | ) |
|   Defendant. | ) |

## **ORDER**

Pursuant to the *Joint Stipulation of Dismissal* (Doc. 46, filed August 27, 2008), it is, for good cause, **ORDERED** that

(1)    This action is **DISMISSED with prejudice**. Unless otherwise addressed in settlement agreement, the parties shall bear costs separately incurred.

DONE this 28th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE